Jay J. Schuttert, Esq.
Nevada Bar No. 8656
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: jschuttert@efstriallaw.com
Email: alayton@efstriallaw.com

*Attorneys for Defendant Calumet Branded Products*

## UNITED STATES DISTRICT COURT

## LAS VEGAS, NEVADA

TYLER UNDERWOOD,

                Plaintiff,

vs.

O'REILLY AUTO PARTS, INC., et al.

                Defendants.

**Case No.: 2:21-cv-01766-GMN-NJK**

**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CALUMET BRANDED PRODUCTS TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

      Pursuant to LR 6-1, Plaintiff Tyler Underwood ("Plaintiff") served Defendant Calumet Branded Products ("Calumet") with the Summons and Complaint in this matter on November 3, 2021, with a responsive pleading deadline of November 23, 2021.  Counsel for Calumet was retained the week of November 15, 2021. In light of the short time since service of process, counsel's recent retention, and the Thanksgiving holiday, Calumet requires additional time to evaluate Plaintiff's Complaint, investigate the claims, and prepare an answer or responsive motion. Therefore, the parties have agreed to an extension from November 23, 2021 until December 7, 2021 for Calumet to answer or otherwise respond to Plaintiff's Complaint.  This is the first stipulation between the parties for an extension of time for Calumet to respond to the Complaint, and this stipulation is made in good faith and not for any delay.

Evans Fears & Schuttert LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119

*Tyler Underwood v. O'Reilly Auto Parts, Inc., et al.*
*Case No. 2:21-cv-01766-GMN-NJK*
*Joint Stipulation and Order for Extension of Time for Defendant Calumet Branded Products to File its Responsive Pleading to Plaintiff's Complaint*

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Calumet and Plaintiff, through their respective counsel and pursuant to LR 6-1, that the time for Defendant Calumet to file its responsive pleading to Plaintiff's Complaint be extended from November 23, 2021 until December 7, 2021.

Dated this 22nd day of November, 2021.

**EVANS FEARS & SCHUTTERT LLP**      **CLIFF W. MARCEK, P.C.**

By: ___/s/ Jay J. Schuttert_____      By:___/s/ Cliff W. Marcek_____
    Jay J. Schuttert, Esq.                         Cliff W. Marcek, Esq.
    Nevada Bar No. 8656                          Nevada Bar No. 5061
    Alexandria L. Layton, Esq.
    Nevada Bar No. 14228                         *Attorneys for Plaintiff*
                                                  *Tyler Underwood*
    *Attorneys for Defendant*
    *Calumet Branded Products*

**ORDER**

**IT IS SO ORDERED.**

_____
~~UNITED STATES DISTRICT COURT JUDGE/~~
UNITED STATES MAGISTRATE JUDGE

DATED: ___November 23, 2021_____

CASE NO.: 2:21-cv-01766-GMN-NJK

- 2 -