ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
Telephone: 702-384-7000
Facsimile: 702-385-7000
Email: kbonds@alversontaylor.com
       dsexton@alversontaylor.com
*Attorneys for Defendant*
*O'Reilly Auto Enterprises, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TYLER UNDERWOOD,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>O'REILLY AUTO PARTS, INC., et al.,<br><br>　　　　　　　Defendants. | Case No: 2:21-cv-01766-GMN-NJK<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT ENTERED AGAINST O'REILLY AUTO PARTS, INC. AND TO AMEND THE DEFENDANT'S NAME** |

COMES NOW, Plaintiff, TYLER UNDERWOOD ("Plaintiff") and Defendant, O'REILLY AUTO ENTERPRISES, LLC, (named in the complaint as O'Reilly Auto Parts, Inc.) ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to set aside the Default entered by the Court's clerk on February 24, 2022 (ECF No. 108). Under Fed. R. Civ. P. 55(c), a court may set aside a default for good cause. Here, good cause exists.

Defendant was named in the complaint as O'Reilly Auto Parts, Inc. Defendant intends to appear as O'Reilly Auto Enterprises, LLC. Plaintiff filed a Motion for Entry of Clerk's Default against O'Reilly Auto Parts, Inc. on February 9, 2022 (ECF No. 104). Defendant's counsel had a telephone conference with Plaintiff's counsel regarding the Motion for Entry of Clerk's Default. Counsels for Plaintiff and Defendant agreed to have Defendant go ahead and file an Answer with

the expectation that filing an Answer would prevent the entry of default. Defendant filed its Answer on February 11, 2022 (ECF No. 105).

Despite this Answer being filed, the Clerk entered Default against O'Reilly Auto Parts, Inc. on February 24, 2022. Counsel for Plaintiff and counsel for Defendant had another telephone conference to discuss the Default. In that telephone conference, the Parties agreed to stipulate to set aside the Default and allow the Parties to proceed with this litigation. Therefore, this Court should find good cause and set aside the Default against Defendant.

Counsel for Plaintiff and Counsel for O'Reilly further stipulate to amend the Complaint to change the name of O'Reilly Auto Parts, Inc. to O'Reilly Auto Enterprises, LLC.

IT IS SO STIPULATED.

DATED this 8th day of March, 2022

*/s/ David M. Sexton*
ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
*Attorneys for Defendant O'Reilly*

DATED this 8th day of March, 2022

*/s/ Andrew J. Dupont*
CLIFF W. MARCEK, P.C.
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
411 E. Bonneville Ave., Suite 390
Las Vegas, Nevada 89101
    and
LOCKS LAW FIRM
ANDREW J. DUPONT, ESQ.
Admitted *Pro Hac Vice*
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
*Attorneys for Plaintiff*

### ORDER

Based upon the stipulation of the parties and good cause appearing, the Default entered against Defendant (ECF No. 108) is SET ASIDE.

Dated this   9   day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT