# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TYLER UNDERWOOD,<br>　　Plaintiff(s),<br>v.<br>O'REILLY AUTO ENTERPRISES, LLC, et al.,<br>　　Defendant(s). | Case No. 2:21-cv-01766-GMN-NJK<br>**Order** |

On March 10, 2022, Defendants filed a joint motion in which they state that Plaintiff has died. Docket No. 112 at 9. A motion to substitute must be filed by June 8, 2022. Fed. R. Civ. P. 25(a)(1).

IT IS SO ORDERED.

Dated: March 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1