# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TYLER UNDERWOOD,<br>  Plaintiff(s),<br>v.<br>O'REILLY AUTO ENTERPRISES, LLC, et al.,<br>  Defendant(s). | Case No. 2:21-cv-01766-GMN-NJK<br>**Order**<br>[Docket No. 112] |

  Pending before the Court is a joint motion to modify the scheduling order. Docket No. 112. Any response must be filed by March 17, 2022, and any reply must be filed by March 21, 2022.

  IT IS SO ORDERED.

  Dated: March 11, 2022

                 _____
                 Nancy J. Koppe
                 United States Magistrate Judge