# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TYLER UNDERWOOD,<br><br>    Plaintiff(s),<br><br>v.<br><br>O-REILLY AUTO PARTS, INC., et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-01766-GMN-NJK<br><br>**Order**<br><br>[Docket No. 121] |

Pending before the Court is a proof of service for a discovery subpoena. Docket No. 121. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 29, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1