

1  ROBERT E. SCHUMACHER, ESQ.
   Nevada Bar No. 7504
2  CHAD A. HARRISON, ESQ.
   Nevada Bar No. 13888
3  **GORDON REES SCULLY MANSUKHANI, LLP**
4  300 South 4th Street, Suite 1550
   Las Vegas, Nevada 89101
5  Direct Line:  (702) 577-9317
   Telephone:  (702) 577-9300
6  Facsimile:  (702) 255-2858
7  Email:  rschumacher@grsm.com
               charrison@grsm.com
8
   *Attorney for Defendant,*
9  *ADVANCE STORES COMPANY, INCORPORATED*

10                    **UNITED STATES DISTRICT COURT**

11                          **DISTRICT OF NEVADA**

12

13  TYLER UNDERWOOD,                    ) Case No.: 2:21-cv-01766-GMN-NJK
                                        )
14                 Plaintiff,           )
                                        )
15     vs.                              )   **NOTICE OF APPEARANCE AND**
                                        )      **CHANGE OF COUNSEL**
16  O'REILLY AUTO PARTS, INC.,          )
    ILLINOIS TOOL WORKS INC.,           )
17  Individually and as Successor in Interest to )
    Pennzoil Quaker State Company d/b/a )
18  Gumout, THE BLASTER CORPORATION, )
    CRC INDUSTRIES, INC., SAFETYKLEEN )
19  SYSTEMS, INC., HIGHLAND             )
    STORES, INC. d/b/a Bi-Rite, 7-ELEVEN, )
20  INC., RICHARD A. HALEY, AUTOZONE )
    STORES, LLC. f/k/a Autozone Stores, Inc., )
21  AMREP, INC., ADVANCE STORES         )
    COMPANY, INCORPORATED,              )
22  Individually and as Successor in Interest to )
    and d/b/a CarQuest Auto Parts, ASHLAND, )
23  LLC, Individually and as Successor In )
    Interest to and d/b/a Valvoline,    )
24  SUNNYSIDE CORPORATION, W.M.         )
    BARR & COMPANY, INC., TECHNICAL )
25  CHEMICAL COMPANY;,                  )
                                        )
26                 Defendants.          )
                                        )
27  _____)

28

Gordon & Rees Scully Mansukhani, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

**NOTICE OF APPEARANCE AND CHANGE OF COUNSEL**

Notice is hereby given to the Court and all interested parties that CHAD A. HARRISON, ESQ., of Gordon Rees Scully Mansukhani LLP is appearing in place and instead of DYLAN E. HOUSTON, ESQ., for Defendant ADVANCE STORES COMPANY, INCORPORATED, erroneously sued as "ADVANCE STORES COMPANY, INCORPORATED, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO AND D/B/A CARQUEST AUTO PARTS" (hereinafter referred to as "Advance Stores").  **Mr. Houston is no longer with Gordon Rees Scully Mansukhani, LLP and should be removed from the service list for this case.**

DATED this 30th day of August 2022.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Chad A. Harrison*
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
CHAD A. HARRISON, ESQ.
Nevada Bar No. 13888
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorney for Defendant,
ADVANCE STORES COMPANY, INCORPORATED***

IT IS SO ORDERED.
Dated:  September 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

-2-