# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA UNDERWOOD,<br><br>    Plaintiff(s),<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-01766-GMN-NJK<br><br>**ORDER**<br><br>[Docket Nos. 156, 157] |

Pending before the Court are Plaintiff's motions to add parties and to amend the complaint. Docket No. 156 (motion to add parties); Docket No. 157 (motion to amend complaint); *see also* Docket No. 156-1 (proposed amended complaint). With respect to the motion to add parties, no response has been filed in opposition. With respect to the motion to amend, several defendants filed responses in opposition. Docket Nos. 168, 169, 172. Plaintiff filed a reply. Docket No. 174. The Court hereby **SETS** these motions for hearing for 1:00 p.m. on September 21, 2022, in Courtroom 4B.

    IT IS SO ORDERED.

    Dated: September 15, 2022

                                                                           Nancy J. Koppe
                                                                          United States Magistrate Judge