# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA UNDERWOOD,<br><br>    Plaintiff(s),<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-01766-GMN-NJK<br><br>**Order** |

Pending before the Court is an order for Attorney Kurt Bonds to show cause relating to lack of candor and raising frivolous arguments. Docket No. 181. Attorney Bonds has filed a response. Docket No. 194. Attorney Bonds' response to the order to show cause relies on a highly technical contention that was not previously articulated to the Court and which Attorney Bonds now acknowledges is "not strongly supported by procedural or case law." *See* Docket No. 194 at 4.[1] Such excuses are not compelling. The time for articulating that argument was in opposing the motions to compel, not in a subsequent response to an order to show cause. Moreover, the time for conducting research on that position was before opposing the motions to compel, not in preparing a response to an order to show cause. The Court expects better from Attorney Bonds moving forward.

---

[1] Attorney Bonds suggests that it is an "extreme" measure for federal judges to refer attorneys to the state bar for potential disciplinary action. *See* Docket No. 194 at 5. Federal judges no doubt prefer to expend their time and resources on other matters. *See Dela Rosa v. Scottsdale Mem. Health Sys., Inc.*, 136 F.3d 1241, 1244 (9th Cir. 1998). Nonetheless, federal judges have a specific duty to address potential attorney misconduct: "A judge should take appropriate action upon receipt of reliable information indicating the likelihood . . . that a lawyer violated applicable rules of professional conduct." Code of Conduct for United States Judges, Canon 3(B)(6); *see also United States v. Mendoza*, 468 F.3d 1256, 1262 (10th Cir. 2006) (endorsing the district court's "well put" assertion that "[j]udges are obligated to alert disciplinary authorities to possible unethical conduct by attorneys").

1. In all other respects, the order to show cause is **DISCHARGED**.
2. IT IS SO ORDERED.
3. Dated: October 5, 2022

                                                                       _____
                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge