1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  **THORNDAL, ARMSTRONG, DELK,**
   **BALENBUSH & EISINGER**
3  1100 E. Bridger Avenue
4  Las Vegas, NV 89101
   TEL: (702) 366-0622
5  FAX: (702) 366-0327
   email: bsd@thorndal.com
6

7  Attorneys for Defendant
   Amalie Oil Company
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA UNDERWOOD, Personal Representative for the Estate of Tyler Underwood,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc., ILLINOIS TOOL WORKS INC., Individually and as Successor in Interest to Pennzoil Quaker State Company d/b/a Gumout, THE BLASTER CORPORATION, CRC INDUSTRIES, INC., SAFETY-KLEEN SYSTEMS, INC., HIGHLAND STORES, INC. d/b/a Bi-Rite Markets, BI-RITE MARKETS, INC., 7-ELEVEN, INC., RICHARD A. HALEY, AUTOZONE STORES, LLC. f/k/a Autozone Stores, Inc., AMREP, INC., ADVANCE STORES COMPANY, INCORPORATED, Individually and as Successor in Interest to and d/b/a CarQuest Auto Parts, ASHLAND, LLC, Individually and as Successor In Interest to and d/b/a Valvoline, CALUMET BRANDED PRODUCTS, LLC f/k/a Calumet Packaging, LLC, SUNNYSIDE CORPORATION, W.M. BARR & COMPANY, INC., TECHNICAL CHEMICAL COMPANY, RM MARKETS, INC., OMNI INDUSTRIES, L.L.C. f/k/a Omni Industries, Inc., OMNI SPECIALTY PACKAGING, L.L.C. f/k/a | CASE NO. 2:21-CV-01766-GMN-NJK<br><br>**Stipulation and Order to Extend Time for Amalie Oil Company to Respond to Plaintiff's First Amended Complaint** |

1

1  Omni Specialty Packaging, Inc., AMALIE OIL
   COMPANY, CITGO PETROLEUM
2  CORPORATION, and TOWER ENERGY,

3                         Defendants.

4

5      Pursuant to LR IA 6-1(a), Plaintiff, ANGELA UNDERWOOD, and Defendant, AMALIE

6  OIL COMPANY, by and through their respective counsel of record, hereby stipulate and agree to

7  allow AMALIE OIL COMPANY until and including November 14, 2022 to file its response to

8  Plaintiff's First Amended Complaint.

9      In support of this stipulation and order pursuant to the court's November 3, 2022 order, the

10 reasons for this stipulation are: Amalie and its counsel are located in Tampa, Florida. When Amalie

11 was served on Friday October 7, 2022, this case had been pending for over a year, it included

12 approximately 20 parties, and the court file contained 205 docket entries, including legal memoranda

13 on pertinent issues, court orders, and transcripts of two days of the plaintiff's deposition. Amalie and

14 its counsel reasonably require the requested extension to review the court file, locate and retain local

15 …

…

…

…

2

counsel in Las Vegas, make a reasonable investigation of the facts, and prepare and file a response to the Amended Complaint.

DATED this 7th day of November, 2022.

**THORNDAL ARMSTRONG DELK BALENBUSH & EISINGER**

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email: bsd@thorndal.com

Attorneys for Defendant
Amalie Oil Company

DATED this ___ day of November, 2022.

**LOCK LAW FIRM**

By: _____
Andrew J. Dupont, Esq.
The Curtis Center, Suite 720 E
601 Walnut Street
Philadelphia, PA 19106
(215) 893-0100
(215) 893-3444 -F
adupont@lockslaw.com

--and--

Cliff W. Marcek, Esq.
Nevada Bar No. 5061
CLIFF W. MARCEK, P.C.
411 E. Bonneville Ave., Ste. 390
Las Vegas, NV 89101
Telephone: (702) 366-7076
Facsimile: (702) 366-7078
cwmarcek@marceklaw.com

Attorneys for Plaintiff,
Angela Underwood

**IT IS SO ORDERED.**

DATED November 9, 2022

_____
UNITED STATES MAGISTRATE JUDGE