|   |   |
|---|---|
| 1 | BALLARD SPAHR LLP |
| 2 | Joseph E. Dagher, Esq.<br>Nevada Bar No. 15204 |
| 3 | 1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| 4 | Telephone:  702.471.7000<br>Facsimile:  702.471.7070 |
| 5 | dagherj@ballardspahr.com |
| 6 | *Former Attorney for Defendant*<br>*Amrep, Inc.* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA UNDERWOOD, Personal Representative for the Estate of Tyler Underwood,, | CASE NO. 2:21-cv-01766-GMN-NJK |
| Plaintiff, | **NOTICE OF DISASSOCIATION** |
| v. | |
| O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc., ILLINOIS TOOL WORKS INC., Individually and as Successor in Interest to Pennzoil Quaker State Company d/b/a Gumout, THE BLASTER CORPORATION, CRC INDUSTRIES, INC., SAFETY-KLEEN SYSTEMS, INC., HIGHLAND STORES, INC. d/b/a Bi-Rite Markets, BI-RITE MARKETS, INC., 7-ELEVEN, INC., RICHARD A. HALEY, AUTOZONE STORES, LLC. f/k/a Autozone Stores, Inc., AMREP, INC., ADVANCE STORES COMPANY, INCORPORATED, Individually and as Successor in Interest to and d/b/a CarQuest Auto Parts, ASHLAND, LLC, Individually and as Successor In Interest to and d/b/a Valvoline, CALUMET BRANDED PRODUCTS, LLC f/k/a Calumet Packaging, LLC, SUNNYSIDE CORPORATION, W.M. BARR & COMPANY, INC., TECHNICAL CHEMICAL COMPANY, RM MARKETS, INC., OMNI INDUSTRIES, L.L.C. f/k/a Omni Industries, Inc., OMNI SPECIALTY PACKAGING, L.L.C. f/k/a Omni Specialty Packaging, Inc., AMALIE OIL | |

COMPANY, CITGO PETROLEUM CORPORATION, and TOWER ENERGY,

Defendants.

Joseph E. Dagher, Esq. of Ballard Spahr LLP notifies all parties and their counsel that he is no longer associated with Kaempfer Crowell and therefore, no longer represents Defendant Amrep, Inc. in the above-captioned matter. Therefore, it is respectfully requested that the Court remove Mr. Dagher from the ECF service and notification list.

Dated: November 17, 2022

BALLARD SPAHR LLP

By: /s/ Joseph E. Dagher
Joseph E. Dagher, Esq.
Nevada Bar No. 15204
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Former Attorney for Defendant Amrep, Inc.*

**IT IS SO ORDERED.**

Dated: November 18, 2022

_____
United States Magistrate Judge