1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  **THORNDAL, ARMSTRONG, DELK,**
   **BALKENBUSH & EISINGER**
3  1100 E. Bridger Avenue
4  Las Vegas, NV  89101
   TEL: (702)  366-0622
5  FAX: (702)  366-0327
   email:  bsd@thorndal.com
6
7  Attorneys for Amalie Oil Company

8                          **UNITED STATES DISTRICT COURT**

9                                 **DISTRICT OF NEVADA**

10

11 ANGELA UNDERWOOD, Personal                    CASE NO. 2:21-CV-01766-GMN-NJK
   Representative for the Estate of Tyler
12 Underwood,
                       Plaintiff,
13
14 vs.

15 O'REILLY AUTO ENTERPRISES, LLC d/b/a
   O'Reilly Auto Parts, Inc., ILLINOIS TOOL      **Notice of Corrected Image/Document**
16 WORKS INC., Individually and as Successor in
   Interest to Pennzoil Quaker State Company d/b/a **Verified Petition for Permission to Practice in**
17 Gumout, THE BLASTER CORPORATION,              **this Case Only by Attorney Not Admitted to**
   CRC INDUSTRIES, INC., SAFETY-KLEEN            **The Bar of This Court and Designation of**
18 SYSTEMS, INC., HIGHLAND STORES, INC.          **Local Counsel**
   d/b/a Bi-Rite Markets, BI-RITE MARKETS,
19 INC., 7-ELEVEN, INC., RICHARD A.
   HALEY, AUTOZONE STORES, LLC. f/k/a
20 Autozone Stores, Inc., AMREP, INC.,
21 ADVANCE STORES COMPANY,
   INCORPORATED, Individually and as
22 Successor in Interest to and d/b/a CarQuest Auto
   Parts, ASHLAND, LLC, Individually and as
23 Successor In Interest to and d/b/a Valvoline,
24 CALUMET BRANDED PRODUCTS, LLC
   f/k/a Calumet Packaging, LLC, SUNNYSIDE
25 CORPORATION, W.M. BARR & COMPANY,
   INC., TECHNICAL CHEMICAL COMPANY,
26 RM MARKETS, INC., OMNI INDUSTRIES,
   L.L.C. f/k/a Omni Industries, Inc., OMNI
27 SPECIALTY PACKAGING, L.L.C. f/k/a
   Omni Specialty Packaging, Inc., AMALIE OIL
28

                                           1

COMPANY, CITGO PETROLEUM CORPORATION, and TOWER ENERGY,

Defendants.

Pursuant to the Courts order dated November 15, 2022, attached is Mr. Wright's Certificate of Good Standing from the Supreme Court of Florida.

Dated this 17th day of November, 2022.

**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**

By:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
1100 E. Bridger Avenue
Las Vegas, NV  89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email:  bsd@thorndal.com

Attorneys for Amalie Oil Company

2

```
 1
 2
 3
 4
 5
 6                          UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEVADA
 7
 8   ANGELA UNDERWOOD, Individually and  )   Case # 2:21-cv-01766-GMN-NJK
     as Personal Representative of the Estate of  )
 9   TYLER UNDERWOOD,                    )
                                         )   VERIFIED PETITION FOR
10              Plaintiff(s),            )   PERMISSION TO PRACTICE
                                         )   IN THIS CASE ONLY BY
11         vs.                           )   ATTORNEY NOT ADMITTED
                                         )   TO THE BAR OF THIS COURT
12   O'REILLY AUTO PARTS, INC., et al.   )   AND DESIGNATION OF
                                         )   LOCAL COUNSEL
13                                       )
                Defendant(s).            )
14                                       )   FILING FEE IS $250.00
```

_____David R. Wright_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Carlton Fields, P.A._____
(firm name)

with offices at _____4221 W. Boy Scout Blvd., Suite 1000_____,
(street address)

___Tampa___, ___Florida___, ___33607___,
(city)        (state)        (zip code)

___813-229-4355___, ___dwright@carltonfields.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Amalie Oil Company___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>October 7, 2015</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Florida</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Seventh Circuit Court of Appeals | 10/07/2022 | 119453 |
| Eleventh Circuit Court of Appeals | 02/22/2019 | 119453 |
| Middle District of Florida | 10/25/2017 | 119453 |
| Southern District of Florida | 11/01/2017 | 119453 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Florida Bar
Federal Bar Association, Tampa Bay Chapter
Hillsborough County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_Petitioner's signature_

4  STATE OF _____Florida_____ )
5  COUNTY OF ___Hillsborough___ )

7  _____David R. Wright_____, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

_Petitioner's signature_

10 Subscribed and sworn to before me this

11 __4th__ day of __November__, __2022__.

_Deborah D. Lester_
Notary Public or Clerk of Court

[Notary seal: DEBORAH D. LESTER, Notary Public - State of Florida, Commission # HH 023825, My Comm. Expires Jul 26, 2024, Bonded through National Notary Assn.]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Bruce Scott Dickinson__ (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__1100 E. Bridger Avenue__
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)       (state)     (zip code)

__702-366-0622__, __bsd@thorndal.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Bruce Scott Dickinson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

HARRY J. BARKETT, PRESIDENT
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

2297                        bsd@thorndal.com
Bar number                  Email address

**IT IS SO ORDERED.**

Dated this __18__ day of November, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

5

Rev. 5/16

# Supreme Court of Florida
## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### DAVID ROBERT WRIGHT

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **OCTOBER 7, 2015**, is presently in good standing, and that the private and professional character of the attorney appears to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JUNE 9, 2022.

_____
Clerk of the Supreme Court of Florida