UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA UNDERWOOD, Personal Representative for the Estate of Tyler Underwood,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc.; ILLINOIS TOOL WORKS INC., Individually and as Successor in Interest to Pennzoil Quaker State Company d/b/a Gumout, THE BLASTER CORPORATION, CRC INDUSTRIES, INC., SAFETY-KLEEN SYSTEMS, INC., HIGHLAND STORES, INC. d/b/a Bi-Rite Markets, BI-RITE MARKETS, INC., 7-ELEVEN, INC., RICHARD A. HALEY, AUTOZONE STORES, LLC, f/k/a Autozone Stores, Inc., AMREP, INC., ADVANCE STORES COMPANY, INCORPORATED, Individually and as Successor in Interest to and d/b/a CarQuest Auto Parts, ASHLAND, LLC, Individually and as Successor In Interest to and d/b/a Valvoline, CALUMET BRANDED PRODUCTS, LLC f/k/a Calumet Packaging, LLC, SUNNYSIDE CORPORATION, W.M. BARR & COMPANY, INC., TECHNICAL CHEMICAL COMPANY, RM MARKETS, INC., OMNI INDUSTRIES, L.L.C. f/k/a Omni Industries, Inc., OMNI SPECIALTY PACKAGING, L.L.C., f/k/a/ Omni Specialty Packaging, Inc., AMALIE OIL COMPANY, CITGO PETROLEUM CORPORATION, and TOWER ENERGY,<br><br>Defendants. | CASE NO.: 2:21-CV-01766-GMN-NJK<br><br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, ILLINOIS TOOL WORKS INC., substitutes MICHAEL E. STOBERSKI, ESQ., Nevada State Bar No. 004762, as counsel of record in place of ERIC O. FREEMAN.

1

Contact information for new counsel is as follows:

Firm Name:     OLSON CANNON GORMLEY & STOBERSKI

Address:     9950 West Cheyenne Avenue, Las Vegas, NV 89129

Telephone:     (702) 384-4012     Facsimile:     (702) 383-0701

Email: mstoberski@ocgas.com

I consent to the above substitution.     **ILLINOIS TOOL WORKS INC.**

Date: March 23, 2023     Signature: _/s/ Jacqueline White_

Name: Jacqueline A. White, Esq.

Title: Associate General Counsel
Illinois Tool Works Inc.

I consent to the above substitution.     **HAWKINS PARNELL & YOUNG, LLP**

Date: March 29, 2023     Signature: /s/ Eric O. Freeman

ERIC O. FREEMAN, ESQ.

I consent to and accept the above substitution. I am duly admitted to practice in this District.     **OLSON CANNON GORMLEY & STOBERSKI**

Date: 3/28/23     Signature: _Michael E. Stoberski_

MICHAEL E. STOBERSKI, ESQ.

Please check one: __X__ RETAINED or _____ APPOINTED BY THE COURT.

APPROVED:

DATED: March 30, 2023

United States Magistrate Judge

2