DAVID R. WRIGHT, ESQ.
*Pro Hac Vice*
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33603
Tel: (813) 229-7000
Fax: (813) 229-4133
Email: dwright@carltonfields.com

BRUCE SCOTT DICKINSON, ESQ.
THORNDAL ARMSTORNG DELK
BALENBUSH & EISINGER
Nevada Bar No. 002297
1100 E. Bridger Avenue
Las Vegas, NV 89101
Tel: (702) 366-0622
Fax: (702) 366-0327
Email: bsd@thorndal.com

Attorneys for Defendant
Amalie Oil Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA UNDERWOOD, Personal Representative for the Estate of Tyler Underwood,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc., ILLINOIS TOOL WORKS INC., Individually and as Successor in Interest to Pennzoil Quaker State Company d/b/a Gumout, THE BLASTER CORPORATION, CRC INDUSTRIES, INC., SAFETY-KLEEN SYSTEMS, INC., HIGHLAND STORES, INC. d/b/a Bi-Rite Markets, BI-RITE MARKETS, INC., 7-ELEVEN, INC., RICHARD A. HALEY, AUTOZONE STORES, LLC. f/k/a Autozone Stores, Inc., AMREP, INC., ADVANCE STORES COMPANY, INCORPORATED, Individually and as | CASE NO. 2:21-CV-01766-GMN-NJK<br><br>**COUNSEL FOR DEFENDANT AMALIE OIL COMPANY'S MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

1

132617571.1

|   |   |
|---|---|
| 1 | Successor in Interest to and d/b/a CarQuest Auto Parts, ASHLAND, LLC, Individually and as Successor In Interest to and d/b/a Valvoline, CALUMET BRANDED PRODUCTS, LLC f/k/a Calumet Packaging, LLC, SUNNYSIDE CORPORATION, W.M. BARR & COMPANY, INC., TECHNICAL CHEMICAL COMPANY, RM MARKETS, INC., OMNI INDUSTRIES, L.L.C. f/k/a Omni Industries, Inc., OMNI SPECIALTY PACKAGING, L.L.C. f/k/a Omni Specialty Packaging, Inc., AMALIE OIL COMPANY, CITGO PETROLEUM CORPORATION, and TOWER ENERGY, |

Defendants.

David R. Wright, Esq. of Carlton Fields, P.A. notifies all parties that Defendant Amalie Oil Company's Motion to Dismiss, (ECF No. 229) was granted (ECF No. 27) on February 8, 2023. Therefore, it is respectfully requested that the Court remove Mr. Wright from the ECF service and notification list.

DATED this 12th day of April, 2023.

**CARLTON FIELDS, P.A.**

By: /s/ David R. Wright
DAVID R. WRIGHT, ESQ.
*Pro Hac Vice*
Nancy J. Faggianelli, Esq.
*Pro Hac Vice*
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33603
Tel: (813) 229-7000
Fax: (813) 229-4133
Email: nfaggianelli@carltonfields.com
          dwright@carltonfields.com

THORNDAL ARMSTORNG DELK
BALENBUSH & EISINGER

IT IS SO ORDERED.
Dated: April 12, 2023

Nancy J. Koppe
United States Magistrate Judge

132617571.1

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bruce Scott Dickinson, Esq.
Nevada Bar No. 002297
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327
Email: bsd@thorndal.com

*Attorneys for Defendant*
*Amalie Oil Company*

132617571.1