1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  **THORNDAL ARMSTRONG, PC**
3  1100 E. Bridger Avenue
   Las Vegas, NV 89101
4  TEL: (702) 366-0622
   FAX: (702) 366-0327
5  email: bsd@thorndal.com
6
   Attorneys for Amalie Oil Company
7
8                    **UNITED STATES DISTRICT COURT**
9                           **DISTRICT OF NEVADA**
10

| | |
|---|---|
| ANGELA UNDERWOOD, Personal Representative for the Estate of Tyler Underwood, <br> Plaintiff, <br><br> vs. <br><br> O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc., ILLINOIS TOOL WORKS INC., Individually and as Successor in Interest to Pennzoil Quaker State Company d/b/a Gumout, THE BLASTER CORPORATION, CRC INDUSTRIES, INC., SAFETY-KLEEN SYSTEMS, INC., HIGHLAND STORES, INC. d/b/a Bi-Rite Markets, BI-RITE MARKETS, INC., 7-ELEVEN, INC., RICHARD A. HALEY, AUTOZONE STORES, LLC. f/k/a Autozone Stores, Inc., AMREP, INC., ADVANCE STORES COMPANY, INCORPORATED, Individually and as Successor in Interest to and d/b/a CarQuest Auto Parts, ASHLAND, LLC, Individually and as Successor In Interest to and d/b/a Valvoline, CALUMET BRANDED PRODUCTS, LLC f/k/a Calumet Packaging, LLC, SUNNYSIDE CORPORATION, W.M. BARR & COMPANY, INC., TECHNICAL CHEMICAL COMPANY, RM MARKETS, INC., OMNI INDUSTRIES, L.L.C. f/k/a Omni Industries, Inc., OMNI SPECIALTY PACKAGING, L.L.C. f/k/a Omni Specialty Packaging, Inc., AMALIE OIL | CASE NO. 2:21-CV-01766-GMN-NJK <br><br><br> **MOTION TO REMOVE ATTORNEY'S NAME FROM CM/ECF E-FILING SERVICE LIST FOR THIS CASE ONLY** |

COMPANY, CITGO PETROLEUM CORPORATION, and TOWER ENERGY,

Defendants.

Bruce Scott Dickinson, Esq. of Thorndal Armstrong, PC., notifies all parties that Defendant Amalie Oil Company's Motion to Dismiss, (ECF No. 229) was granted (ECF No. 271) on February 8, 2023.  Therefore, it is respectfully requested that the Court remove Bruce Scott Dickinson, Esq and the law firm of THORNDAL ARMSTRONG, PC from the CM/ECF service and notification list.

DATED this 11th day of April, 2023.

                              **THORNDAL ARMSTRONG, PC**

By:_____
    BRUCE SCOTT DICKINSON, ESQ.
    Nevada Bar No. 002297
    1100 E. Bridger Avenue
    Las Vegas, NV 89101
    TEL: (702) 366-0622
    FAX: (702) 366-0327
    email: bsd@thorndal.com

    Attorneys for Amalie Oil Company

IT IS SO ORDERED.
Dated:  April 12, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge