1  **TYSON & MENDES LLP**
   THOMAS E. MCGRATH
2  Nevada Bar No. 7086
   Email:  tmcgrath@tysonmendes.com
3  SARAH B. HARTIG
   Nevada Bar No. 10070
4  Email: shartig@tysonmendes.com
   2835 St. Rose Parkway, Suite 140
5  Henderson, Nevada 89052
6  Tel:  (702) 724-2648
   Fax:  (702) 938-1048
7  *Attorneys for Defendants*
   *Omni Industries, LLC and Omni Specialty Packaging, LLC*
8

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

| Angela Underwood, Personal Representative for the Estate of Tyler Underwood,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc.; ILLINOIS TOOL WORKS INC., Individually and as Successor in Interest to Pennzoil Quaker State Company d/b/a Gumout, THE BLASTER CORPORATION, CRC INDUSTRIES, INC., SAFETY-KLEEN SYSTEMS, INC., HIGHLAND STORES, INC. d/b/a Bi-Rite Markets, BI-RITE MARKETS, INC., 7-ELEVEN, INC., RICHARD A. HALEY, AUTOZONE STORES, LLC, f/k/a Autozone Stores, Inc., AMREP, INC., ADVANCE STORES COMPANY, INCORPORATED, Individually and as Successor in Interest to and d/b/a CarQuest Auto Parts, ASHLAND, LLC, Individually and as Successor In Interest to and d/b/a Valvoline, CALUMET BRANDED PRODUCTS, LLC f/k/a Calumet Packaging, LLC, SUNNYSIDE CORPORATION, W.M. | Case No.: 2:21-cv-01766-GMN-NJK<br><br>**COUNSEL FOR DEFENDANTS OMNI INDUSTRIES, LLC's AND OMNI SPECIALTY PACKAGING, LLC's MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
|---|---|

1

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | BARR & COMPANY, INC., TECHNICAL CHEMICAL COMPANY, RM MARKETS, INC., OMNI INDUSTRIES, L.L.C. f/k/a Omni Industries, Inc., OMNI SPECIALTY PACKAGING, L.L.C., f/k/a/ Omni Specialty Packaging, Inc., AMALIE OIL COMPANY, CITGO PETROLEUM CORPORATION, and TOWER ENERGY,<br>              Defendants. |

Thomas E. McGrath, Esq. and Sarah B. Hartig. Esq. of TYSON & MENDES, LLP. notifies all parties that Defendants Omni Industries, LLC's and Omni Specialty Packaging, LLC's Motion to Dismiss, (ECF No. 240) was granted (ECF No. 271) on February 8, 2023. Therefore, it is respectfully requested that the Court remove Mr. McGrath and Ms. Hartig from the ECF service and notification list.

DATED this 12th day of April, 2023.

TYSON & MENDES LLP

/s/ Sarah B. Hartig
_____
THOMAS E. MCGRATH
Nevada Bar No. 7086
SARAH B. HARTIG
Nevada Bar No. 10070
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendants*
*Omni Industries, LLC and Omni Specialty*
*Packaging, LLC*

IT IS SO ORDERED.
Dated:  April 13, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2