1  MARISA A. POCCI, ESQ.
   Nevada Bar No. 10720
2  JAMIE S. HENDRICKSON, ESQ.
   Nevada Bar No. 12770
3  **LITCHFIELD CAVO LLP**
4  3753 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169
5  Telephone: (702) 949-3100
   Facsimile: (702) 916-1776
6  Email: Pocci@LitchfieldCavo.com
           Hendrickson@LitchfieldCavo.com
7  *Attorneys for Defendant Technical Chemical Company*

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA UNDERWOOD, Personal Representative of the Estate of TYLER UNDERWOOD, | Case No.: 2:21-cv-01766-GMN-NJK |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT TECHNICAL CHEMICAL COMPANY'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT (ECF No. 108)** |
| O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc, ILLINOIS TOOL WORKS INC., Individually and as Successor in Interest to Pennzoil Quaker State Company d/b/a Gumout, THE BLASTER CORPORATION, CRC INDUSTRIES, INC., SAFETY-KLEEN SYSTEMS, INC., HIGHLAND STORES, INC. d/b/a BiRight Markets, BI-RITE MARKETS, INC, 7-ELEVEN, INC., RICHARD A. HALEY, AUTOZONE STORES, LLC, f/k/a Autozone Stores, Inc., AMREP, INC., ADVANCE STORES COMPANY, INCORPORATED, Individually and as Successor in Interest to and d/b/a CarQuest Auto Parts, ASHLAND, LLC, Individually and as Successor in Interest to and d/b/a Valvoline, CALUMET BRANDED PRODUCTS, LLC f/k/a Calumet Packaging, LLC, SUNNYSIDE CORPORATION, W.M. BARR & COMPANY, INC., TECHNICAL CHEMICAL COMPANY, RM MARKETS, INC., CITGO PETROLEUM CORPORATION, AND TOWER ENERGY, | **[FIRST REQUEST]** |
| Defendants. | |

1

Pursuant to LR 6-1, the parties, through their respective undersigned counsel, do hereby move for a order to stipulation and agree as follows:

1. On June 12, 2023, TCC filed its Motion to Set Aside Clerk's Entry of Default (ECF No. 108) (the "Motion") (ECF No. 322).

2. Plaintiff filed her Answer to TCC's Motion to Set Aside Clerk's Entry of Default (ECF No. 327) on June 26, 2023.

3. TCC's Reply is currently due July 3, 2023.

4. The current deadlines, pursuant to the Joint Stipulation for Limited Extension of Certain Case Management Deadlines and proposed Order (Fourth Request) (ECF No. 304) are: Discovery Cut-Off – September 6, 2023; Dispositive Motion Deadline: October 4, 2023 and Proposed Pretrial Order due by November 3, 2023.

5. Plaintiff filed a Second Amended Complaint (ECF No. 302) on June, 1, 2023.

6. Due to the upcoming holiday, counsel for TCC requests a two week extension to allow time to prepare and file its Reply.

7. Good cause exists for an extension due to the following reasons: (1) TCC's handling defense counsel had a planned vacation and is celebrating his tenth wedding anniversary over the holiday weekend; (2) TCC's handling defense counsel has several depositions and impending motion deadlines in other matters that are concurrent with the instant Reply deadline; (3) TCC's handling defense counsel's local Las Vegas office is suffering personnel shortages due to a new attorney that previously accepted employment, provided a start date, and failed to meet that commitment.

8. Counsel for Plaintiff agreed to extend the deadline for TCC to file its Reply in support of TTC's Motion (ECF No. 322) to and including Monday, July 17, 2023.

///
///
///
///
///
///

1        9.     TCC's Counsel has not previously obtained an extension in regard to this Motion.

2       **IT IS SO STIPULATED**.

Dated: June 29, 2023

**LITCHFIELD CAVO LLP**

By:    */s/ Jamie S. Hendrickson, Esq.*
     MARISA A. POCCI, ESQ.
     Nevada Bar No. 10720
     JAMIE S. HENDRICKSON, ESQ.
     Nevada Bar No. 12770
     3753 Howard Hughes Parkway, Suite 200
     Las Vegas, NV 89169
     T: (702) 949-3100
     F: (702) 916-1776
     Email: Pocci@LitchfieldCavo.com
              Hendrickson@LitchfieldCavo.com
     *Attorneys for Defendant Technical Chemical Company*

Dated: June 29, 2023

**CLIFF W. MARCEK, P.C.**

By:    */s/ Andrew J. Dupont*
     Cliff W. Marcek, Esq. (SBN 5061)
     411 E. Bonneville Ave., Suite 300
     Las Vegas, NV 89101
     E: cwmarcek@nvlegaljustice.com

Andrew J. Dupont, Esq.
**LOCKS LAW FIRM**
The Curtis Center, Suite 720 East
601 Walnut Street
Philadelphia, PA 19106

*Attorneys for Plaintiff, Angela Underwood, Individually and as Personal Representative of the Estate of Tyler Underwood*

Dated: June 29, 2023

**GORDON REES SCULLY**
 **MANSUKHANI, LLP**

By:    */s/ Brian K. Walters*
     Brian K. Walters, Esq. (SBN 9711)
     1 East Liberty Street, Suite 424
     Reno, NV 89501
     *Attorney for Defendant Sunnyside Corporation*

Dated: June 29, 2023

**MESSNER REEVES LLP**

By:    */s/ Jonathan Owens*
     Jonathan Owens, Esq. (SBN 7118)
     8945 W. Russell Road, Suite 300
     Las Vegas, NV 89148
     *Attorneys for Defendant AutoZone Stores, Inc.*

Dated: June 29, 2023

**EVANS FEARS & SCHUTTERT LLP**

By:    */s/ Jay J. Schuttert*
     Jay J. Schuttert, Esq. (SBN 8656)
     David W. Gutke, Esq. (SBN 9820)
     Alexandria L. Layton, Esq. (SBN 14228)
     6720 Via Austin Parkway, Suite 300
     Las Vegas, NV 89119
     *Attonreys for Defendant Calumet Branded Products*

Dated: June 29, 2023

**GORDON REES SCULLY**
 **MANSUKHANI, LLP**

By:    */s/ James E. Cavanaugh*
     Robert E. Schumacher, Esq. (SBN 9504)
     James E. Cavanaugh, Esq. (SBN 6929)
     300 S. 4th Street, Suite 1550
     Las Vegas, NV 89101

     *Attonreys for Defendant the Blaster Corporation*

3

| | |
|---|---|
| Dated: June 29, 2023 | Dated:  June  29, 2023 |
| **MARIO VALENCIA ATTORNEY AT LAW, LLC** | **KAEMPFER CROWELL** |
| By: _/s/ Justin D. Niznik_<br>Mario D. Valencia, Esq. (SBN 6154)<br>40 S. Stephanie Street, Suite 201<br>Henderson, NV 89012 | By: _/s/ Joshua S. Snyder_<br>Ryan M. Lower, Esq. (SBN 9108)<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NBV 89135 |
| Justin D. Niznik, Esq.<br>**BOWMAN AND BROOKE LLP**<br>1064 Greenwood Blvd., Suite 212<br>Lake Mary, FL 32746<br>*Attorneys for Defendant W. M. Barr & Company, Inc.* | Kathy K. Condo, Esq.<br>Alexandra G. Farone, Esq.<br>Joshua S. Snyder, Esq.<br>**BABST, CALLAND CLEMENTS AND ZOMNIR, P.C.**<br>Two Gateway Center<br>630 Stanwix St., 6th Floor<br>Pittsburgh, PA 15222<br>*Attorneys for Defendant Amrep, Inc.* |
| Dated:  June 30, 2023 | Dated:  June 30, 2023 |
| **GORDEN REES SCULLY  MANSUKHANI, LLP** | **OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI** |
| By: _/s/ Chad A. Harrison_<br>Chad A. Harrison, Esq. (SBN 13888)<br>300 S. 4th Street, Suite 1550<br>Las Vegas, NV  89101 | By: _/s/ Michael E. Stoberski_<br>Michael E. Stoberski, Esq. (SBN 4762)<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129 |
| Theodore C. Yarbrough, Esq.<br>H. Barrett Marshall, Esq.<br>GORDON REES SCULLY  MANSUKHANI, LLP<br>2200 Ross Avenue, Suite 3700<br>Dallas, TX 75201<br>*Attorneys for Defendant Advance Stores Company, Inc.* | *Attorneys for Defendants, CRC Industrices, Inc., Illinois Tool Works, Inc., Ashland, LLC, and Citgo Petroleum Corporation* |

4

| | |
|---|---|
| Dated: June 30, 2023 | Dated: June 29, 2023 |
| **RESNICK & LOUIS, P.C.** | **RESNICK & LOUIS, P.C.** |
| By:   */s/ Eleanor Deirdre Murphy* <br>     Kenneth Ching, Esq. (SBN 10542) <br>     Adam McMillen, Esq. (SBN 10678) <br>     Eleanor Deirdre Murphy, Esq. (SBN 15071) <br>     Troy Clark Esq. (SNB 11361) <br>     8925 West Russell Road, Suite 220 <br>     Las Vegas, NV 89148 <br>     *Attorneys for Defendant Highland Stores, Inc.* | By:   */s/ Eleanor Deirdre Murphy* <br>     Troy Clark, Esq. (SBN 11361) <br>     Kenneth Ching, Esq. (SBN 10542) <br>     Eleanor Deirdre Murphy, Esq. (SBN 15071) <br>     8925 West Russell Road, Suite 220 <br>     Las Vegas, NV 89148 <br>     *Attorneys for Defendant RM Markets, Inc.* |
| Dated: June 29, 2023 | Dated: June 29, 2023 |
| **ALVERSON TAYLOR & SANDERS** | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| By:   */s/ Kurt R. Bonds* <br>     Kurt R. Bonds, Esq. (SBN 6228) <br>     Vincent J. Garrido, Esq. (SBN 15918) <br>     Charles Deskins, Esq. (SBN 15532) <br>     6605 Grand Montecito Parkway, Suite 200 <br>     Las Vegas, NV 89149 <br><br>     *Attorneys for Defendants O'Reilly Auto Enterpirses, LLC and Tower Energy* | By:   */s/ Steven Abbott* <br>     Darrell D. Dennis, Esq. (SBN 6618) <br>     Steven Foremaster, Esq. (SBN 10650) <br>     Steven Abbott, Esq. (SBN 10303) <br>     6385 S. Rainbow Blvd., Suite 600 <br>     Las Vegas, NV 89118 <br><br>     Alexander Anolik, Esq. <br>     Omar Nasar, Esq, <br>     HARRIS BEACH, PLLC <br>     100 Wall Street <br>     New York, NY 10005 <br><br>     *Attorneys for Defendant Safety-Kleen Systems, Inc.* |
| Dated: June 29, 2023 | |
| **RESNICK & LOUIS, P.C.** | |
| By:   */s/ Melissa J. Roose* <br>     Melissa J. Roose, Esq. (SBN 7889) <br>     8925 West Russell Road, Suite 220 <br>     Las Vegas, NV 89148 <br>     *Attorneys for Defendants 7-Eleven, Inc and Richard A. Haley.* | |

**ORDER**

**IT IS SO ORDERED** that the deadline for TCC to file its Reply in support of TTC's Motion (ECF No. 322) is up to and including Monday, July 17, 2023.

Date:    June 30   , 2023.

                                                 **United States District Court Judge**