1  MARISA A. POCCI, ESQ.
   Nevada Bar No. 10720
2  **LITCHFIELD CAVO LLP**
   3753 Howard Hughes Parkway, Suite 200
3  Las Vegas, Nevada 89169
   Telephone:  (702) 949-3100
4  Facsimile:   (702) 916-1776
5  Email: pocci@litchfieldcavo.com
   *Attorneys for Defendant Technical Chemical Company*
6
7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA UNDERWOOD, Personal Representative of the Estate of TYLER UNDERWOOD, <br><br> Plaintiffs, <br><br> v. <br><br> O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc., et al. <br><br> Defendants. | Case No.: 2:21-cv-01766-GMN-NJK <br><br><br> **MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST** |

Defendant Technical Chemical Company ("Defendant" or "TCC"), by and through its attorneys of record, the law firm of Litchfield Cavo LLP, hereby submits this motion for an Order granting the Request for Removal of Jamie S. Hendrickson, Esq. from the service list.

Mr. Hendrickson is no longer associated with Litchfield Cavo LLP and therefore Defendant respectfully request this Motion be granted with an Order directing the Clerk of the Court to remove Jamie S. Hendrickson, Esq. from the CM/ECF Service List.

Dated: August 18, 2023        **LITCHFIELD CAVO LLP**

By: *Marisa A. Pocci*
MARISA A. POCCI, ESQ.
Nevada Bar No.  10720
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV  89169
T:  (702) 949-3100
F:  (702) 916-1776
Email: pocci@litchfieldcavo.com
*Attorneys for Defendant Technical Chemical Company*

1

## ORDER

**IT IS ORDERED** that the Clerk of the Court shall remove Jamie S. Hendrickson, Esq. from the CM/ECF Service List.

Dated: August 22, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2