# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA UNDERWOOD,<br><br>  Plaintiff(s),<br><br>v.<br><br>O'REILLY AUTO ENTERPISES, LLC, et al.,<br><br>  Defendant(s). | Case No. 2:21-cv-01766-GMN-NJK<br><br>**Order** |

The case has been referred to the undersigned to hold a settlement conference. Docket No. 376. The Court hereby **SETS** a telephonic status conference for 10:00 a.m. on November 15, 2023, to discuss the logistics for the settlement conference. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: November 7, 2023

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge