Andrew J. DuPont, Esq.
*Admitted Pro Hac Vice*
LOCKS LAW FIRM
The Curtis Center, Suite 720 East
601 Walnut Street
Philadelphia, PA 19106
T (215) 893-0100
F (215) 893-3444
adupont@lockslaw.com

Cliff W. Marcek, Esq.
Bertoldo Carter Smith & Cullen
Nevada Bar No. 5061
7408 W. Sahara Ave
Las Vegas, NV 89117
T (702) 505-8115
cmarcek@nvlegaljustice.com

*Attorneys for Plaintiff Angela Underwood,*
*PERSONAL REPRESENTATIVE FOR THE ESTATE OF TYLER UNDERWOOD*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANGELA UNDERWOOD, Personal Representative for the Estate of Tyler Underwood,

Plaintiff,

vs.

O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc.; ILLINOIS TOOL WORKS INC., Individually and as Successor in Interest to Pennzoil Quaker State Company d/b/a Gumout, THE BLASTER CORPORATION, CRC INDUSTRIES, INC., SAFETY-KLEEN SYSTEMS, INC., HIGHLAND STORES, INC. d/b/a Bi-Rite Markets, BI-RITE MARKETS, INC., 7-ELEVEN, INC., RICHARD A. HALEY, AUTOZONE STORES, LLC, f/k/a Autozone Stores, Inc., AMREP, INC., ADVANCE STORES COMPANY, INCORPORATED, Individually and as Successor in Interest to and d/b/a CarQuest Auto Parts, ASHLAND, LLC, Individually and as Successor In Interest to and d/b/a Valvoline, CALUMET BRANDED PRODUCTS, LLC f/k/a Calumet Packaging, LLC, SUNNYSIDE CORPORATION, W.M. BARR & COMPANY, INC., TECHNICAL CHEMICAL COMPANY, RM MARKETS, INC., OMNI INDUSTRIES, L.L.C. f/k/a Omni Industries, Inc., OMNI SPECIALTY PACKAGING, L.L.C., f/k/a/ Omni Specialty Packaging, Inc., AMALIE OIL

CASE NO. 2:21-cv-01766-GMN-NJK

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT AND MOTION IN LIMINE AND REPLIES THERETO**

**(FIRST REQUEST)**

COMPANY, CITGO PETROLEUM CORPORATION, and TOWER ENERGY,
Defendants.

The parties, through their respective undersigned counsel, and pursuant to LR IA 6-1, hereby file this stipulation requesting an extension of time to file oppositions and replies to the motions for summary judgment (ECF Nos. 343, 345, 346, 347, 348, 349, 356, 360, 361, 363, 368, 369, 370 and 371, and joinder motions[1] at ECF Nos. 377, 379, 380, 381 and 382) and opposition and reply[2] to the motion in limine (ECF No. 344). This is the parties' first stipulation and request for an extension of time to file oppositions and replies to the motions for summary judgment and the motion in limine. The Motions for Summary Judgment Docket Nos. 343, 345, 346, 347, 348, 349, 356, 360, 361, 363, 368, 369, 370 and 371 were filed on November 6, 2023 and oppositions to these motions are due on November 27, 2023. On November 7, 2023 a joinder to Motion for Summary Judgment Docket No. 346 was filed at Docket No. 377. On November 10, 2023 a joinder to Motion for Summary Judgment Docket No. 356 was filed at Docket No 379. On November 10, 2023 a joinder to Motion for Summary Judgment Docket No. 370 was filed at Docket No. 380. On November 10, 2023 a joinder to Motion for Summary Judgment Docket No. 347 was filed at Docket No. 381. On November 10, 2023 a joinder to Motion for Summary Judgment Docket No. 368 was filed at Docket No. 382. A Motion in Limine or to Exclude Dr. Laumbach (ECF No. 344) was filed on November 6, 2023 and the opposition is due on November 20, 2023. On November 10, 2023 a joinder to Motion in Limine Docket No. 344 (incorrectly designated ECF 343) was filed at Docket No. 383. A hearing on these motions has not been scheduled.

---

[1] Plaintiff does not waive any objection she has to any joinder to a motion for summary judgment or a motion in limine.

[2] To the extent LR 16-3 applies to Fed. R. Evid 702/*Daubert* motions, leave of court to file a Reply is not being requested at this time and this date is withdrawn.

**AGREED TO AND SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

| | |
|---|---|
| Dated this 14th day of November, 2023<br><br>LOCKS LAW FIRM<br><br>*/s/ Andrew J. DuPont*<br>Andrew J. DuPont, Esq.<br>LOCKS LAW FIRM<br>The Curtis Center, Suite 720 East<br>601 Walnut Street<br>Philadelphia, PA 19106<br><br>Cliff W. Marcek, Esq.<br>Bertoldo Carter Smith & Cullen<br>Nevada Bar No. 5061<br>7408 W. Sahara Ave<br>Las Vegas, NV 89117<br><br>*Attorneys for Plaintiff Angela Underwood, Personal Representative for the Estate of Tyler Underwood* | Dated this 14th day of November, 2023<br><br>GORDON REES SCULLY MANSUKHANI, LLP<br><br>*/s/ Brian K. Walters*<br>Brian K. Walters, Esq.<br>Nevada Bar No. 9711<br>1 East Liberty Street, Suite 424<br>Reno, NV 89501<br><br>*Attorney for Sunnyside Corporation* |
| Dated this 14th day of November, 2023<br><br>MESSNER REEVES LLP<br><br>*/s/ Jonathan Owens*<br>Jonathan Owens, Esq.<br>Nevada Bar No. 7118<br>8945 W. Russell Road, Suite 300<br>Las Vegas, NV 89148<br><br>*Attorneys for Defendant, AutoZone Stores, Inc.* | Dated this 14th day of November, 2023<br><br>EVANS FEARS & SCHUTTERT LLP<br><br>*/s/ Jay J. Schuttert*<br>Alexandria L. Layton, Esq.<br>Nevada Bar No. 14228<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>6720 Via Austin Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>*Attorneys for Defendant Calumet Branded Products* |

| | |
|---|---|
| Dated this 14th day of November, 2023<br><br>GORDON REES SCULLY MANSUKHANI, LLP<br><br>*/s/ James E. Cavanaugh*<br>Robert E. Schumacher, Esq.<br>Nevada Bar No. 9504<br>James E. Cavanaugh, Esq.<br>Nevada Bar No. 6929<br>300 So. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorney for The Blaster Corporation* | Dated this 14th day of November, 2023<br><br>GORDON REES SCULLY MANSUKHANI, LLP<br><br>*/s/ Theodore C. Yarbrough*<br>Chad A. Harrison, Esq.<br>Nevada Bar No. 13888<br>300 So. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>Theodore C. Yarbrough, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>2200 Ross Avenue, Suite 3700<br>Dallas, TX 75201<br>*Attorney for Defendant Advance Stores Company, Inc.* |

| Dated this 14th day of November, 2023<br><br>MARIO VALENCIA<br>ATTORNEY AT LAW, LLC<br><br>*/s/ Mario Valencia*<br>Mario D. Valencia, Esq.<br>Nevada Bar No. 6154<br>40 S. Stephanie Street, Suite 201<br>Henderson, NV 89012<br><br>Justin D. Niznik, Esq.<br>BOWMAN AND BROOKE LLP<br>1064 Greenwood Blvd., Suite 212<br>Lake Mary, FL 32746<br><br>*Attorneys for W. M. Barr & Company, Inc.* | Dated this 14th day of November, 2023<br><br>KAEMPFER CROWELL<br><br>*/s/ Alexandra G. Farone*<br>Ryan M. Lower, Esq.<br>Nevada Bar No. 9108<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br><br>Kathy K. Condo, Esq.<br>Alexandra G. Farone, Esq.<br>Joshua S. Snyder, Esq.<br>BABST, CALLAND CLEMENTS AND ZOMNIR, P.C.<br>Two Gateway Center<br>603 Stanwix St., 6th Floor<br>Pittsburgh, PA 15222<br><br>*Attorneys for Defendant Amrep, Inc.* |
|---|---|

| | |
|---|---|
| Dated this 14th day of November, 2023<br><br>OLSON CANNON GORMLEY & STOBERSKI<br><br>*/s/ Michael E. Stoberski*<br>Michael E. Stoberski, Esq.<br>Nevada Bar No. 4762<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129<br><br>*Attorneys for Defendant, CRC Industries, Inc., Illinois Tool Works, Inc., Ashland LLC, and CITGO Petroleum Corporation*<br><br>Larry J. Chilton, Esq.<br>CHILTON YAMBERT PORTER LLP<br>303 W. Madison, Ste. 2300<br>Chicago, IL 60606<br>*Attorney for Defendants, CRC Industries, Inc., Ashland LLC, and CITGO Petroleum Corporation*<br><br>*Gary J. Saalman, Esq.*<br>*VORYS, SATER, SEYMOUR and PEASE LLP*<br>*52 E. Gay Street*<br>Columbus, OH 43215<br>*Attorney for Defendant, Illinois Tool Works, Inc.* | Dated this 14th day of November, 2023<br><br>RESNICK & LOUIS, P.C.<br><br>*/s/ Kenneth Ching*<br>Kenneth Ching, Esq.<br>Nevada Bart No. 10542<br>Adam McMillen, Esq.<br>Nevada Bar No. 10678<br>8925 West Russell Road, Suite 220<br>Las Vegas, NV 89148<br><br>*Attorneys for Defendant Highland Stores, Inc.* |
| Dated this 14th day of November, 2023<br><br>RESNICK & LOUIS, P.C.<br><br>*/s/ Eleanor D. Murphy*<br>Eleanor D. Murphy, Esq.<br>Nevada Bar No. 15071<br>8925 West Russell Road, Suite 220<br>Las Vegas, NV 89148<br><br>*Attorneys for Defendant, RM Markets, Inc.* | Dated this 14th day of November, 2023<br><br>HALL & EVANS, LLC<br><br>*/s/ Kurt Bonds*<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Charles Deskins, Esq.<br>Nevada Bar No. 15532<br>411 E. Bonneville Ave., Suite 400<br>Las Vegas, NV 89149<br><br>*Attorneys for Defendants O'Reilly Auto Enterprises, LLC and Tower Energy* |
| Dated this 14th day of November, 2023<br><br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br><br>*/s/ Steven Abbott*<br>Darrell D. Dennis, Esq.<br>Nevada Bar No. 6618<br>Steven Foremaster, Esq.<br>Nevada Bar No. 10650<br>Steven Abbott, Esq. | Dated this 14th day of November, 2023<br><br>RESNICK & LOUIS, P.C.<br><br>*/s/ Melissa J. Roose*<br>Melissa J. Roose, Esq.<br>Nevada Bar No. 7889<br>8925 W. Russell Road, Suite 220<br>Las Vegas, Nevada 89148<br>mroose@rlattorneys.com |

| Nevada Bar No. 10303<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br><br>Alexander Anolik, Esq.<br>Omar Nasar, Esq.<br>HARRIS BEACH, PLLC<br>100 Wall Street<br>New York, NY 10005<br><br>*Attorneys for Defendant Safety-Kleen Systems, Inc.* | *Attorneys for Defendant, 7-Eleven, Inc. and Richard A. Haley* |
| --- | --- |


//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**PROPOSED ORDER**

The deadlines to file oppositions and replies, where applicable, to the following motions are extended as follows:

| MOTION, JOINDER | CURRENT OPPOSITION DEADLINE | PROPOSED NEW OPPOSITION DEADLINE | CURRENT REPLY DEADLINE | PROPOSED REPLY DEADLINE |
|---|---|---|---|---|
| ECF Nos. 343, 383 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF No. 344 | November 20, 2023 | **December 20, 2023** | | January 19, 2024[3] |
| ECF No. 345 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF Nos. 346, 377 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF Nos. 347, 381 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF No. 348 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF No. 349 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |

[3] To the extent LR 16-3 applies to Fed. R. Evid 702/*Daubert* motions, leave of court to file a Reply is not being requested at this time and this date is withdrawn.

| | | | | |
|---|---|---|---|---|
| ECF Nos. 356, 379 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF No. 360 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF No. 361 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF No. 363 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF Nos. 368, 382 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF No. 369 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF Nos. 370, 380 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |
| ECF No. 371 | November 27, 2023 | **December 27, 2023** | December 11, 2023 | January 26, 2024 |

**IT IS SO ORDERED**

______________________________
UNITED STATES DISTRICT COURT JUDGE

DATED: November 16, 2023

CASE NO.: 2:21-cv-01766-GMN-NJK

*Respectfully submitted by*:

LOCKS LAW FIRM

*/s/ Andrew J. DuPont*

Andrew J. DuPont, Esq.
LOCKS LAW FIRM
The Curtis Center, Suite 720 East
601 Walnut Street
Philadelphia, PA 19106

Cliff W. Marcek, Esq.
Bertoldo Carter Smith & Cullen
Nevada Bar No. 5061
7408 W. Sahara Ave
Las Vegas, NV 89117

*Attorneys for Plaintiff Angela Underwood, Personal Representative for the Estate of Tyler Underwood*