# EXHIBIT E
# WM Barr 9-13
# MSDS of Odorless Mineral Spirits

## 1. PRODUCT AND COMPANY IDENTIFICATION

**Product Code:** 1631.1

**Product Name:** Odorless Mineral Spirits

**Reference #:** 1631.1

**Manufacturer Information**

**Company Name:** W. M. Barr
2105 Channel Avenue
Memphis, TN 38113

**Phone Number:** (901)775-0100

**Emergency Contact:** 3E 24 Hour Emergency Contact (800)451-8346

**Information:** W.M. Barr Customer Service (800)398-3892

**Web site address:** www.wmbarr.com

**Preparer Name:** W.M. Barr EHS Department (901)775-0100

**Product Code**

GKSP94006PL, GKSP94006P, QKSP94005, QKSP94005L, QKSP94205, GKSP94006, GKSP94214

**Revision Date:** 11/13/2008

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

| Hazardous Components (Chemical Name) | CAS # | Concentration | OSHA PEL | ACGIH TLV |
|---|---|---|---|---|
| 1. Stoddard solvent {Mineral spirits; Aliphatic Petroleum Distillates; White spirits} | 8052-41-3 | 95.0 -100.0 % | 500 ppm | 100 ppm |

## 3. HAZARDS IDENTIFICATION

**Emergency Overview**

Caution! Combustible! Keep away from heat, sparks, flame and all other sources of ignition. Vapors may cause fire. Vapors may travel long distances to other areas and rooms away from work site. Do not smoke. Extinguish all flames and pilot lights, and turn off stoves, heaters, electric motors and all other sources of ignition anywhere in the structure, dwelling or building during use and until all vapors are gone from work site and all areas away from the work site. Keep away from electrical outlets and switches. Beware of static electricity that may be generated by synthetic clothing and other sources.

**Potential Health Effects (Acute and Chronic)**

Inhalation Acute Exposure Effects:
Vapor concentration may cause headache, dizziness, irritation of the respiratory tract, eye irritation, stupor, depression of the central nervous system, watering of the eyes, weakness, nausea, muscle twitches, and kidney effects. Aspiration into lungs may cause pneumonia or death. Severe overexposure may cause convulsions, unconsciousness, and death.

Skin Contact Acute Exposure Effects:
May cause irritation.

Eye Contact Acute Exposure Effects:
Liquid contact may cause irritation.

Ingestion Acute Exposure Effects:
Harmful or fatal if swallowed. May cause nausea, weakness, muscle twitches, gastrointestinal irritation, diarrhea, unconsciousness, and death.

Chronic Exposure Effects:
Reports have associated repeated and prolonged overexposure to solvents with neurological and other



Licensed to W.M. Barr and Company: MIRS MSDS, (c) A V Systems, Inc.

physiological damage. Repeated or prolonged skin contact may cause redness, irritation, and scaling of the skin. May cause skin irritation, anemia, bone marrow damage, liver damage, and jaundice.

### Signs and Symptoms Of Exposure

Primary routes of exposure:
Inhalation, ingestion, and dermal.

### Medical Conditions Generally Aggravated By Exposure

None known.

### OSHA Regulatory Status:

This material is classified as hazardous under OSHA regulations.

## 4. FIRST AID MEASURES

### Emergency and First Aid Procedures

Inhalation:
If user experiences breathing difficulty, move to air free of vapors. Administer oxygen or artificial respiration until medical assistance can be rendered.

Skin contact:
Wash with soap and large quantities of water for at least 15 minutes. Seek medical attention if irritation from contact persists.

Eye contact:
Immediately flush eyes with water, remove nay contact lens, continue flushing with water for at least 15 minutes. Get medical attention.

Ingestion:
Do not induce vomiting. Call your poison control center, hospital emergency room, or physician immediately.

### Note to Physician

Call your local poison control center for further instructions.

## 5. FIRE FIGHTING MEASURES

**Flammability Classification:** OSHA Class II

**Flash Pt:** > 107.00 F Method Used: TAG Closed Cup

**Explosive Limits:** LEL: 1.0 UEL:

**Autoignition Pt:**

### Fire Fighting Instructions

Self-contained respiratory protection should be provided for fire fighters fighting fires in buildings or confined areas. Storage containers exposed to fire should be kept cool with water spray to prevent pressure build-up. Stay away from heads of containers that have been exposed to intense heat or flame.

### Flammable Properties and Hazards

### Hazardous Combustion Products

### Extinguishing Media

Use carbon dioxide, dry powder, or foam.

### Unsuitable Extinguishing Media

## 6. ACCIDENTAL RELEASE MEASURES

### Steps To Be Taken In Case Material Is Released Or Spilled

Clean-up:
Keep unnecessary people away, isolate hazard area and deny entry. Stay upwind, out of low areas, and ventilate closed spaces before entering. Shut off ignition sources, keep flares, smoking or flames out of hazard area.



Licensed to W.M. Barr and Company: MIRS MSDS, (c) A V Systems, Inc.

Small spills:
Take up the spilled liquid with sand, earth, or other noncombustible absorbent material and place in a plastic container where applicable.

Large spills:
Dike far ahead of spill for later disposal.

## 7. HANDLING AND STORAGE

**Precautions To Be Taken in Handling**

Read carefully all cautions and directions on product label before use. Since empty container retains residue, follow all label warnings even after container is empty. Dispose of empty container according to all regulations. Do not reuse this container.

**Precautions To Be Taken in Storing**

Keep container tightly closed when not in use. Store in a cool, dry place. Do not store near flames or at elevated temperatures.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Respiratory Equipment (Specify Type)**

For OSHA controlled work place and other regular users. Use only with adequate ventilation under engineered air control systems designed to prevent exceeding appropriate TLV. For occasional use, where engineered air control is not feasible, use properly maintained and properly fitted NIOSH approved respirator for organic solvent vapors. A dust mask does not provide protection against vapors.

**Eye Protection**

Safety glasses, chemical goggles or face shields are recommended to safeguard against potential eye contact, irritation, or injury. Contact lenses should not be worn while working with chemicals.

**Protective Gloves**

Wear impermeable gloves. Gloves contaminated with product should be discarded. Promptly remove clothing that becomes soiled with product.

**Other Protective Clothing**

Various application methods can dictate use of additional protective safety equipment, such as impermeable aprons, etc., to minimize exposure. A source of clean water should be available in the work area for flushing eyes and skin. Do not eat, drink, or smoke in the work area. Wash hands thoroughly after use. Before reuse, thoroughly clean any clothing or protective equipment that has been contaminated by prior use. Discard any clothing or other protective equipment that cannot be decontaminated, such as gloves or shoes.

**Engineering Controls (Ventilation etc.)**

Use only with adequate ventilation to prevent build-up of vapors. Open all windows and doors. Use only with a cross ventilation of moving fresh air across the work area. If strong odor is noticed or you experience slight dizziness, headache, nausea, or eye-watering -- Stop -- ventilation is inadequate. Leave area immediately.

**Work/Hygienic/Maintenance Practices**

## 9. PHYSICAL AND CHEMICAL PROPERTIES

| | | | |
|---|---|---|---|
| **Physical States:** | [ ] Gas | [ X ] Liquid | [ ] Solid |
| **Melting Point:** | | | |
| **Boiling Point:** | > 316.00 F | | |
| **Flash Pt:** | > 107.00 F | Method Used: TAG Closed Cup | |
| **Explosive Limits:** | LEL: 1.0 | UEL: | |
| **Specific Gravity (Water = 1):** | | | |

Underwood
WM Barr 000011

**Bulk density:** 6.380 LB/GA

**Vapor Pressure (vs. Air or mm Hg):**

**Vapor Density (vs. Air = 1):**

**Evaporation Rate:**

**Solubility in Water:**

**Percent Volatile:** 100.0 % by weight.

**VOC / Volume:** 815.0000 G/L

**Appearance and Odor**

## 10. STABILITY AND REACTIVITY

**Stability:** Unstable [ ] Stable [ X ]

**Conditions To Avoid - Instability**

**Incompatibility - Materials To Avoid**

Incompatible with strong oxidizing agents.

**Hazardous Decomposition or Byproducts**

Thermal decomposition may produce carbon monoxide and carbon dioxide.

**Hazardous Polymerization:** Will occur [ ] Will not occur [ X ]

**Conditions To Avoid - Hazardous Polymerization**

## 11. TOXICOLOGICAL INFORMATION

**Toxicological Information**

**Chronic Toxicological Effects**

| Hazardous Components (Chemical Name) | CAS # | NTP | IARC | ACGIH | OSHA |
|---|---|---|---|---|---|
| 1. Stoddard solvent {Mineral spirits; Aliphatic Petroleum Distillates; White spirits} | 8052-41-3 | | | | |

**Carcinogenicity:** NTP? No IARC Monographs? No OSHA Regulated? No

## 12. ECOLOGICAL INFORMATION

**General Ecological Information**

## 13. DISPOSAL CONSIDERATIONS

**Waste Disposal Method**

Dispose in accordance with applicable local, state, and federal regulations.

## 14. TRANSPORT INFORMATION

**LAND TRANSPORT (US DOT)**

**DOT Proper Shipping Name**

**Additional Transport Information**

The supplier may apply one of the following exceptions: Combustible Liquid, Consumer Commodity, Limited Quantity, Viscous Liquid, Does Not Sustain Combustion, or others, as allowed under 49CFR Hazmat Regulations. Please consult 49CFR Subchapter C to ensure that subsequent shipments comply with these exceptions.

For D.O.T. information, contact W.M. Barr Technical Services at 1-800-398-3892.

Underwood
WM Barr 000012

## 15. REGULATORY INFORMATION

### US EPA SARA Title III

| Hazardous Components (Chemical Name) | CAS # | Sec.302 (EHS) | Sec.304 RQ | Sec.313 (TRI) | Sec.110 |
|---|---|---|---|---|---|
| 1. Stoddard solvent {Mineral spirits; Aliphatic Petroleum Distillates; White spirits} | 8052-41-3 | No | No | No | No |

### Regulatory Information Statement

All components of this material are listed on the TSCA Inventory or are exempt.

## 16. OTHER INFORMATION

### Company Policy or Disclaimer

The information contained herein is presented in good faith and believed to be accurate as of the effective date shown above. This information is furnished without warranty of any kind. Employers should use this information only as a supplement to other information gathered by them and must make independent determination of suitability and completeness of information from all sources to assure proper use of these materials and the safety and health of employees. Any use of this data and information must be determined by the user to be in accordance with applicable federal, state and local laws and regulations.

**N.A.=Not available, N.P.=Not applicable, N.D.=Not determined, N.E.=Not established, N.R.=Not required**

Underwood
WM Barr 000013