# EXHIBIT G
# Deposition Transcript of Dennis Shireman dated August 22, 2023

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

- - -

ANGELA UNDERWOOD, Individually and as Personal Representative of the Estate of Tyler Underwood,
Plaintiff,
vs.
O'REILLY AUTO ENTERPRISES, LLC, et al.,
Defendants.

CASE NO. 2:21-CV-01766

- - -

Tuesday, August 22, 2023

- - -

Video-recorded deposition of W.M. BARR & CO., INC., by and through its representative, DENNIS SHIREMAN, taken remotely via Zoom, at the Marriott Memphis East, 5795 Poplar Avenue, Memphis, Tennessee 38119, beginning at 10:10 a.m. Central Time, reported stenographically by Cheryl L. Goldfarb, a Registered Professional Reporter, Notary Public, and an approved reporter of the United States District Court.

- - -

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION

Page 2

A P P E A R A N C E S:
(All appearances via Zoom)

LOCKS LAW FIRM PLLC
BY: ANDREW J. DuPONT, ESQUIRE
The Curtis Center
Suite 720 East
601 Walnut Street
Philadelphia, Pennsylvania 19106
215.893.0100
ADuPont@lockslaw.com
Representing the Plaintiff
(Admitted Pro Hac Vice)

BABST, CALLAND, CLEMENTS & ZOMNER, P.C.
BY: JESSICA M. BARNES, ESQUIRE
Two Gateway Center
603 Stanwix Street, 6th Floor
Pittsburgh, Pennsylvania 15222
412.394.5400
jbarnes@babstcalland.com
Representing the Defendant,
Amrep, Inc.

BOWMAN & BROOKE LLP
BY: JUSTIN D. NIZNIK, ESQUIRE
1064 Greenwood Boulevard, Suite 212
Lake Mary, Florida 32746
407.585.7600
justin.niznik@bowmanandbrooke.com
Representing the Defendant,
W.M. Barr & Company, Inc.
(Via Zoom with the Witness)

Page 3

A P P E A R A N C E S (Continued) :

CHILTON YAMBERT PORTER LLP
BY: LARRY J. CHILTON, ESQUIRE
303 West Madison, Suite 2300
Chicago, Illinois 60606
312.460.8000
lchilton@cyp-law.com
Representing the Defendants,
CRC Industries, Inc., Ashland, LLC and
CITGO Petroleum Corporation

GORDON REES SCULLY MANSUKHANI, LLP
BY: JACOB G. CLARK, ESQUIRE
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
702.577.9300
jclark@grsm.com
Representing the Defendant,
The B'laster Corporation

GORDON REES SCULLY MANSUKHANI, LLP
BY: BRIAN K. WALTERS, ESQUIRE
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
702.577.9300
bwalters@grsm.com
Representing the Defendant,
Sunnyside Corporation

HALL & EVANS LLC
BY: CHARLES E. DESKINS, II, ESQUIRE
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
702.982.4310
deskinsc@hallevans.com
Representing the Defendant,
Tower Energy

Page 4

A P P E A R A N C E S (Continued) :

HALL & EVANS LLC
BY: VINCENT GARRIDO, ESQUIRE
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
702.982.4310
garridov@hallevans.com
Representing the Defendant,
Tower Energy

HARRIS BEACH PLLC
BY: OMAR NASAR, ESQUIRE
100 Wall Street, 23rd Floor
New York, New York 10005
212.912.3513
onasar@harrisbeach.com
Representing the Defendant,
Safety-Kleen Systems, Inc.

LITCHFIELD CAVO LLP
BY: TAYLOR M.L. RIVICH, ESQUIRE
3753 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169
702.949.3100
rivich@litchfieldcavo.com
Representing the Defendant,
Technical Chemical Company

Page 5

A P P E A R A N C E S (Continued) :

MESSNER REEVES LLP
BY: TIFFANIE C. BITTLE, ESQUIRE
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
702.363.5100
tbittle@messner.com
Representing the Defendant,
AutoZone Stores, LLC

RESNICK & LOUIS, P.C.
BY: MELISSA J. ROOSE, ESQUIRE
8925 West Russell Road
Suite 220
Las Vegas, Nevada 89148
702.997-3800
mroose@rlattorneys.com
Representing the Defendants,
7-Eleven, Inc. and Richard A. Haley

RESNICK & LOUIS, P.C.
BY: TODD L. SWIFT, ESQUIRE
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148
702.997-3800
tswift@rlattorneys.com
representing the Defendant,
RM Markets, Inc. and Highland Stores,
Inc. d/b/a Bi-Rite Markets

\- - -

A L S O P R E S E N T :

MICHAEL BARANKOVICH,
The Video Technician
(Via Zoom)

\- - -

Page 6

I N D E X

\- - -

WITNESS: DENNIS SHIREMAN


| QUESTIONED BY: | PAGE: |
|---|---|
| MR. DuPONT | 9 |


\- - -

E X H I B I T S


| SHIREMAN NUMBER | DESCRIPTION | MARKED FOR ID |
|---|---|---|
| Exhibit 1 | Notice of Deposition | 10 |
| Exhibit 2 | Screenshot of photograph of W.M. Barr Klean-Strip paint thinner container and label | 38 |
| Exhibit 3 | Texaco Toluene MSDS, W.M. Barr 204 through 211 | 129 |
| Exhibit 4 | Ashland Toluene MSDS, W.M. Barr 289 through 296 | 141 |
| Exhibit 5 | Toluene Certificate of Analysis, SUNCOLE000960 | 146 |
| Exhibit 6 | CITGO Lacolene MSDS, W.M. Barr 548 through 558 | 160 |
| Exhibit 7 | CITGO Lactol Spirits 2330 MSDS, W.M. Barr 347 through 356 | 163 |
| Exhibit 8 | Fedoruk 2003 article, entitled, "Benzene Exposure Assessment for Use of a Mineral-Spirits based Degreaser" | 181 |


\- - -

Page 7

THE COURT REPORTER: The attorneys participating in this deposition acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely.

They further acknowledge that in lieu of an oath administered in person, I will administer the oath remotely.

The parties further agree that if the witness is testifying from a state where I am not a Notary, that the witness may be sworn in by an out-of-state Notary.

If any party has an objection to this manner of reporting, please state so now.

(No response.)

Hearing no objections, we may proceed.

THE VIDEO TECHNICIAN: Good morning. We are going on the record at 10:10 Central Time on August 22nd, 2023.

Please note that this deposition

Page 8

is being conducted virtually. Quality of recording depends on the quality of camera and Internet connection of participants. What is seen from the witness and heard on screen is what will be recorded.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is media unit one of the video deposition of Dennis Shireman, in the matter of Underwood versus O'Reilly Auto Enterprises, et al., filed in the U.S. District Court, District of Nevada, Case Number 2:21-CV-01766.

My name is Michael Barankovich, representing Veritext, and I'm the videographer. The court reporter is Cheryl Goldfarb, from the firm Veritext.

I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome.

All counsel will be noted on the

Page 9

stenographic record.

Will the court reporter please swear in the witness.

THE COURT REPORTER: Mr. Shireman, will you please raise your right hand.

\- - -

DENNIS SHIREMAN, after having been first duly sworn/affirmed, was examined and testified as follows:

\- - -

THE WITNESS: I do.

THE COURT REPORTER: Thank you.

\- - -

EXAMINATION

\- - -

BY MR. DuPONT:

Q. Good morning, Mr. Shireman. My name is Andrew DuPont. You and I have met at a prior deposition; is that correct?

A. I believe so, yes.

Q. All right. We're here for your deposition in the Underwood case.

Are you ready to proceed?

A. Yes, sir.
Q. And you are -- is it your understanding that you're testifying here today as a corporate representative for W.M. Barr & Company?
A. That is my understanding, yes.
Q. And as the corporate representative of W.M. Barr & Company, you understand that your testimony is binding upon the corporation?
A. That's my understanding, yes.
Q. And did you receive the Notice of Deposition that we served with areas of topics or subject matters we'd like to ask you questions about today?
A. I have, yes, sir.
MR. DuPONT: I'm going to go ahead and mark that as Exhibit 1.
- - -
(Whereupon, Exhibit 1 is marked for identification.)
- - -
BY MR. DuPONT:
Q. Would you tell me if you did



anything to prepare for your deposition?
A. Yes. Mr. Niznik and I went through this notice and some labels and SDSes and things.
Q. All right. I'm getting a little bit ahead of myself. The last time I took your deposition, we were in person together. This time we're doing it by Zoom.
I understand that you have given several depositions in the past, and some of them have been by Zoom, but I want to reinforce for you that it's important to let me know if I ask you a question and you don't think you understand it. Okay?
A. Yes, sir.
Q. And I also want to reinforce that it's important to let me know if I ask a question and you do not fully hear it.
Is that okay?
A. Yes, sir.
Q. And you understand that once you ask a ques -- strike that.
You understand that once you answer a question, people are going to



understand that you understood the question and you heard the question?
A. Sorry, what -- what was --
Q. Yes.
A. -- the question there? Sorry.
Q. Sure. Since you know to tell me if you don't understand a question or don't hear a question, you understand that once you do answer a question, it's because you both understood it and heard it?
A. Yes, sir.
Q. All right. Now, is there anyone else in the room with you today?
A. Yes, Mr. Niznik.
Q. And where are you?
A. Where am I? I'm at Marriott in -- on Poplar in Memphis.
Q. Okay. We started to talk about what you did to prepare for your deposition, and you indicated that you met with Mr. Niznik and you reviewed the Notice of Deposition, labels and SDSes?
A. Yes, sir.
Q. And SDSes, those are safety data



sheets?
A. Yes, sir.
Q. Which safety data sheets did you review?
A. It was a safety data sheet for mineral spirits and a safety data sheet for lacquer thinners.
Q. Are these the safety data sheets that W.M. Barr prepared for those two products?
A. They were, yes, sir.
Q. In order to prepare for your deposition, did you review any safety data sheets or material safety data sheets that W.M. Barr received from its suppliers of mineral spirits?
A. I don't specifically remember any, no, sir.
Q. In order to prepare for your deposition, did you review any safety data sheets or material safety data sheets that W.M. Barr received for the ingredients of the lacquer thinner product?
A. I think there -- yeah, I think there were a couple of -- of SDSes for other

ingredients, yes, sir.
Q. Are you saying other ingredients of the lacquer thinner product?
A. Other ingredients in the lacquer thinner, yes, sir.
Q. Okay. Which SDSes for ingredients in the lacquer thinner product did you review?
A. A toluene SDS. That's the one that comes to mind.
Q. Which toluene SDS?
A. I think it was from CITGO, I believe.
Q. Do you have that with you?
A. I do not, no, sir.
Q. Do you have any documents with you?
A. I do not, no, sir.
Q. And how many times did you meet with counsel in preparation for your deposition?
A. Once, as far as I know. Just once.
Q. How long did that meeting last?



A. Three or four hours, probably. Something like that.
Q. Other than Mr. Niznik, did you speak with anyone in order to gather information to prepare for the deposition?
A. Not that I know of, no, sir.
Q. Did you participate in responding to the Interrogatories and Requests For Production that we served in this case?
A. I -- I'm fairly sure I did, yes, sir.
Q. Starting with the Interrogatories, what was your role in participating in answering the Interrogatories?
A. Typically, what I remember is that I review our Answers to the Interrogatories and make any corrections or changes, if they're necessary, and -- and sign the Interrogatories.
Q. So who prepared the -- strike that.
Did you write the first draft of the Answers to Interrogatories or did someone else do that?



A. Someone else did that.
Q. Who was that?
A. Someone, I suppose, within the law office. I don't know exactly.
Q. Mr. Niznik's office?
A. Yes.
Q. Did you provide any information to Mr. Niznik's office in order to prepare that first draft of the Answers to Interrogatories?
A. I may well have. I don't remember exactly what -- what information it would have been. I may have. But I don't -- I don't remember specifically what information I provided and what cases that necessarily is for, so.
Q. Do you have a recollection of gathering information and providing it to Mr. Niznik's office for them to prepare a draft to the Answers to Interrogatories?
A. Not specifically, no, sir.
Q. Do you have a recollection of talking to anyone else currently or formerly employed by W.M. Barr in order to educate yourself so as to answer Interrogatories in



this case?
A. In this case, I don't -- I don't know of any -- anybody, no.
Q. When you received the first draft of the Answers to Interrogatories, did you make any changes to them?
A. I don't remember.
Q. Were you involved in gathering any documents to produce in response to our requests for production in this case?
A. I don't -- I don't specifically know of anything I was involved in. I mean, I have been involved in gathering documents at times before. But I don't -- for this case, I don't know of anything specifically, no, sir.
Q. Do you know if anyone else at W.M. Barr was involved in gathering documents to produce them in response to our request in this case?
A. I don't know the specifics, no, sir.
Q. Do you know that anybody actually did that?
A. I -- I -- I don't know the

specifics. I just don't know.
Q. Do you know if anyone else currently or formerly employed by W.M. Barr gathered information to provide to Mr. Niznik's office in order to answer Interrogatories in this case?
MR. NIZNIK: Objection. Asked and answered.
A. I mean, I -- I just don't have a specific recollection of -- of these Interrogatories, no, sir. I don't know either way.
BY MR. DuPONT:
Q. Okay. If my recollection serves me correctly, and obviously you can -- you can correct me if I'm wrong, but your work at W.M. Barr has been on the research and development side of the company; is that correct?
A. It has, yes, sir.
Q. You have not been employed in the marketing, sales and distribution of product; is that correct?
A. That's true. Yes, sir.



Q. And if I understand your prior testimony correctly, you haven't spoken with anybody who is employed in the marketing, sales, distribution side of the business in order to answer discovery and prepare yourself for this deposition today; is that correct?
MR. NIZNIK: Objection. Misstates the testimony.
A. As far as I know, I don't -- I don't remember anybody specific to this -- this case that I've talked to, no, sir.
BY MR. DuPONT:
Q. So you don't have a recollection of asking anybody at W.M. Barr where geographically mineral spirits-type products and lacquer thinner products were sold during particular time periods?
A. For this case specifically, no, I don't. I don't remember either way.
Q. And you don't have a recollection of doing any type of research in the company's records or talking to people currently or formerly employed by W.M. Barr to learn when its Klean-Strip lacquer thinner



products, mineral spirits products and paint thinner products were sold in Nevada?
MR. NIZNIK: Compound. Leading. Misstates testimony.
A. No, I -- yeah, I mean, like I said, I don't remember specific conversations about this case or about Nevada, per se, no, sir.
BY MR. DuPONT:
Q. So it sounds like you don't have any information as to when W.M. Barr's Klean-Strip mineral spirits products were sold in Nevada; is that fair?
MR. NIZNIK: Leading.
A. I know, from working at W.M. Barr, that our products are sold in basically all 50 states, and have been for years. So, yes, I'm sure that W.M. Barr products are sold in Nevada.
BY MR. DuPONT:
Q. Okay. And that's been the case since you started with the company?
A. Yes, sir.
Q. So in the period of 2004 to



2010, someone could walk into a store in Nevada and buy W.M. Barr Klean-Strip mineral spirits products?
MR. NIZNIK: Objection. Vague as to what store.
A. Yeah, I mean, it would depend on the store, but I'm sure there were stores, yes, sir.
BY MR. DuPONT:
Q. All right. And what stores were they?
A. We -- we typically just sell -- sell to big box stores. So just Home Depot, Lowe's, Walmarts and a number of other either distributors that sell to retailers or, in some cases, some other retailers.
Q. Were the W.M. Barr Klean-Strip mineral spirits products available in paint company stores in Nevada in 2004 to 2010?
MR. NIZNIK: Vague.
A. Yeah, specifically I don't know about paint company stores in Nevada, no, sir.
BY MR. DuPONT:
Q. And were the W.M. Barr

Klean-Strip lacquer thinner products sold in those same big box stores that you identified for me in Nevada between 2004 and 2010?
A. I believe so, yes.
Q. And were W.M. Barr Klean-Strip paint thinner products sold in those same big box stores in Nevada in 2004 to 2010?
MR. NIZNIK: Object to outside the scope of the notice. Paint thinner wasn't one of the products identified.
You can answer if you know.
A. I mean, paint thinner would be one of the products we generally sell to those sort of outlets, yes, sir.
BY MR. DuPONT:
Q. Did I understand your prior testimony to say that in addition to selling directly to big box retailers like Home Depot, Lowe's, there were also distributors that W.M. Barr sold the mineral spirits, lacquer thinner and paint thinner products to in the 2004 to 2010 time period?
A. I mean, I know that we do sell through some distributors those specific



products. These are likely. You know, the specific time frame I don't know offhand, but it sounds reasonable, yes, sir.
Q. And just to -- to shed some light on what we mean by "distributors," is a distributor a company that buys the product from W.M. Barr and then sells it to retailers?
A. That's -- yes, that's -- that's what I would call a distributor, yes, sir.
Q. When a distributor buys product from W.M. Barr and then sells it to a retailer, does W.M. Barr know which retailers its products ends up on the shelves of?
A. Not necessarily, no, sir.
Q. And would that be true for the 2004 to 2010 time period?
A. I don't know that it was any different, but then I don't know the specifics to that time period.
Q. Has W.M. Barr sold product directly to Ace Hardware stores?
A. Yes, we have.
Q. And was that true in the 2004 to 2010 time period?



A. What -- could you be more clear on what products you're asking about?
Q. Yes, sir. Did W.M. Barr sell Klean-Strip mineral spirits, Klean-Strip paint thinner and Klean-Strip lacquer thinner products to Ace Hardware stores?
MR. NIZNIK: Object. Outside of the notice as to paint thinner.
You can answer.
A. We -- we do sell those products today, and have for some time. Prior to that, we packaged and sold Ace-branded products to sell to Ace. I don't know when we switched over. But -- but at least through part of that time, I think it would be Ace products, not Klean-Strip products.
BY MR. DuPONT:
Q. Understood. Can you give me your best approximation or estimate as to when the transition from W.M. Barr selling Ace-branded product to W.M. Barr selling Klean-Strip branded product to Ace Hardware stores was?
A. I mean, the best of my



recollection, it was -- we probably switched over sometime between about 2008 and 2012. I don't have the specific time in mind. But somewhere through -- through those years, we converted.
Q. How many types of mineral spirits products has W.M. Barr sold under the Klean-Strip name?
A. We sell odorless mineral -- Klean-Strip odorless mineral spirits. And we sell Klean-Strip Green odorless mineral spirits. To my recollection, those are the two.
Q. Are you saying those are the two mineral spirits that W.M. Barr sells now?
A. Under the Klean-Strip brand name, yes.
Q. Prior to today, did W.M. Barr sell any other mineral spirits products under the Klean-Strip label?
A. Under the Klean-Strip brand? Those are the two that come to mind. Yeah, those are the two that come to mind.
Q. Did W.M. Barr sell a product

that was mineral spirits, but was labeled as a paint thinner product?
MR. NIZNIK: Scope of the notice.
A. So paint thinner is a different product for W.M. Barr.
BY MR. DuPONT:
Q. Is the paint thinner made with mineral spirits?
A. It can be made -- yeah, it is made with -- made with mineral spirits, yes, sir.
Q. Is it a hundred percent mineral spirits? Meaning is mineral spirits -- strike that.
Is mineral spirits the only ingredient in the Klean-Strip paint thinner product?
MR. NIZNIK: Scope of the notice.
You can answer if you know.
A. Yes, it is a type of mineral spirits. Yes, sir.
BY MR. DuPONT:



Q. And does the paint thinner -- strike that.
Does the Klean-Strip paint thinner label say mineral spirits on it?
MR. NIZNIK: Same objection.
A. I would have to look at that label. I haven't looked at that label.
BY MR. DuPONT:
Q. During what years did W.M. Barr sell a Klean-Strip paint thinner product that was made with mineral spirits?
MR. NIZNIK: Scope of the notice.
A. I mean, for as far back as I have been with W.M. Barr, we've sold a paint thinner product made with mineral spirits.
BY MR. DuPONT:
Q. And for today's record, when did you start with W.M. Barr?
A. 1989.
Q. And you've worked continuously since 1989 with W.M. Barr?
A. Yes. Yes, sir.
Q. Thank you. And What types of



containers did the Klean-Strip paint thinner product come in?
MR. NIZNIK: Scope of the notice.
A. Paint thinner comes in metal -- I believe metal quarts. For certain, metal gallons, plastic gallons. I believe plastic quarts. Plastic two-and-a-half gallon, and a metal five-gallon pail. Today it comes in a plastic five-gallon pail as well.
BY MR. DuPONT:
Q. So prior to today, the Klean-Strip paint thinner product was sold in metal quarts, correct?
MR. NIZNIK: Scope.
A. I believe so, yes.
BY MR. DuPONT:
Q. Metal gallons?
A. I believe so, yes.
Q. Plastic gallons?
A. Yes, sir.
Q. Plastic quarts?
A. I believe so, yes, sir.
Q. Plastic two-and-a-half gallon



containers?
A. Yes, sir.
Q. And metal five-gallon containers?
A. Yes, sir.
Q. What was the color scheme of the labels of the Klean-Strip paint thinner product?
MR. NIZNIK: Scope of the notice.
A. Offhand -- offhand, I don't -- offhand, I don't know about the color scheme.
BY MR. DuPONT:
Q. Do you remember what the predominant color is?
A. Typically, the background on our cans is blue. That's not true on plastic, though. Plastic, you know, is a natural polyethylene background, the bottles. A lot of our Klean-Strip labels have kind of a blue background on them as well.
Q. Do I understand you to say that the background of the Klean-Strip paint thinner products on metal containers was blue?

MR. NIZNIK: Scope.
A. The -- the background color on the can today is -- is a blue can, yes, sir. And -- and generally there's some blue background on the label as well.
BY MR. DuPONT:
Q. Has that always been the case for the W.M. Barr Klean-Strip paint thinner?
MR. NIZNIK: Scope and vague.
A. Yeah, I don't know that -- I can't answer always. I don't know. I don't know specifically.
BY MR. DuPONT:
Q. Since 2000, has the background of the metal container of the W.M. Barr Klean-Strip paint thinner product always been blue?
MR. NIZNIK: Scope.
A. I -- I just don't know, going back that far, whether -- whether it's always been blue to that time period or not.
BY MR. DuPONT:
Q. How far back can you remember the background of the metal containers of the



W.M. Barr Klean-Strip paint thinner products being blue?
MR. NIZNIK: Scope.
A. I would say I know that they've been a blue background at least for the last ten years or so. Beyond that, I just don't really remember the colors.
BY MR. DuPONT:
Q. Were the plastic containers of the W.M. Barr Klean-Strip paint thinner product -- I understand that the container itself was white?
A. No, sir. It's a -- it's a natural polyethylene, so it's kind of a, more or less, semi -- similar -- semitransparent. So you can see through colors to it.
Q. I understand. And then the label affixed to those containers, did that have blue on the label?
MR. NIZNIK: Scope of the notice.
A. Yeah. In that case, it's a sleeve. And it's -- the best of my recollection is that it has blue. But, again,



the colors are not really what I focus on our products, so.
BY MR. DuPONT:
Q. What type of mineral spirits did W.M. Barr use in the Klean-Strip paint thinner product between 2004 and 2020?
A. It -- in paint thinner, we use -- our designation is GL42 mineral spirits. We call it a regular mineral spirits.
Q. That was GO42?
A. Excuse me. No. G, as in Gary, L, as in Larry, 42.
Q. Thank you. And is that an internal designation that W.M. Barr assigned to a regular mineral spirits ingredient?
A. Yes, sir.
Q. What type of mineral spirits did W.M. Barr use in the odorless mineral spirits product?
A. That is our designation G, again, Gary, L, as in Larry, 251.
Q. Do you know what type of mineral spirits corresponds to GL251?
A. It's a heavily hydrotreated, low



aromatic, low sulfur, low odor mineral spirits.
Q. Why did W.M. Barr use a different type of mineral spirits, being regular mineral spirits, in the Klean-Strip paint thinner product?
MR. NIZNIK: Scope of the notice.
A. I mean, it's two different products. The paint thinner, the mineral spirits that we use there is somewhat stronger in solvency and contains more odor than the product called odorless mineral spirits. I mean, odorless mineral spirits, you try to minimize the odor. It does suffer a touch with solvency because of that.
BY MR. DuPONT:
Q. Why was it that W.M. Barr used the regular mineral spirits in its Klean-Strip paint thinner product?
MR. NIZNIK: Scope of the notice.
A. Because that's -- that's the accepted grade that is used in that sort of product.

BY MR. DuPONT:
Q. When you say, "the accepted grade used in that sort of product," who determines what is and is not accepted?
A. I mean, it's kind of a -- kind of an industrywide acceptance.
Q. Is there some sort of industry organization that says that the accepted type of mineral spirits to use in paint thinner is regular mineral spirits?
MR. NIZNIK: Scope of the notice.
You can answer.
A. No, sir, not that I'm aware of an organization. It's just -- it's basically what everybody sells and has sold for years, that grade of mineral spirits within a paint thinner product.
BY MR. DuPONT:
Q. How did you make that determination?
MR. NIZNIK: Same objection.
A. Through -- through years of being in the industry and seeing what -- not



only what we have sold for years, but also what other people have sold for years.
BY MR. DuPONT:
Q. Are there different market -- strike that.
Are there different markets for W.M. Barr's Klean-Strip paint thinner and Klean-Strip odorless mineral spirits products? And by "markets," I mean intended users or industry for use.
MR. NIZNIK: Scope of the notice. Compound.
THE WITNESS: Yeah, I don't -- I don't know that I understand your question. But can you repeat that or rephrase it?
BY MR. DuPONT:
Q. Yes. Were there different intended uses, different intended users between the Klean-Strip paint thinner and Klean-Strip odorless mineral spirits products?
MR. NIZNIK: Same objection.
A. There are overlapping uses. But at the same time, the lower odor properties



of -- of odorless mineral spirits makes it more acceptable to people who find strong odors objectionable, people who are using products maybe more indoors than out, that sort of thing. It's -- it's an odor preference, really, for the -- for the consumers. And so both products are made -- made available.
BY MR. DuPONT:
Q. Is the odorless mineral spirits directed more towards consumers as opposed to occupational use because of that difference in the odor?
A. No, not necessarily. They're -- they're -- they're offered to both. And I don't know of any particular industry preference for either.
Q. So based on the name, it sounds like the odorless mineral spirits doesn't really have a smell to it?
MR. NIZNIK: Form.
A. Yeah, it does have a smell. It's not odor-free. It's less odor. But it -- but it does have a smell, kind of a sweet aliphatic solvent smell, sweet in -- in solvent



terms. But, yes, it's got much less odor, but there is some odor there.
BY MR. DuPONT:
Q. And then the Klean-Strip paint thinner would have a much stronger odor?
A. Yes, sir.
Q. Do you have an understanding of which of the two products, Klean-Strip paint thinner and Klean-Strip odorless mineral spirits, are used by professional painters?
MR. NIZNIK: Scope of the notice.
A. Both -- both can be used by, and are used by, professional painters, yes, sir.
BY MR. DuPONT:
Q. Do you have an understanding as to whether the Klean-Strip paint thinner or Klean-Strip odorless mineral spirits are used more by professionals?
MR. NIZNIK: Same objection.
A. As -- as opposed to -- as opposed to what? What's -- sorry. What's your question?

Page 38

BY MR. DuPONT:
Q. Thank you for asking me to clarify that.
Do you have an understanding as to whether painters, professional painters, use more of the Klean-Strip paint thinner product than the Klean-Strip odorless mineral spirits product?
MR. NIZNIK: Scope.
A. So I don't have any specific information about any painters versus consumers, which one uses more. Overall, we tend to sell more paint thinner than we do the odorless mineral spirits. So I would assume from that, that maybe more gets used by professionals. But I don't have any specific surveys or anything that would -- that would bear that out.
MR. DuPONT: All right. I'd like to show you what we're going to mark as Exhibit 2 to your deposition.
- - -
(Whereupon, Exhibit 2 is marked for identification.)

Page 39

- - -
BY MR. DuPONT:
Q. Sir, can you see Exhibit 2?
A. I can, yes, sir. Although it's cut off at the bottom.
Q. It is. I was just going to tell you that we will scroll down so that you can see the whole page. This is a one-page document.
A. Yes.
Q. And for the record, what I did was took a screenshot of the -- of a photograph of the W.M. Barr Klean-Strip paint thinner container down at the bottom.
Can you identify that that is, in fact, what that is?
A. It -- it does appear to be so. It's -- it's -- I don't know whether this is older or a rendering or something. It kind of appears to be a white opaque bottle. We -- I don't know whether we ever did white opaque. We haven't done that in quite a few years if -- if -- if we ever did.
Q. And then at the top of the

Page 40

exhibit, I have cut and pasted a blow-up focusing on the front label portion of the container.
Are you able to see that?
A. Sorry, I've got . . . Okay. Sorry. One more time with the question.
Q. Sure. At the top of Exhibit 2, I've cut and pasted a magnified image of the front label portion of the Klean-Strip paint thinner product.
Can you identify that that is what that is?
A. That does appear to be so, yes.
Q. And do you agree that on this label, it states that the Klean-Strip paint thinner product is made with mineral spirits?
A. I see that, yes, sir.
Q. And that would be the regular mineral spirits that you told us about?
A. It would be, yes, sir.
Q. Was it always the practice of W.M. Barr to say that the paint thinner product had -- was made with mineral spirits?
MR. NIZNIK: Objection. Scope

Page 41

of the notice. The witness isn't prepared to talk about paint thinner today.
You can answer.
A. I mean, I believe that's what we do now. I don't know whether we've always done that or not.
BY MR. DuPONT:
Q. Can you tell me when W.M. Barr began to put the words, "Made with mineral spirits" or "mineral spirits" on the label of the Klean-Strip paint thinner product?
MR. NIZNIK: Same objection.
A. I couldn't tell you, you know. I -- I have no idea.
BY MR. DuPONT:
Q. I take it W.M. Barr has historic copies of labels of the Klean-Strip paint thinner product that you could look at to determine on which dates the company put the words "Made with mineral spirits" or "mineral spirits" on the paint thinner label?
MR. NIZNIK: Scope of the notice. Compound.

Page 42

A. I'm sure that we have some historic copies of the labels. But I don't know whether that would be enough to -- to decide when that was done.
BY MR. DuPONT:
Q. How far back in time did W.M. Barr's copies of historic labels of Klean-Strip paint thinner product go?
MR. NIZNIK: Scope of the notice.
A. As we stand here today, I don't know, sir.
BY MR. DuPONT:
Q. Where are the old copies of the W.M. Barr Klean-Strip paint thinner labels kept?
MR. NIZNIK: Scope of the notice.
A. It's my understanding that they're in -- basically in computer programs generally, our computers.
BY MR. DuPONT:
Q. Are there files kept in W.M. Barr's laboratory that have -- or research

Page 43

and development department that have old copies of labels?
A. No, sir.
Q. Which computer system contains the labels?
A. Whatever computer system the label artists use. I don't know what it's called.
Q. Do you know how the files in that computer system are organized?
A. I do not specifically, no, sir.
Q. If you wanted to look at historic copies of W.M. Barr Klean-Strip paint thinner labels, how would you go about gathering them?
MR. NIZNIK: Scope of the notice.
A. I would -- I would most likely contact the brand manager and let them pursue the older labels.
BY MR. DuPONT:
Q. Tell me what a brand manager is at W.M. Barr.
A. A brand manager is the marketing

Page 44

person who's responsible for a brand or a set of brands.
Q. How are the brands or set of brands organized among the brand managers?
A. Can you -- can you clarify that? What do you mean exactly?
Q. Yes. Well, let me ask it more directly.
What is the title of the brand manager that is responsible for Klean-Strip paint thinner, mineral spirits and lacquer thinner products?
A. The title?
Q. Yes.
A. As far as I know, marketing brand manager.
Q. Is there a brand manager for certain types of Klean-Strip products?
A. There's one brand manager who is responsible for all the Klean-Strip products.
Q. Gotcha. Who is that brand manager?
A. Today it's Jill Lusk.
Q. Joel, J-o-e-l?

Page 45

A. No. Sorry. J-i-l-l, Jill.
Q. The last name, please?
A. Lusk, L-u-s-k.
Q. How long has Jill Lusk been the brand manager responsible for Klean-Strip products?
A. I know for a while. You know, at least -- at least for the last ten years, maybe going back further than that.
Q. Who is Jill Lusk's predecessor as the brand manager for Klean-Strip products?
A. Specifically, I don't -- I don't know, sir.
Q. Does W.M. Barr have records of sales of mineral spirits, paint thinner and lacquer thinner products during the 2004 to 2010 time period?
MR. NIZNIK: Object to scope as relates to paint thinner.
A. I -- I do not think that we have specific sales records going back that far. Not that I'm aware of, no, sir.
BY MR. DuPONT:
Q. And when you use the term

"specific sales records," are you drawing a distinction between another type of sales records?
A. Well, actually, probably not, because those -- those type of records just to this -- at this point in time, to my knowledge, don't -- don't exist.
Q. Why do they not exist anymore?
A. They are -- they're past the length of time that we keep such records.
Q. I understand. And what is the length of time that W.M. Barr keeps sales records for?
A. Specifically, I don't -- I don't know without basically looking that up. No, sir.
Q. Who were W.M. Barr's suppliers of regular mineral spirits?
A. At -- at what time?
Q. During the period of, say, 2004 to 2010, who were W.M. Barr's suppliers of regular mineral spirits?
A. My -- my best recollection would probably be CITGO. I don't offhand know of



anyone else that we would have purchased from through that -- through that time period. But CITGO definitely.
Q. And are you basing that off of your memory?
A. Yes. Yes, basically.
Q. In other words, have you recently, or in the context of this case, looked at any documents from the 2004 to 2010 time period that would tell you who the supplier of the regular mineral spirits to W.M. Barr was?
MR. NIZNIK: Objection. It's outside the scope of the notice.
A. Yeah, I -- that I know of, I have not, no, sir.
BY MR. DuPONT:
Q. Does W.M. Barr have records of purchase of solvent ingredients for its products that predate the year 2011?
A. I do not think so, no, sir.
Q. What happened to those records?
A. They would be beyond the length of time that we keep such records.



Q. Does W.M. Barr have any documents that would tell it who its mineral spirits, odorless mineral spirits, and lacquer thinner ingredient suppliers were prior to 2011?
A. We would -- we would probably have MSDSes from various suppliers. It's not for certain that even if we have an MSDS from a supplier, that we were buying from that supplier at that time. But SDS records, MSDS records, would be at least some information. It might not be how they were purchased.
Q. From 2011 till 2020, who supplied W.M. Barr with regular mineral spirits?
MR. NIZNIK: Outside the scope of the notice.
A. With regular mineral spirits? I believe it was CITGO.
BY MR. DuPONT:
Q. From 2004 to 2010, who supplied W.M. Barr with the mineral spirits used in its odorless mineral spirits product, GL251?
A. To the best of my recollection,



I believe that was CITGO as well. We may have -- through part of that time, we may have bought some from Ashland as well.
Q. When you say "may," do you have a recollection of buying odorless mineral spirits from Ashland in 2004 to 2010?
A. I have a recollection of buying mineral -- odorless mineral spirits from Ashland. I couldn't say whether we were still doing it in the period 2004 through 2010.
Q. During what period do you recall W.M. Barr buying odorless mineral spirits through Ashland?
A. Through Ashland? I know at least in -- through the like late '90s. I don't -- I just don't know when we stopped buying it from them and converted to all or predominantly CITGO.
Q. When W.M. Barr bought regular mineral spirits and odorless mineral spirits from CITGO, did it do that through a distributor or did it deal directly with CITGO?
A. Directly with CITGO.
Q. Do you know what the source of

Page 50

the CITGO regular mineral spirits and odorless mineral spirits was?
A. Well, CITGO has its own refinery, so CITGO would be the source.
Q. Do you know which CITGO refinery made the regular mineral spirits and odorless mineral spirits that it sold to W.M. Barr?
A. I mean, the only CITGO refinery that I know about is in Lemont, Illinois. I don't know that we specify that it come from that. But that's the only one I'm aware of.
Q. When W.M. Barr purchased regular mineral spirits and odorless mineral spirits, did it issue any type of specification for the benzene content of those chemicals?
A. Benzene --
MR. NIZNIK: Form.
A. (Continuing) -- content specifically, not that I'm aware of. No, sir.
BY MR. DuPONT:
Q. Did W.M. Barr issue any specification for the benzene content of the ingredients of the Klean-Strip lacquer thinner product?

Page 51

MR. NIZNIK: Ambiguous.
A. I'm not aware of any specific benzene content specifications, no.
BY MR. DuPONT:
Q. In the 2004 to 2010 time period, did W.M. Barr receive certificates of analysis with shipments of regular mineral spirits, odorless mineral spirits and the ingredients of the lacquer thinner product?
A. What was your time period? Sorry.
Q. 2004 to 2010.
A. I know that now we do receive certificates of analysis for specific shipments. I think that was probably true back then, too, but I don't have a specific memory of it either way.
Q. Do you have a recollection of looking at certificates of analysis for ingredients of the paint thinner, mineral spirits and lacquer thinner products in the 2004 to 2010 time period?
A. No specific recollection, no, sir.

Page 52

Q. What's your earliest recollection of looking at certificates of analysis for any type of mineral spirits or the ingredients of the lacquer thinner product?
A. I've looked at C of A's for various chemicals. I don't have a specific time that I could point to when I did it or even for sure -- certain, which chemicals I've looked at C of A's for.
Q. So would it be fair to say that if you did look at certificates of analysis for mineral spirits and ingredients of the lacquer thinner product, that you don't remember what they said in the 2004 to 2010 time period?
MR. NIZNIK: Objection. Leading. Misstates testimony.
THE WITNESS: I -- I don't know that I understood that question. Can you repeat that?
BY MR. DuPONT:
Q. Sure. I understand you to say that your -- you can't really recall looking at certificates of analysis for mineral spirits and ingredients of the paint thinner product

Page 53

during the 2004 to 2010 time period. Is that fair?
A. Yeah, I do not recall specifically looking at any, no, sir.
Q. Okay. And since you don't recall looking at certificates of analysis in the 2004 to 2010 time period, would it also be fair to say that you don't have any recollection of any information that was stated on those certificates of analysis during that time period?
A. Yeah, if I don't recall looking at any, I think it would be true that I don't have any recollection of what was in it, yes, sir.
Q. All right. Not a trick question. Just making it clear for the record.
Okay. Who were the suppliers to W.M. Barr of the toluene used in the paint thinner product between 2004 -- strike that.
Who were W.M. Barr's suppliers of toluene used in the lacquer thinner product between 2004 and 2010?
A. I mean, specifically by those

Page 54

dates, I don't know. I know that -- that we have bought toluene from Sunoco or Sun Chemical. At times, I think that we may have bought from CITGO at times. When we bought from who and whether there were other companies as well, I don't know more there.
Q. So I had an opportunity to look at some of your testimony given in the McLean case. And my recollection of your testimony, and we can look at it later, if we need to, but my recollection of your testimony was that ExxonMobil and Sun Chemical or Sunoco were suppliers of the toluene to W.M. Barr.
Does that refresh your recollection?
MR. NIZNIK: I'm going to object to lack of foundation and not presenting the witness -- improper impeachment without showing the witness the testimony.
You can answer if that refreshes your recollection.
A. So -- so Exxon we used to buy toluene from. But I'm fairly certain we had --

Page 55

we had discontinued buying from Exxon even by 2000, much less 2004.
Sun -- Sunoco or Sun Chemical, we definitely did buy from, my memory is, going back into the '90s, but also into the 2000s. I just don't know the specific date that -- that that ended or whether we -- we may still buy from Sunoco. I'm not sure.
BY MR. DuPONT:
Q. And do you have a recollection of buying toluene from CITGO during 2004 to 2010?
A. I would -- I am -- I am relatively certain that we do. But I -- I could be wrong on that. I don't remember the suppliers for every raw material that we purchased. But my recollection was that we had more recently purchased from CITGO as well.
Q. And when you say "more recently," what do you mean?
A. At least from -- you know, over the last ten years, and it may well go back further than that.
Q. So is it fair to say that

Page 56

between 2004 and 2010, you're certain about Sunoco supplying mineral -- strike that.
Is it fair to say that between 2004 and 2010, you are certain about Sunoco supplying toluene to W.M. Barr and that CITGO is a possibility during that time period?
MR. NIZNIK: Form.
A. No.
MR. NIZNIK: You can answer.
A. (Continuing) I'm -- I'm not certain about when any supplier changes were made. I know that at some point further back, at least we did buy from Sun Chemical, Sunoco. And I'm fairly certain that at a -- at a later time, we have bought some from CITGO. The dates and whether we were exclusive, I don't -- I don't know.
BY MR. DuPONT:
Q. Let me phrase it this way: Between 2004 and 2010, can you tell me with any certainty who supplied the toluene used in lacquer thinner by W.M. Barr?
A. No, I can't say with certainty who we were purchasing from or whether it was

Page 57

one company or more than one company. No, sir.
Q. From 2011 to 2020, who supplied the toluene that W.M. Barr used in the Klean-Strip lacquer thinner product?
A. I believe that at least some of that time, I believe that CITGO has. Sunoco may have as well. I'm not certain on who at any time or whether we alternated or the situation there.
Q. Are there different grades of toluene?
A. There -- there are some, yes, sir.
Q. Do you know what grade of toluene W.M. Barr used in the Klean-Strip lacquer thinner product between 2004 and 2010?
A. We buy nitration grade toluene.
Q. And is that likewise based off of your memory?
MR. NIZNIK: Form.
A. It is. I mean, yes, it's based on my memory, but it's a -- it's a fairly certain memory. We've always bought nitration grade.

BY MR. DuPONT:
Q. Was there a particular reason W.M. Barr used nitration grade toluene?
A. I mean, going back into the '90s and -- and through 2016, we had other customers that we made products for that specified nitration grade. And -- and it's worked well for us. So that's what we've continued since that time as well.
Q. Which customers specified nitration grade toluene?
A. To the best of my recollection, it's customers such as PPG and DuPont and those sort of automotive customers.
Q. What products did PPG, DuPont and other automotive customers specify the use of nitration grade toluene for?
A. So we -- for those types of customers, we produced blends of aliphatic isocyanate prepolymers used primarily as hardeners in -- in aftermarket car paint. And toluene could be a -- a solvent within some of those blends.
And also, we made various



thinners and reducers for those companies that, you know, they were formulated, marketed and sold by those companies, and we did the blending. And generally speaking, they required nitration grade toluene in those sorts of products.
Q. And these products for PPG, DuPont and automotive customers that you've described, were they sold on those other companies' labels?
A. Yes, sir.
Q. Would you describe that as a relabeling agreement?
A. No. No. It was a toll manufacturing agreement. They -- they told us what to make, how to make it, what labels to put on it. It was -- it was their products. We were just the -- the manufacturer in that case.
Q. And did W.M. Barr obtain nitration grade toluene specifically to use for toll blending those products for the automotive customers?
MR. NIZNIK: Outside the scope



of the notice, this line of questioning.
You can answer.
A. I mean, we used the same grade of toluene. It was in the same storage tanks for -- for all uses.
BY MR. DuPONT:
Q. Does W.M. Barr -- strike that.
Assuming that W.M. Barr did receive certificates of analysis for ingredients between 2004 and 2010, does it still have them?
MR. NIZNIK: Assumes facts not in evidence. Misstates testimony.
You can answer.
A. No, not that I'm aware of. No, sir.
BY MR. DuPONT:
Q. Does W.M. Barr have a document retention period for certificates of analysis for its ingredients?
MR. NIZNIK: Objection. Vague as to time frame.
A. We do have a document retention policy. I don't know for certain that



certificates of analysis are -- are specifically listed in that policy. I don't know one way or the other.
BY MR. DuPONT:
Q. When did W.M. Barr establish a document retention policy?
MR. NIZNIK: Scope of the notice.
A. Several years ago. I don't know a specific date, but several years ago.
BY MR. DuPONT:
Q. Do you know what the source of the toluene that Sunoco sold to W.M. Barr was?
A. I do not, no, sir.
Q. Is the regular mineral spirits used in paint thinner also known as Stoddard solvent?
MR. NIZNIK: Scope of the notice.
A. So my understanding of Stoddard solvent is, it's a term that's inclusive of a lot of medium boiling distillates that mineral spirits kind of is -- is a -- is a part of.
It's not a sub -- it's not a

Page 62

term that we use in defining, within our manufacture, what we buy. We call it mineral spirits. But from my understanding, mineral spirits is a -- is one of several solvents that could fit under the terminology of Stoddard solvent.
BY MR. DuPONT:
Q. Do you know what the aromatic content of the regular mineral spirits used by W.M. Barr in paint thinner was stated at a percentage basis?
MR. NIZNIK: Scope of the notice.
A. So for regular mineral spirits, the aromatic content -- I don't know the specific range, but somewhere in the neighborhood of, say, ten to -- to 20 percent or so.
BY MR. DuPONT:
Q. Has that been consistent since at least 2000?
MR. NIZNIK: Same objection.
A. Since at least 2000. I believe so, yes.

Page 63

BY MR. DuPONT:
Q. Does W.M. Barr still have the formulas for the Klean-Strip lacquer thinner product from 2004 to 2010?
A. I do not believe so, no, sir.
Q. What is your recollection of the other -- strike that.
What is your recollection of the ingredients of the W.M. Barr Klean-Strip lacquer thinner product between 2004 and 2010?
THE WITNESS: Sorry, I didn't --
MR. NIZNIK: Something broke up.
MR. DuPONT: Yes. Thank you for telling me that.
BY MR. DuPONT:
Q. What were the ingredients of the W.M. Barr Klean-Strip lacquer thinner product between 2004 and 2010?
A. Without looking specifically, I would say those ingredients were acetone, methanol, toluene, what -- a -- a heptane blend. Usually we call it Lacolene. Generally small amounts EB solvent, 2-butoxyethanol. Possibly some methyl ethyl ketone. So those

Page 64

are the ingredients that come to mind anyway.
Q. Where aliphatic petroleum distillate is listed on a Klean-Strip lacquer thinner, mineral spirits -- material safety data sheet, is there another name for that aliphatic petroleum distillate?
A. Yes, sir. So aliphatic is just a -- kind of a broad name for non-aromatics, if you will. And so in a lacquer thinner, aliphatic petroleum distillate would generally be the same thing as a heptane -- excuse me -- yeah, heptane blend, a blend of heptane isomers -- isomers. And we typically buy that as a product called Lacolene.
Q. Who supplied the Lacolene to W.M. Barr between 2004 and 2010?
A. I know that we purchase Lacolene now from CITGO. And we've done that for quite some time. Whether it was all of that time period, I'm not certain.
Q. Let me try and understand that response a little better.
Do you have a recollection of purchasing Lacolene from CITGO for use in

Page 65

Klean-Strip lacquer thinner between 2004 and 2010?
A. Specifically for those dates, no, I don't have a recollection. I believe that's probably who we purchased from, but I don't -- I don't specifically have a recollection.
Q. In the 2004 to 2010 time period, was there more than one supplier of Lacolene to W.M. Barr?
A. I don't -- I don't know either way there.
MR. DuPONT: Okay, sir. We've been going a little over an hour. Take a five-minute break?
THE WITNESS: Yeah, sounds good.
THE VIDEO TECHNICIAN: The time is now 11:20. This concludes media unit one.
- - -
(Whereupon, a recess was taken from 11:20 a.m. to 11:30 a.m. CDT.)
- - -
THE VIDEO TECHNICIAN: The time

is now 11:30. This begins media unit two.
BY MR. DuPONT:
Q. Mr. Shireman, why did W.M. Barr obtain -- strike that.
Mr. Shireman, why did W.M. Barr obtain material safety data sheets for the ingredients of the paint thinner, mineral spirits and lacquer thinner products?
A. Well, I mean, a couple reasons. They -- you know, they're sent to us by suppliers because suppliers -- that's the normal course of business for suppliers. But also as an OSHA-controlled workplace, we need to have the safety data sheets for the materials we handle within our -- our workplace. We need to have those on file.
Q. Does W.M. Barr review and rely upon its ingredient suppliers's material safety data sheets in order to prepare material safety data sheets for W.M. Barr's finished products like the Klean-Strip paint thinner, mineral spirits and lacquer thinner products?
MR. NIZNIK: Vague. Compound.



You can answer.
A. So it's one of the things that we do use for preparation of safety data sheets, yes.
BY MR. DuPONT:
Q. And is it your understanding that W.M. Barr's ingredient suppliers provided the material safety data sheets to W.M. Barr in order to educate W.M. Barr about the contents of the ingredients, the hazards of the ingredients?
A. W.M. Barr as well as our workers, yes, sir.
Q. And is it also your understanding that the suppliers of ingredients to W.M. Barr provided material safety data sheets to the ingre -- to -- strike that.
Is it also your understanding that suppliers of ingredients to W.M. Barr provided material safety data sheets for those ingredients so that that information could be passed on to W.M. Barr's customers?
A. No, sir. No. No. We don't, under ordinary circumstances, pass on safety



data sheets for our ingredients to customers. We -- we furnish W.M. Barr-authored safety data sheets to our customers.
Q. Thank you. I didn't ask a precise question.
Is it your understanding that W.M. Barr's ingredient suppliers provided information about chemical contents and health hazards in ingredient material safety data sheets so that W.M. Barr could incorporate that information about the chemical contents and health hazards in its own warnings to customers?
MR. NIZNIK: Foundation. Speculation.
A. So I -- I think that those safety data sheets do assist, whether it be W.M. Barr or another company, in their own preparation, but that is not the -- the reason why a supplier company furnishes SDSes. That is so that they are transmitting and fulfilling their obligation to -- to W.M. Barr and to our workers of the hazards of those materials.
BY MR. DuPONT:



Q. When W.M. Barr received a material safety data sheet for an ingredient of its Klean-Strip paint thinner, lacquer thinner, mineral spirits products, and the material safety data sheet said that the ingredient had benzene if it, did W.M. Barr then have a choice as to whether or not it wanted to pass that benzene information on to its customers?
MR. NIZNIK: Objection. Misstates evidence. It assumes facts not in evidence.
A. Yeah, I don't -- I don't know that -- I don't know that we've gotten any material safety data sheets from suppliers that says that one of the ingredients contains benzene. I think that we may have some that say it may contain benzene at some very, very low levels, but there really is no surety in that. It doesn't say that it contains. It says may contain, along with other compounds as well. But I'm not aware of any time that anyone has said that it contains benzene.
BY MR. DuPONT:
Q. If an ingredient supplier to

Page 70

W.M. Barr provided a material safety data sheet for an ingredient of the paint thinner, lacquer thinner and mineral spirits products that said that the ingredient did contain benzene, did W.M. Barr then have the choice as to whether or not it wanted to pass that information on benzene on to the customers using that product?

MR. NIZNIK: Objection. Assumes facts not in evidence. Calls for speculation.

A. So --

MR. NIZNIK: Lack of foundation.

A. (Continuing) -- if -- if a supplier did say that and W.M. Barr then has the -- has the -- you know, the regulation basically is that if it's -- benzene being a carcinogen, if it is contained at a level greater than .1 percent in our formulation, then we would need to, for certain, list it on our SDS.

So -- so it is, I guess, somewhat -- they're kind of an option if it's below the .1 percent. I don't know that we've ever been in that situation. But, you know, if

Page 71

it's -- if it's a level of .1 percent or greater, then it's a given that we would have, for certain, listed it. Below that, it's -- it's basically kind of optional to W.M. Barr or any other company whether or not it would be listed or not.

BY MR. DuPONT:

Q. And so for that circumstance where an ingredient has -- in the final product, has less than .1 percent -- strike that.

For the circumstance where a Klean-Strip paint thinner, mineral spirits and lacquer thinner product has less than .1 percent benzene in it, as you understand, and W.M. Barr has the option to tell the customer whether or not there is benzene in the product, was it W.M. Barr's policy to tell the customer that there was benzene in the product?

MR. NIZNIK: Objection. Lack of foundation. Assumes facts not in evidence.

You can answer.

A. So we don't -- we do not have

Page 72

any raw materials and haven't had any that come to my mind where a -- a supplier has said, absolutely, that there was benzene in their product.

And to back that up, we do testing on incoming bulk materials, and haven't and don't see benzene in any of those ingredients either.

So -- so that's just never -- it's never come up.

MR. DuPONT: So I'll move to strike as non-responsive.

BY MR. DuPONT:

Q. In the circumstance where W.M. Barr product has less than .1 percent benzene in it and you've acknowledged W.M. Barr has the option to disclose the benzene in the product or not disclose the benzene in the product, was it W.M. Barr's policy to disclose the benzene in the product?

MR. NIZNIK: Objection. Assumes facts not in evidence. Foundation. Calls for speculation.

A. Again, I don't know of any time

Page 73

that we've had that set of facts where we had knowledge that there definitely was benzene in there at less than -- at less than .1 percent. And so I -- we haven't made that decision one way or the other in the past.

BY MR. DuPONT:

Q. So, sir, are you telling me under oath that W.M. Barr didn't receive any material safety data sheet for the ingredients of the lacquer thinner, paint thinner and odorless mineral spirits products that said that there was benzene in the ingredients?

MR. NIZNIK: Objection. Lack of foundation. Asked and answered.

A. I am not -- the ones -- the SDSes that I remember and -- do not say that -- that the product -- that the raw material has benzene. They say that it may contain benzene.

Now, I can't say that I've gone through every document to -- for certain. But I have not seen a document that gives a definite "this contains benzene" statement within the SDS. Nothing comes to mind.

BY MR. DuPONT:

Q. What distinction do you draw in your mind in the language of a supplier's MSDS that tells you whether the supplier is telling W.M. Barr for certain that the product contains benzene or that it contain -- may contain benzene?

A. The language that they use, "may contain benzene," does not state with a certainty that it contains benzene. It's -- it's may. And -- and that's not does contain.

Q. Okay. So if an MSDS says "contains benzene" and the word "may" is not used, is it W.M. Barr's understanding that the ingredient does contain benzene?

MR. NIZNIK: Assumes facts. Lack of foundation. Calls for speculation.

A. If it -- if it -- if it says "contains" and -- I mean, that -- I haven't seen that. But then I would suppose at some level that it means there is some benzene there.

Of course, benzene is pretty ubiquitous. It's in the air we breathe. So



it's probably -- yeah, if they say it does contain, then I would say, yes, it does contain.

BY MR. DuPONT:

Q. And in those instances where a material safety data sheet for an ingredient to a W.M. Barr product said does contain -- strike that.

In those instances where a material safety data sheet for an ingredient of a W.M. Barr product says that the product contains -- I'm having a hard time with formulating questions today. Strike that.

In those instances where a material safety data sheet for an ingredient used by W.M. Barr says that that ingredient contains benzene, is it W.M. Barr's position that it should warn the user of the W.M. Barr product about benzene's hazards?

MR. NIZNIK: Objection. Assumes facts not in evidence. Foundation. Calls for speculation.

A. So if one -- if a material safety data sheet said, at some low level,



trace ingredient, that benzene were there, then I think that we would have to evaluate whether it was -- you know, how -- how diluted that was in our formula and whether that is something that we should convey.

I don't know, sitting here today, that I could say that we would -- we would do it one way or the other.

BY MR. DuPONT:

Q. And how would W.M. Barr make the determination as to whether or not it should tell its customers about the presence of benzene and benzene's health hazards when benzene is present in the finished W.M. Barr product below .1 percent?

MR. NIZNIK: Objection. Calls for speculation. Foundation. Assumes facts.

THE WITNESS: I'm sorry, what was the -- what was the first part of that question?

MR. DuPONT: Sure.

BY MR. DuPONT:

Q. How would W.M. Barr -- strike



that.

How should W.M. Barr determine whether the presence of benzene in one of its products below .1 percent should be disclosed to its customers along with a warning about the health hazards of benzene?

MR. NIZNIK: Same objection.

A. How should we? I think -- I think that we would have to look at -- like I said, we'd have to look at the levels and discuss and -- and decide whether -- whether it's appropriate or not.

BY MR. DuPONT:

Q. Okay. Tell me what discussion and decision-making process would happen.

MR. NIZNIK: Same objection.

A. Offhand, simply what -- what it would be other than it would be -- it would be a discussion.

BY MR. DuPONT:

Q. Did W.M. Barr look to what the federal government agencies that address health hazards of chemicals have published about benzene's hazards in order to inform itself as

to whether or not it should disclose the presence of benzene and benzene's health hazards in a product with less than .1 percent benzene in it?

A. I mean, you know, the federal government's recommendation -- well, recommendation -- advisement, I take it would be in the regulations that if it's below .1 percent, then it -- it's not -- it doesn't necessarily have to be put on that SDS specifically.

I think you phrased as did we. And I'm not sure that we -- to my knowledge, we haven't done any of those. But I think that that would be one of the factors that you would have to take into consideration, is what the federal government set forth as the requirement. Thus, if it's below the requirement, you would have to take that into consideration.

Q. So putting regulations aside for the moment, was W.M. Barr aware, in 2004 to 2010, that there were federal government agencies that published documents about the



health hazards of benzene?

MR. NIZNIK: Foundation. Vague.

A. I mean, I'm not sure. I'm not sure, in -- in the total scope, that we were aware or weren't aware during that time.

The federal government is a large -- large entity. I can't say for certain that we knew which agencies had put out statements on benzene. I'm sure that OSHA I know -- I know has at times. And I take it that probably the EPA has probably at times, too. Whether we were aware of each and every one of those, I don't know.

BY MR. DuPONT:

Q. Did W.M. Barr know what the National Institute for Occupational Safety and Health was prior to 2011?

MR. NIZNIK: Objection. Argumentative.

A. At least at a high level. Probably not a detailed knowledge.

BY MR. DuPONT:

Q. Did W.M. Barr know that the National Institute for Occupational Safety and



Health published documents about the health hazards of benzene prior to 2011?

MR. NIZNIK: Lack of foundation. You can answer.

A. I -- I -- I don't know that we knew or didn't know, no. I don't know.

BY MR. DuPONT:

Q. Did W.M. Barr know that the National Institute for Occupational Safety and Health published documents about the health hazards of ingredients that contained benzene as a contaminant, such as toluenes, naphthas?

MR. NIZNIK: Foundation.

A. I don't know either way, no, sir.

BY MR. DuPONT:

Q. If the National Institute For Occupational Safety and Health published documents with guidelines about the health hazards of benzene in solvents contaminated with benzene, including toluene and naphtha, are those guidelines that W.M. Barr should have considered and followed when formulating warnings for Klean-Strip lacquer thinner



products?

MR. NIZNIK: Speculation. Assumes facts. Foundation.

You can answer.

A. I would think if they're appropriate, they should be within the consideration, yes, sir.

BY MR. DuPONT:

Q. Do you have any reason to believe that a National Institute For Occupational Safety and Health guideline for benzene-contaminated solvents would not be appropriate?

MR. NIZNIK: Foundation. Speculation. Asked and answered.

A. Yeah, I -- I don't know. I don't know what this document that you're quoting has or relates to our products. So I can't say whether -- right now, whether it's appropriate or not.

BY MR. DuPONT:

Q. Did W.M. Barr know what the Agency for Toxic Substances and Disease Registry was prior to 2011?

Page 82

A. Agency for . . .? One more time.
Q. Agency for Toxic Substances and Disease Registry.
A. Again, probably at -- at a high level. We don't work with them, you know, on any kind of face-to-face basis. But I would think that at least some people within W.M. Barr would -- would know of them.
Q. If the Agency for Toxic Substances and Disease Registry published information about the health hazards of solvents contaminated with benzene, is that information that W.M. Barr should have considered and relied upon in preparing warnings for the Klean-Strip paint thinner, lacquer thinner and mineral spirits products?
MR. NIZNIK: Speculation. Improper hypothetical. Foundation.
A. If there were such recommendations, if they're appropriate, then, yes, we -- we would have to take that into consideration.
BY MR. DuPONT:

Page 83

Q. Okay. How would W.M. Barr determine whether or not a recommendation from the ATSDR, Agency For Toxic Substances and Disease Registry, was appropriate?
MR. NIZNIK: Same objection.
A. Depending -- we would have to, you know, find out about it, read it, review it and discuss it.
BY MR. DuPONT:
Q. Who would you discuss it with?
A. Again, I -- I mean, this is all hypothetical. I don't -- I don't know offhand. It would depend on the information and whether it was appropriate, what kind of discussion would take place.
Q. Who at W.M. Barr decided what information would be placed onto labels of Klean-Strip paint thinner, lacquer thinner and mineral spirits products between 2004 and 2020?
MR. NIZNIK: Objection. Assumes facts.
A. One more time. What were the -- what were the documents that you're referring to?

Page 84

BY MR. DuPONT:
Q. Sure. And if you need me to break it down by product, I will. But I'm trying to be a little more efficient here.
A. Okay.
Q. So for labels of Klean-Strip paint thinner, mineral spirits and lacquer thinner products that W.M. Barr made between 2004 and 2020, was it W.M. Barr that made the decision as to what language went onto those labels?
A. It is, yes, sir.
Q. Who within W.M. Barr made the decision for label language on Klean-Strip paint thinner, mineral spirits and lacquer thinner products?
A. So our labels are a -- a team effort of the label committee within W.M. Barr.
Q. Who sat on the label committee during 2004 to 2020?
A. I don't recall the actual people most of that time. But the label committee generally has a representative from R&D, generally me, a representative from regulatory,

Page 85

a representative from legal and a representative from marketing, the brand manager most -- most of the time.
Q. Was there a set schedule for label committee meetings?
A. At that time, no. It was, you know, on an as-needed basis.
Q. When the label committee met, did it take any meeting minutes or generate any documents that summarized its decision-making process for what information did or did not go onto Klean-Strip labels?
A. No, sir. The label is the -- is the results of that label meeting.
Q. What -- strike that.
I understand you participated as the representative of the research and development department in label committee meetings?
A. I -- I did and do, yes, sir.
Q. With respect to the Klean-Strip paint thinner, mineral spirits and lacquer thinner products, what regulations do you recall being discussed when it came to deciding

Page 86

what language went onto labels of those products?
MR. NIZNIK: Scope as to lacquer thinner.
A. So, yeah, I don't speci -- I don't remember the specific discussions going back to this period of time.
But generally, you know, our kind of foundational of what -- what we put on our label is the Federal Hazardous Substances Act, since we sell consumer products. And that's -- you know, the code is 16 CFR 1500. And that's kind of our foundational of what should and needs to be on a label.
In addition to that, we've got a long history of -- of statements of how to prevent issues. And so basically we use that history to -- to come up with what should be the appropriate warning and hazard and health segments.
We also use things like Prop 65 if it's a product that would be sold in California. There are required labels that are there.

Page 87

There are, of course, required measurement -- you know, like how many gallons, fluid ounce is caught -- is recorded by a different branch of the federal government, you know, weights and measurements-type people.
You know, there -- those are -- those are most of the regulatory things that we would talk about and comply with. There are -- there are things like barcodes and a non-governmental agency that typically relates how the barcode would be formatted.
There's -- there's agencies, air pollution agencies, such as South Coast Air Quality Management District and California Air Resources Board and other states' air quality boards that sometimes require specific language that we would need to address within a label.
BY MR. DuPONT:
Q. Between 2004 and 2020, were there any versions of Klean-Strip paint thinner, mineral spirits and lacquer thinner that were formulated for sale in California specifically?
A. What was the date range, please?

Page 88

Q. 2004 to 2020.
A. 2004 to 2020. Yes. Around 2011, '12, both South Coast Air Quality Management District and California Air Resources Board promulgated rules around thinners. And after that time, some products would be formulated specifically for those areas.
Q. Which products were those?
A. Most of the -- most of the thinners, the -- the regulations were quite strict on VOCs. So most of the thinners had a South Coast and/or CARB version.
Q. Was that true for Klean-Strip paint thinner, mineral spirits and lacquer thinner?
A. Paint thinner, yes. Odorless mineral spirits, yes. Lacquer thinner, yes.
Q. So after that 2011-2012 period, was W.M. Barr simultaneously selling paint thinner, lacquer thinner and mineral spirits in a version both for California and a different version for the other 49 states?
MR. NIZNIK: Scope of the

Page 89

notice.
A. Yes. I don't know the exact date that we had to start. And there were changes because the limits dropped basically to a 30 percent or 30 grams per liter and then dropped further to three percent VOC.
So -- but -- and there have since -- during that time, there have been other states that adopted the CARB limits, so it wasn't necessarily the other 49. But we had two, sometimes three sets of -- of formulas that were restricted from areas that VOC regulations were in force and we restricted products to -- away from those areas.
BY MR. DuPONT:
Q. Do you know which other states adopted the CARB, California Air Resource Board, regulations?
MR. NIZNIK: Scope of the notice.
A. So do you have a time frame in mind here?
BY MR. DuPONT:
Q. At any point in time.

A. Okay. So there's a group of states called the OTC, Ozone Transport Commission, maybe committee. And a group of states, especially in the -- the Midwest through the Northeast belong to that.

And those states have been individually adopting various parts of the CARB regulations. For our products, anyway. And, I mean, they -- you know, states like Maryland has adopted. Delaware has adopted. Recently, New York has adopted. Michigan is in the process of adopting. Colorado has recently adopted some. Utah, at least parts of Utah, have adopted some. I'm sure there's others, but that's -- that's at least a few of them.

Q. When did these other states begin to adopt the CARB regulations?

MR. NIZNIK: Scope of the notice.

A. My recollection is probably states started -- probably the first states that started doing this were, I don't know, 2015, give or take a couple years, possibly. That's just my recollection. I don't, offhand,



have the specific dates.

BY MR. DuPONT:

Q. Was Arizona a state that adopted CARB regulations?

A. Not that I'm aware of, no, sir.

Q. Was Nevada a state that adopted CARB regulations?

A. To date, no. No, sir.

Q. How did --

A. Excuse me. Just -- not to clarify, but just to add to do that, I guess. Clark County, which I understand is Las Vegas, is in a process right now. But their regulation hasn't been finalized, adopted at this point.

Q. Understood. Thank you.

What change, if any, did W.M. Barr make to the paint thinner product to meet the 30 percent VOC restriction under California regulations?

MR. NIZNIK: Scope of the notice.

A. So -- so there's -- at this point in time and after around 2012-ish, we



have three different versions of -- of the paint thinner product. One, which is South Coast, is largely acetone, extremely flammable, has small amounts of -- the best of my recollection, small amounts of other solvents, but predominantly acetone at the 70 -- at the 30 percent level. It was approximately 70 percent acetone. At the more present three percent level, it's upwards of 97 percent acetone.

Acetone is an exempt solvent. So there's -- there's only a handful of solvents that -- that are allowed in those products to -- to be the non-VOC portion.

In -- in the other areas of California, the areas governed by CARB, California Air Resources Board, the product that we adopted for paint thinner is -- it's a -- it's a very hot flash, what's called a low vapor pressure mineral spirits, pretty much -- pretty much what that says. It's a -- it's a very low vapor pressure, which is excluded from the regulations and doesn't work that terribly well. It's very slow evaporating, but -- but



meets those regulations.

BY MR. DuPONT:

Q. Did I understand you to say that the formula the paint thinner product was changed to use 70 percent acetone and then 97 percent acetone, to meet the 30 percent and three percent VOC requirements?

A. That -- that -- those amounts might be slightly different, because there are a few other exempt compounds. But we would have had to use exempt compounds for 70 percent of the formula and exempt compounds for 97 percent of the formula.

There -- there possibly -- I'm not looking at the formulas right now. It's going to be predominantly acetone, the 97 percent. It possibly could have a little bit of methyl acetate, which is another exempt, in it. But those two together should -- are probably about 97 percent of the formula.

Q. And W.M. Barr, I take it, was able to transition and meet these new regulations using acetone and low vapor pressure mineral spirits and the paint thinner

product?
MR. NIZNIK: Scope of the notice.
A. So what do you mean by, "was able to"?
MR. DuPONT: Sure. Let me just rephrase that.
BY MR. DuPONT:
Q. Since changing the formulas to meet the 30 percent VOC and three percent VOC regulations, W.M. Barr has been able to continue to manufacture, market and sell the paint thinner product?
MR. NIZNIK: Scope of the notice.
A. The paint thinner we have manufactured and sold a version, not necessarily as effective, but a version in all of those areas, yes, sir.
BY MR. DuPONT:
Q. Are customers satisfied with the product?
MR. NIZNIK: Objection. Vague.
A. It kind of depends on the



customer. Sometimes, you know, the customer's job, you know, the reformulated products were pretty good. Sometimes for the customer's job, they've had to kind of adapt their jobs to what's available because of the speed of evaporation and the flammability of those sorts of products, especially in South Coast, and the extreme slowness of evaporation within the CARB areas.
But, you know, we do hear lots -- lots of -- or probably less now than we did ten years ago, but there was some compliance, some discomfort with those type of products. But for the most part, it's what they have to use. So they -- they really don't have much choice.
BY MR. DuPONT:
Q. But the market's adjusted?
A. The market, I guess you could say, has adjusted. We're still selling them, yes, sir.
Q. A similar question for the W.M. Barr lacquer thinner product.
What changes were made, if any,



to the formula of the W.M. Barr Klean-Strip lacquer thinner product to meet the CARB regulations?
A. So on lacquer thinner, we have a 97 percent acetone version, which is the version sold in both South Coast and CARB areas. It has three percent of the, I believe, EB solvent, the 2-butoxyethanol, as -- as a tail solvent. But that's what we sell in both South Coast and CARB areas.
Q. And is the market similarly adjusted for that reformulated Klean-Strip lacquer thinner product?
MR. NIZNIK: Objection. Lack of foundation. Outside the scope of the notice. Vague.
A. Again, you know, for certain applications, I think it's adjusted pretty well. For certain applications, they've had more trouble.
There's not a terrible lot of lacquer used in California, so it -- it hasn't -- it hasn't been a -- it hasn't been a huge problem for -- for the actual lacquer



applications just because there's so little lacquer used there.
But it's been -- it's been a little hit or miss for consumers. But I think that at some point, they've -- they've found out what they have to do to make it work.
BY MR. DuPONT:
Q. For the W.M. Barr mineral spirits product, the odorless mineral spirits product, were any changes made to the formula of that product to meet CARB regulations?
A. So within, I think, CARB regulations, yes, it uses the same low vapor pressure mineral spirits that the paint thinner product does there.
For the South Coast, the other portion of California, we do -- we don't offer -- there's no way to offer an odorless mineral spirits there because you would have to be -- the way the regulatory bodies work, low vapor pressures are not counted in your VOC calculations within CARB areas, but are counted within VOC calculations within South Coast. So you can't use the -- those solvents at anything

over three percent. And so we do not sell a -- a mineral spirits product in -- within South Coast.

Q. For the CARB areas, did W.M. Barr successfully transition, manufacture and sell odorless mineral spirits with a new formulation?

MR. NIZNIK: Same objection. Lack of foundation. Vague.

A. I mean, the market -- the market has adapted. We -- we do sell those products. And, you know, I think that the users, the consumers, you know, have found ways to use those or they've switched off to other products. Who knows. They may make their own blends. I don't know exactly. But they have largely adapted.

BY MR. DuPONT:

Q. Was there a change in the price of the W.M. Barr Klean-Strip paint thinner when it was reformulated to meet CARB regulations?

MR. NIZNIK: Objection. Outside of the scope of the notice.

A. This is paint thinner?



BY MR. DuPONT:

Q. Yes, sir.

A. So paint thinner, yeah. I mean, I don't know how much the retail price changed. I'm sure that it changed some, because low vapor pressure solvents are -- are more expensive than -- than normal vapor pressure solvents.

So I'm sure that -- I'm sure that it has -- that it changed and it has changed through the years. I don't know specific retail prices. That's not something I keep up with. But I know they're -- they are more expensive.

Q. Did the cost of the W.M. Barr Klean-Strip lacquer thinner product increase due to the change in formulation to meet CARB regulations?

A. I -- I don't know specifically. Lacquer thinner is a blend. So I don't know -- I don't know offhand how the regulations affected cost on the blend.

Q. Did the cost of the W.M. Barr Klean-Strip odorless mineral spirits product



increase due to the compliance with California CARB regulations?

A. The cost did increase. LVP -- like I said, LVP, low vapor pressure, mineral spirits is more expensive than -- than a more normal vapor pressure solvent. And so the cost did go up. And I expect that the retail price probably has gone up as well.

Q. When were low vapor pressure mineral spirits first available on the market such that they could be purchased by W.M. Barr?

MR. NIZNIK: Objection. Outside the scope of the notice.

A. Specifically, I don't know. They've been available for a while. There were other regulations that people used them to -- to formulate with. Not solvents in thinners. Those regulations, you know, like I said, began around 2011, 2012. But there was, I'm fairly certain, some -- some -- some availability before that time.

BY MR. DuPONT:

Q. Prior to 2010, was low vapor pressure mineral spirits an ingredient that



W.M. Barr could have purchased, if it wanted to, on the market?

MR. NIZNIK: Outside the scope of notice.

A. I mean, specifically, I don't know.

BY MR. DuPONT:

Q. Is it W.M. -- strike that.

From 2004 to the present, has it been W.M. Barr's understanding that the only circumstances under which a carcinogen must be listed on a material safety data sheet as an ingredient or when it is present at .1 percent or greater?

A. Well, no. There is -- there is a -- another factor. That is if -- if there's evidence that -- and I don't know the exact terminology, but there's -- if there's -- if there's evidence that there is concern for their workers' health below that .1 percent level, then that should be factored in as well.

Q. Did W.M. Barr do anything to determine whether or not there was evidence for concern of workers -- strike that.

DENNIS SHIREMAN

Page 102

Did W.M. Barr do anything to determine whether there was evidence that exposure to a product with less than .1 percent benzene could create a health hazard to the product's user?

A. So one of the things we do on safety data sheets, material safety data sheets, is, we use a program which gathers data from all over the world, basically, from databases and gives us basically a recommendation of the -- of the warnings, et cetera, to use. So I'm sure that that was considered within the program's recommendation to us if -- if something below .1 percent was knowingly in the formula.

Other than that, I mean, I'm not aware of any particular -- in the case of the .1 percent, that would be carcinogens or reproductive hazards. So I'm not aware of any specific times where otherwise, we, as W.M. Barr, kind of made that decision. But we would have relied on those -- those databases to -- to have pointed something out if it had been present.

Page 103

Q. What are the names of the database or databases that W.M. Barr used to prepare material safety data sheets that you just referred to in your answer?

A. So the program is -- is called NetView. It's two words. And I'm trying to remember what the other term for the NetView program is.

Now, what databases that they use, I'm sure that -- that somewhere within their literature, they probably point that out. But I don't know what the databases themselves would be.

Q. When did W.M. Barr begin to use NetView?

A. NetView was, I believe, around the early 2000s sometime.

Q. And has W.M. Barr used NetView since the early 2000s?

A. As far as I'm aware of, yes.

Q. Do you understand how the NetView program works?

A. I mean, I don't know the details. As R&D, I don't administer that

Page 104

program. But I know basically that the ingredients are entered into the program along with the amounts. And that other things, such as physical properties, flash point, density, things like that, are also entered in. And that the -- the program, it's a smart program. It looks at databases for those ingredients and for those percentages and gives us back the -- the information that it finds needed in order to -- to have a good SDS.

Q. So to get information out of the NetView program, does someone at W.M. Barr have to type the names of a product's ingredients into the program?

A. I mean, not for certain whether they could type in names of ingredients. Most of this is handled through CAS numbers, chemical abstract numbers. You -- I just don't know whether you could do either -- either/or. But either through typing in the CAS number or the chemical name of the raw material, you would enter those into the NetView program.

Q. In order for the NetView program to provide information about the health hazards

Page 105

of benzene, does an individual need to type in either the name benzene or the CAS number for benzene to the program?

A. If it -- if -- if -- if benzene were an added ingredient, then we would have to type the CAS number or the -- the chemical name for it, yes.

Q. My question is a little different. If W.M. Barr wanted to obtain in -- strike that.

In order for the NetView program to provide information about the health hazards of benzene, does someone need to enter the word or the CAS number for benzene into the program?

MR. NIZNIK: Asked -- asked and answered. Calls for speculation.

A. Yeah, again, I mean, to -- to -- if it's a known ingredient, we would have to type it in, either CAS number or chemical name, one or the other, I'm not sure which, into the program.

BY MR. DuPONT:

Q. Okay. So, in other words, if you type in heptane, do you know if the NetView

Page 106

program is going to provide you with any information about the health hazards of benzene?
MR. NIZNIK: Foundation.
A. So if it, within its databases, has -- has any information related to benzene that's associated with the heptane, then it would surface that. But that's -- that's dependent on -- on the information that is within the databases.
BY MR. DuPONT:
Q. Do you know what information is within the NetView databases?
A. Not wholly, no, sir.
Q. Do you know what sources NetView draws from in order to provide information about the health hazards of chemicals?
MR. NIZNIK: Asked and answered.
A. Yeah, as -- as I sit here today, I don't know the specific sources, no.
BY MR. DuPONT:
Q. Do you know if the NetView program and its databases have any information on the amount of benzene exposure caused by

Page 107

solvents contaminated with benzene?
MR. NIZNIK: Lack of foundation.
A. Yeah, I -- I don't. I don't know that specifically either way.
BY MR. DuPONT:
Q. But I understand from your answer that W.M. Barr didn't do any research outside of the NetView program in order to determine whether there was data on how much benzene exposure was caused by using mineral spirits, for example?
MR. NIZNIK: Objection. Calls for speculation. Misstates testimony.
A. I think you would -- so as far as I know, we didn't do any other work toward that because we don't see benzene. I mean, we don't, you know -- yeah, there's any number of compounds that you could hypothetically say, well, maybe it contains this and maybe it contains that. And so you don't go by maybes. You go by what you know and what you've -- what you've experienced. And we've never tested and experienced benzene in the mineral spirits.
BY MR. DuPONT:

Page 108

Q. If there is evidence that mineral spirits released benzene in a concentration that was greater than an ACGIH TLV, was W.M. Barr required to list benzene as an ingredient on an MSDS and on the label for mineral spirits?
THE WITNESS: Sorry.
MR. NIZNIK: Objection. Improper hypothetical. Assumes facts. Calls for speculation.
THE WITNESS: What was the question again?
MR. DuPONT: Sure.
BY MR. DuPONT:
Q. If there was evidence that mineral spirits released benzene in a concentration that met or exceeded an ACGIH TLV for benzene, was W.M. Barr required to list benzene as an ingredient on the MSDS and label for a product made with mineral spirits?
MR. NIZNIK: Same objection.
A. So if there -- if there was evidence that the mineral spirits that we use that that was known about, then it would

Page 109

show up on the program and we would. I don't know of any evidence of that within our mineral spirits.
BY MR. DuPONT:
Q. How do you know that it would show up on the program if you don't know what information was in the NetView program?
A. Well, I think, for one thing, the -- the program uses, among other things -- one of the databases is the SDS of the supplier. So we would -- the program would get that information off the supplier's SDS for various type of exposures, if they were there.
I mean, it's hypothetical, I suppose, if they're not there. But, you know, that -- that's how the program worked.
Q. Do you have any actual knowledge that the NetView program contains information on concentrations of benzene released from mineral spirits or other solvents?
MR. NIZNIK: Asked and answered. Foundation.
A. Yeah, I -- I specifically don't know that it does or doesn't. I -- you know,

what their data is I don't know the specifics of.
BY MR. DuPONT:
Q. Given that W.M. Barr is responsible for listing benzene as an ingredient on a material safety data sheet and label for a product, if there's evidence that it can release benzene at a concentration that meets or exceeds an ACGIH TLV, shouldn't W.M. Barr research whether or not that happens?
MR. NIZNIK: Objection. Calls for speculation. Improper hypothetical.
A. I mean, yeah, I don't know -- so you're saying, given that, that -- you're -- I don't know that it's necessarily true that if it were higher than the organizational's level, that we would necessarily have to do anything.
I don't have any evidence that it is higher than the organization's level or that it's ever been, especially when it relates to the mineral spirits that we buy and -- and package.
So I -- I -- I don't know. I find that question to be somewhat of a -- of a



weird "when did you stop beating your wife" question. I -- I've never seen anything that says that our mineral spirits come -- has or comes anywhere close to having a level that -- that would be what you're talking about there.
BY MR. DuPONT:
Q. How much benzene in mineral spirits is necessary to release benzene at a concentration that exceeds an ACGIH TLV for benzene?
MR. NIZNIK: Objection. Calls for speculation. Foundation.
A. I mean, the specific number, I don't know. It would -- I mean, I would think, with a bit of background I know, that it would be a pretty substantial amount. But -- but nothing that I've ever had any experience with.
BY MR. DuPONT:
Q. So I'm going to go back to my question, which is, given that W.M. Barr knows that it has a responsi -- strike that.
Given that there is a responsibility under the regulations to disclose benzene as an ingredient on an MSDS



and label if the product can release benzene in a concentration that meets or exceeds an ACGIH TLV for benzene, shouldn't W.M. Barr have educated itself to determine whether that evidence existed or not?
MR. NIZNIK: Argumentative. Asked and answered.
A. I mean -- I mean, I don't think you're quoting the federal regulation correctly. I do not think that there's any part of that regulation about this specific organization or our TLV, for that -- that matter.
So -- so I don't know. Your question continues to be kind of weird from -- from that.
BY MR. DuPONT:
Q. Okay. So benzene -- so strike that.
So W.M. Barr wasn't aware that there was a requirement under the hazard communication standard to disclose benzene as an ingredient on a product MSDS or label if there was evidence that benzene could be



released at a concentration at or above an ACGIH TLV? Is that what you're telling me?
MR. NIZNIK: Objection. Argumentative. Asked and answered.
A. The -- the regulation, if I can paraphrase, is related to if we have knowledge that the level below .1 percent -- if the -- if the carcinogen is present and at a level below .1 percent so that it has a -- a reasonable and known effect on human -- on their workers' health, then we have a responsibility.
I think there's some -- several aspects of that, that, for one, I don't -- I don't recall that it specifically points out what regula -- what organization and what measure within the federal regulations. And I may be wrong on that, because it's been a while since I've seen that federal regulation.
But in any case, if we had knowledge of that, we would do it. We don't have any knowledge of that, given our -- our -- the raw materials that we use in our formula.
BY MR. DuPONT:
Q. If there was a study that showed

Page 114

that there was an increased risk of damage to the blood or bone marrow from exposure to mineral spirits, is that information that W.M. Barr should have passed on to its users in the form of a warning?

MR. NIZNIK: Objection. Misstates the evidence. Calls for speculation.

A. So mineral spirits is a very, very broad name for a chemical. If there were -- if there were information that our specific mineral spirits were capable of that, then I think that we would have to evaluate that. I don't know of any information that says that the mineral spirits that we use has any issues like that.

BY MR. DuPONT:

Q. That being the regular mineral spirits and the odorless mineral spirits?

A. Well, both. I mean, if it's -- yeah. Yeah, I would agree.

Q. Is there another name used to describe the odorless mineral spirits that W.M. Barr used in its odorless mineral spirits

Page 115

product?

A. Name? I don't know what you're asking for there.

Q. Sure. When M Barr calls up its suppliers and orders mineral spirits for use in the odorless mineral spirits product, does it say, I want odorless mineral spirits? Does it use another name for the mineral spirits?

A. I'm sure there's a CITGO code for the particular grade of mineral spirits. I don't know what that is offhand. But I'm sure there's some sort of a code to separate that mineral spirits that we usually use from other mineral spirits that they might sell.

Q. What was W.M. Barr's understanding, from 2004 to 2020, under the circum -- of the circumstances under which the FHSA required benzene to be identified as a component of a product on the label and the principal hazards of benzene to be stated on the label?

A. I mean, benzene shows up in several places. The ones that come to mind are, if there's over, I believe, five percent

Page 116

benzene, then that would require a primary statement of hazard of vapor harmful at least. It would also, I think -- and I believe the level is five percent -- require a primary statement of hazard of harmful or fatal if swallowed.

Those statements are not just specific to benzene, but are specific at various levels to other solvents as well.

And if -- if -- if benzene is present at a -- at a concentration that is the -- its primary reason for warning is -- would be that compound, then I believe that we would -- we would be required to list it on -- according to 16 CFR.

There may be some other places there that are benzene specifically. I think that benzene, among other solvents, are included in 17 -- 15 CFR 1700, the -- the Child Protection, you know, Disclosure Act. That I think they're included there, too. But it's a list, and I believe it's a five percent benzene, ten percent some other petroleum distillates for both of those -- for both of

Page 117

those categories.

Like I said, there may be other places for benzene within the regulation, but those are the ones that come to mind offhand.

Q. Okay. Under the FHSA, you told me two circumstances under which W.M. Barr understood benzene must be listed on the product's label and its principal hazards stated, the first of which is when benzene is present over five percent in the product and the second, which I understood you to say, is where benzene is the primary reason for a warning; is that correct?

MR. NIZNIK: Objection. Misstates testimony and compound.

A. Yeah, there's -- so benzene, among other solvents and petroleum distillates, there's a couple places within the regulations that if it's over five percent, it -- it requires certain primary statements of hazards. I think one of those is vapor harmful. I think another one of those is may be harmful or fatal if swallowed. I believe generally for that whole group, you would advise, do not induce

vomiting. Because with aspirants like these, that's generally what you would -- you would advise.

Overall, if a compound causes a primary statement of hazard, then it should be listed on the label. And thus, if you had methanol at over four percent and that caused the poison statement, then you should list methanol on the label. If you had benzene over five percent and that was the reason for your vapor harmful, then you should list it on the label. There may be other reasons, but that's the ones I remember offhand.

BY MR. DuPONT:

Q. Is W.M. Barr aware of any requirement under the FHSA to list benzene on a product label and provide a statement of benzene's principal hazards when benzene was present in a concentration below five percent?

A. Offhand, one doesn't come to mind, no.

MR. NIZNIK: Andrew, whenever it's a stopping point, if we can get one, I think we're coming up on over an hour



and 15 minutes.

MR. DuPONT: Yes. Now is fine. Go off the record.

THE VIDEO TECHNICIAN: The time is now 12:41. This concludes media unit two.

- - -

(Whereupon, a luncheon recess was taken from 12:41 p.m. to 1:22 p.m. CDT.)

- - -

THE VIDEO TECHNICIAN: The time is now 1:22. This begins media unit three.

BY MR. DuPONT:

Q. Okay. Sir, we're back from lunch. Are you ready to continue?

A. Yes, sir.

Q. All right. A couple questions for you before we get back to what we were talking about.

The code LL37, what does that mean at W.M. Barr?

A. LL37 is the -- the code for



toluene.

Q. And does W.M. Barr have only one code for toluene?

A. At present, I believe so, yes, sir. I mean, at times, we may have had more. But at present, only one.

Q. When did W.M. Barr have more than one code for toluene?

A. I mean, the code years ago used to be GL37 rather than LL. And then when we had -- when we had a different plant, there would be a code for that plant specifically rather than the Channel plant.

Q. Okay. So at one period of time, GL37 was a code used for toluene by W.M. Barr?

A. Yes. Yes.

Q. And what period of time did that correspond to?

A. I mean, we -- we switched off in the -- in the early-to-mid 2000s, is the best of my recollection, but it could have been a few years later than that. I don't remember specifically.

Q. What was the reason to change



the code from GL37 to LL37?

A. So it's the unit of measure. "G" stood for gallons. And so if we measured things with our inventory in gallons, then we maintained a "G". If we measured raw materials within our inventory in pounds, then we changed it to an "L". And, you know, so certain chemicals are GL, measured in gallons, and certain chemicals are LL, measured in pounds.

Q. Did I understand you to say that there was a change in W.M. Barr's plants that had something to do with the change in the code being used?

A. It didn't have anything to do with the change in the code. But we did have -- we did have a plant that was our 2170 Buoy plant. And it had its own toluene. I believe it was called either GL37B or LL37B, depending on, you know, when -- when within the history. But it had the "B" behind it sort of -- because it was stored and used at Buoy.

Q. If a product code does not have the "B" behind it, does that mean that that product was stored and used at a W.M. Barr

plant that was not Buoy?
A. So if it doesn't have a "B" behind it and if it's a bulk-stored material, we only separated bulk-stored materials between the Channel plant and the Buoy plant. So if it didn't -- if it wasn't bulk storage, then it wouldn't have "B" behind it in either plant. But if it's bulk storage, then -- then it's kept in a bulk storage tank at Buoy, it had a "B" behind it generally.
The only cases where that wouldn't be true is if we didn't have an analogous chemical at the Channel plant. In that case, it wouldn't have the "B" behind it.
Q. I confess that I'm lost.
A. Okay.
Q. Is the "B" designation always used for a bulk chemical?
A. I -- I believe so. It's -- it's for bulk chemical stored at Buoy.
Q. Okay.
A. Yes.
Q. So a bulk chemical stored at Channel is not going to have a "B" at the end



of the code?
A. No. No.
Q. What I said is correct?
A. What you said is correct, yes.
Q. Thank you, sir. And what -- what distinction do you draw between a bulk chemical and a non-bulk chemical?
A. Well, we -- you know, a bulk chemical is one that is handled in our -- our bulk storage tanks. And we handle those differently than a drum or a tote chemical, because it's -- you know, shipment to shipment, it's intermingled within that bulk storage tank.
So we make a lot more effort to -- to QC it when it comes in. We -- always on bulk chemicals, we always do a -- a gas chromatograph and -- and look for the fingerprint, our specific compounds, if it's a one -- one-compound chemical, that we expect. And because we do not want to -- you know, especially do not want to contaminate a whole batch with one shipment of chemical.
So we're -- we're very careful



with our QC and what we put into our bulk storage tanks.
With -- with drum material, we may or may not do further QC work, because, well, for one thing, the volumes are much, much lower, and -- and so the testing criteria, generally speaking, is less on our QC testing.
All of these chemicals that we're talking on these type of products are all bulk storage materials. They're all, you know, handled in a bulk storage tank.
Q. Okay. And so if a code -- strike that.
If a chemical is handled in a drum or tote at the Buoy plant, is it going to have a "B" at the end of the code?
MR. NIZNIK: I'd just object. Outside the scope.
A. It is -- it is probably not going to have a "B" behind the code if it's -- if it's, say, a drum. We could transfer that drum back and forth between plants. It just -- just matters that it exists somewhere.
BY MR. DuPONT:



Q. And you'll have to remind me, is the chronological order of things, W.M. Barr first has the Buoy plant and then the Channel plant?
A. So far, far back in the history, I believe, there was -- there was another plant, I believe, on Trigg Avenue. That was a W.M. Barr plant. And the Buoy plant and the Channel plant were set up in the late '70s, early '80s. I don't recall which one was set up first. We no longer own the Buoy plant.
Q. When did W.M. Barr sell the Buoy plant?
A. In 2016, I believe.
Q. Was the paint thinner manufactured at both the Buoy plant and the Channel plant?
A. Generally not. It would generally be manufactured at the Channel plant.
Q. Was the odorless mineral spirits product manufactured at both the Buoy plant and the Channel plant?
A. Generally, again, the Channel plant.

Q. Was the lacquer thinner manufactured at one or both of the Buoy or Channel plants?
A. Again, generally the Channel plant.
Q. What was W.M. Barr's understanding as to when benzene must be listed on a label under Proposition 65, California Proposition 65?
A. Benzene -- well, most chemicals, if you -- if you know that it's in there and if it's -- there are some chemicals that have a threshold value that if -- it's based on exposure over a set number of years, as I understand it. And -- and if it's below that exposure value, then it not -- it's not necessary and it's generally not listed. But -- but, otherwise, it's -- it's absolute knowledge that it's in there and at a level above that -- that threshold value.
Q. How about for benzene specifically, what does California Proposition 65 require regarding disclosing some of the presence of benzene in a product?



A. I mean, other than what I've cited, I don't -- I don't know anything specifically about benzene as we sit here. I don't know threshold values and things.
Q. Okay. You said for some chemicals, there is a requirement to determine a threshold value for it that comes into play when determining whether Proposition 65 requires a disclosure.
A. Yes. Some chemicals do not have a threshold value set by Prop 65. Some do.
Q. Does benzene have a threshold value set by Prop 65?
MR. NIZNIK: Foundation. Asked and answered.
A. I believe so. But I don't have that list, you know, in front of me to know that for certain. But I believe it does have a threshold value.
BY MR. DuPONT:
Q. Okay. So how is W.M. Barr supposed to determine whether -- strike that.
So what is W.M. Barr's understanding as to whether benzene and under what -- strike that.
What is W.M. Barr's understanding of the circumstances under which Proposition 65 requires a cancer warning -- sorry, I cannot form a question today. Strike that.
What are the circumstances that Proposition 65 requires the presence of benzene to be disclosed on a product's label?



A. You have to know that it's there first. And then -- so for the products that we're talking about, we don't know that it's there, so we wouldn't do a Prop 65 for the benzene specifically.
We do a Prop 65 for other chemicals where we know they're there and where appropriate.
MR. DuPONT: Okay. So I want to go back to our discussion about how you interpret supplier material safety data sheets.
So I'm going to show you a document which we'll mark as Exhibit 3. And this is a -- that's not the right one, is it?
Okay. All right. Exhibit 3 is Bates number McLean versus W.M. Barr, W.M. Barr 204 to 211.
- - -
(Whereupon, Exhibit 3 is marked for identification.)
- - -
BY MR. DuPONT:
Q. Is this a Texaco material safety data sheet for toluene?
A. It appears to be, yes, sir.
Q. And in the top left-hand corner somebody has written by hand the code "L37."
Do you see that?
A. I do, yes, sir.
Q. And that's W.M. Barr's code for toluene?
A. It is, yes, sir.
Q. Does that indicate to you that somebody at W.M. Barr received this material safety data sheet, reviewed it and wrote the W.M. Barr code for toluene on it?
A. Reviewed it to the extent that

Page 130

it says toluene as the tradename, yes, sir.
Q. Are you telling me that the individual who wrote "L37" on this material safety data sheet didn't read beyond the word "toluene"?
MR. NIZNIK: Objection. Argumentative. Calls for speculation.
A. The person who received it and wrote that, I mean, yeah, this is '88, so a lot of years ago. I don't know how much that person reviewed it other than it is toluene. So they would have put the appropriate code number on it.
BY MR. DuPONT:
Q. Okay. So a toluene material safety data sheet comes in the door at W.M. Barr.
How -- how does it get to W.M. Barr? How is it physically supplied to W.M. Barr?
MR. NIZNIK: Object to outside the scope of the notice as to this document.
A. I mean, generally -- I mean,

Page 131

there are several ways. It could be, you know, mailed in. It could come as part of an e-mail or -- that's the general two ways.
I mean, you know, occasionally, I guess one could physically come with the truckload or something. I've kind of seen that a few times, although I don't know with toluene, you know. And I don't know, in 1988, how specifically that would be done.
BY MR. DuPONT:
Q. When W.M. Barr received a material safety data sheet for toluene that it used in production, what was the procedure for receiving the material safety data sheet, writing the part number for toluene on it and then storing or otherwise transmitting the material safety data sheet?
MR. NIZNIK: Compound. And outside the scope of the notice.
You can answer.
A. So, you know, for any one supplier, like this is Texaco, if we received a safety data sheet, it doesn't necessarily mean that we received their material. Someone may

Page 132

have just requested SDSes from several different people as part of the kind of evaluation process. Don't know.
But it's not an absolute that we have received Texaco's material. But, basically, I believe there were files that the SDSes were -- MSDS at that time -- were kept in. And they were available for -- you know, for workers and for the people back then that wrote material safety data sheets and -- and labels and things of that nature.
BY MR. DuPONT:
Q. Does the fact that W.M. Barr received a material safety data sheet from a supplier like Texaco for toluene, does it make it more likely than not that W.M. Barr was using that supplier's toluene?
MR. NIZNIK: Calls for speculation.
A. Yeah, not necessarily that we were using that supplier's toluene. I don't know how to judge the likelihood.
BY MR. DuPONT:
Q. Was Southland Industrial

Page 133

Products a distributor of chemicals to W.M. Barr?
A. Truly, I have no idea. I haven't heard of Southland Industrial Products before.
Q. All right. This Texaco toluene material safety data sheet has stamped on it, "Southland Industrial Products Co., 2354 Channel Avenue, Memphis, Tennessee."
Do you see that?
A. I do, yes, sir.
Q. Does that indicate to you that this material safety data sheet came to W.M. Barr through Southland Industrial Products, Co.?
MR. NIZNIK: Foundation.
A. Yeah, I don't know. I -- I don't know -- I don't know Southland Industrial Products. And I don't know why it would be stamped on there.
BY MR. DuPONT:
Q. Well, I assume no one at W.M. Barr would have a reason to use Southland Industrial Products Co.'s stamp and stamp it

onto a material safety data sheet. Is that a fair assumption?
MR. NIZNIK: Calls for speculation.
A. I just don't know who or why they -- they stamped that on there.
BY MR. DuPONT:
Q. Do you have any reason to believe that somebody at W.M. Barr would use a Southland Industrial Products Company stamp and stamp its information onto a material safety data sheet?
MR. NIZNIK: Foundation.
A. I have no reason to believe that they did or didn't.
BY MR. DuPONT:
Q. Do you have any reason to believe that Texaco would use a Southland Industrial Products Company stamp and stamp that company's information into a material safety data sheet?
MR. NIZNIK: Foundation.
A. Yeah, I -- I never really dealt with Texaco, so I don't have any idea whether



they would have or not. I don't know whether that was a supplier for them. I mean, there's all kinds of scenarios that might be, but I -- I just don't know.
BY MR. DuPONT:
Q. Isn't it reasonable that the fact that this MSDS has Southland Industrial Products Company and its information stamped onto it, isn't it reasonable to conclude that it's because the MSDS came through Southland Industrial Products Company to W.M. Barr?
MR. NIZNIK: Asked and answered. Calls for speculation. Foundation.
A. I just don't know. I don't know how that came to be.
BY MR. DuPONT:
Q. Do you have a recollection of purchasing chemicals from Texaco?
A. I do not.
Q. Was it 1989 that you started with W.M. Barr?
A. Yes, September of 1989.
Q. Okay. And this MSDS has handwritten May 12, 1988 on it.



Do you see that?
A. Yes, I do.
Q. Is that handwriting, according to W.M. Barr's procedures, intended to indicate when the material safety data sheet was received by W.M. Barr?
MR. NIZNIK: Calls for speculation. Outside the scope of the notice.
A. You know, I don't know for certain about this one, because it's kind of a -- I don't know.
BY MR. DuPONT:
Q. Why do W.M. Barr employees write a date on a material safety data sheet --
MR. NIZNIK: Assumes facts.
BY MR. DuPONT:
Q. -- for an ingredient?
MR. NIZNIK: Same objection.
A. Yeah, I don't. I don't know -- I don't know why they would have. It's never been my job or my -- part of my job to -- to receive and sort these SDSes. So I couldn't necessarily say why they would have done it.



BY MR. DuPONT:
Q. So this MSDS, after being received by W.M. Barr, somebody writes "L37" on there to indicate that it is toluene. Then it goes into a file of toluene MSDS; is that -- is that correct?
A. That would be the normal procedure that I -- that I have seen, yes.
Q. And one of those toluene MSDS files is kept for individuals preparing W.M. Barr product MSDS?
MR. NIZNIK: Calls for speculation. Lack of foundation.
A. There -- there were files available to them. That may not be the only reason those files were kept. But there were files available to them.
BY MR. DuPONT:
Q. And was it the procedure at W.M. Barr to keep all copies of the toluene MSDS in that file permanently?
MR. NIZNIK: Calls for speculation. Misstates the testimony.
A. I don't -- I don't know whether

it was, back in '88, official policy. And I don't know that all copies were kept. That's -- I wasn't there and wasn't doing this. So I can't say that -- that all of them were kept and that it was necessarily permanent.

BY MR. DuPONT:

Q. So W.M. Barr produced this toluene material safety data sheet in the McLean case in the last year or two.

Does that indicate to you that this material safety data sheet stayed in W.M. Barr's toluene MSDS file from the point it was received until today?

A. I would say that we wouldn't know for sure that it stayed in a file. Probably the toluene file, but I couldn't say with certainty, that. But it did stay within a file at W.M. Barr.

Q. So how close is 2354 Channel Avenue, Memphis, Tennessee to W.M. Barr's Channel plant?

A. Twenty -- 2354. The Channel plant is at 2105. So, you know, I don't know whether that's -- it seems that it could be a



couple -- yeah, could be up to a couple miles away. Those are long -- there's a curve at every mile. And I'm not certain whether that's where the blocks break or not. But it's -- it's somewhere within the industrial park that -- that W.M. Barr's Channel plant is located in.

Q. How close is W.M. Barr's Buoy plant to 2354 Channel Avenue, Memphis, Tennessee?

A. Again, I don't know specifically where the 2354 was. Buoy was about three miles from Channel, further west, and off onto another street. So I don't know specifically how close Buoy would have been to this.

Q. Were there any distributors located closer to W.M. Barr's plants than Southland Industrial Products?

A. Again, I don't -- I don't know what Southland Industrial Products is. That's not a distributor I've ever heard of. So I -- and I don't know specifically where this address is. There are some distributors on President's Island.



Q. Who are those distributors in the 1990s and 2000s?

A. Ashland Chemical, the distributor part, Archway, what is now Brenntag -- I don't know whether they were Brenntag at that time or not -- and Cone Solvents, are the ones that come to mind.

Q. What's the spelling for the last one?

A. Cone, C-o-n-e.

Q. All right. So let's move forward on this MSDS. And we're looking now at the composition section of the MSDS. And it says benzene .01 to .09 percent.

Do you see that?

A. I do, sir, yes.

Q. So going back to our discussion of whether you would interpret an MSDS saying that a product or an ingredient actually has benzene in it, would you interpret this material safety data sheet to say that there actually is benzene in toluene?

MR. NIZNIK: Objection. Outside the scope of the notice. Lack of



foundation. Calls for speculation.

A. It says, for this particular toluene, it does have a range, yes, sir.

I know for a fact, having tested many, many toluenes that we've -- since I've been there and have been part of that, that we have never received anything that would have been throughout most of this range, and that I've -- I've never noticed about a Texaco product.

MR. DuPONT: Move to strike the non-responsive portion.

So let's now talk about another material safety data sheet, which I will mark as Exhibit 4. And this is McLean-W.M. Barr, W.M. Barr 289 through 296.

- - -

(Whereupon, Exhibit 4 is marked for identification.)

- - -

BY MR. DuPONT:

Q. Is this a material safety data sheet for Ashland toluene?

A. It appears to be, yes, sir.
Q. And somebody's written in hand "GL37," which is W.M. Barr's code for toluene?
A. As far as I can read it, I believe that's what it says.
Q. And this material safety data sheet was printed on August 20 of 2001?
A. Yes. Yes, sir.
Q. Above the word "material," there is some handwriting there.
Can you read what that handwriting is?
A. No. Sorry, I can't tell.
Q. Okay. So let's go down to -- let me see if I can find it for you. Okay -- to the "State and Local Regulation" section of this material safety data sheet. And this material safety data sheet says, "This product contains the following substance known to the State of California to cause cancer. Benzene."
Do you see that?
A. I do see that.
Q. Do you read this MSDS to say that there is benzene in Ashland's toluene?



MR. NIZNIK: Objection. Calls for speculation. Foundation.
A. I mean, I would -- I would say that it -- well, the statement, I would read it as it -- as it stands there, that -- that Ashland said that in this material -- yes, they listed it on the SDS as being there.
I do not know that -- I don't think that we ever bought toluene from Ashland. I don't ever remember that being the case.
BY MR. DuPONT:
Q. You just happen to have an Ashland toluene material safety data sheet in W.M. Barr's file?
A. So what happened back in the early 2000s, late '90s was, the regulatory department ordered -- Ashland was a -- was a distributor as well as a -- a direct supplier of some chemicals. And the department ordered a -- basically an MSDS for all materials regardless of whether we got it or not from Ashland -- from Ashland, so that we would have -- have one in-house. It wasn't necessarily what was purchased.



Q. Why did they do that?
A. They just -- I don't know, just building their files, as far as I know.
Q. The files that they reviewed and considered for preparing the W.M. Barr product MSDS?
MR. NIZNIK: Calls for speculation. Lack of foundation. And outside the scope of the notice.
A. Yeah, I don't know what they used the Ashland SDSes for. I know that we ended up receiving a whole slew of Ashland MSDSes, whether or not they were Barr's.
BY MR. DuPONT:
Q. Did W.M. Barr ever ask Ashland for additional information that it possessed on the health hazards of toluene?
MR. NIZNIK: Scope.
A. Not that I know of, no, sir.
BY MR. DuPONT:
Q. So in this section of the material safety data sheet, where it says, "This product contains the following substance known to the State of California to cause



cancer. Benzene," is that a benzene cancer warning being provided to W.M. Barr?
MR. NIZNIK: Calls for speculation.
A. For a -- for a product that we didn't buy from Ashland, yes.
BY MR. DuPONT:
Q. Well, who manufactured the toluene that Ashland sold?
A. I don't know.
Q. Do you know if Ashland sold Sunoco toluene?
A. I don't -- we didn't -- we didn't buy Sunoco from Ashland. We bought Sunoco directly from Sunoco.
Q. Do you know if Ashland sold Sunoco toluene?
A. I -- I don't know that either way, no.
MR. DuPONT: I'm going to show you what we'll mark as Exhibit 5, I think we're up to now.
Cheryl?
THE COURT REPORTER: Yes.

MR. DuPONT: Okay. And
Exhibit 5 is Bates number SUNCOLE 960.
- - -
(Whereupon, Exhibit 5 is marked
for identification.)
- - -
BY MR. DuPONT:
Q. Do you recognize this to be a
certificate of analysis for Sunoco nitration
grade toluene?
MR. NIZNIK: Objection. Lack of
foundation.
A. I see toluene product, nitration
grade. It appears so, yes, sir.
BY MR. DuPONT:
Q. Okay. And on this Sunoco
nitration grade toluene MSDS, is it -- well,
strike that.
Is this Sunoco nitration grade
toluene certificate of analysis dated
January 6, 2002?
A. Yes, I think. Yes. Yes.
Q. And does this Sunoco nitration
grade toluene certificate of analysis report



that there is .201 percent liquid volume
benzene in its nitration grade toluene?
MR. NIZNIK: Objection. Calls
for speculation. Lack of foundation.
A. That -- that is what this --
this COA says, which is outside of the mass
spec. So this one would not have been
accepted.
MR. DuPONT: Well, I move to
strike the non-responsive portion.
BY MR. DuPONT:
Q. As we discussed before, you
don't recall what material -- what certificates
of analysis were received, if any, during the
period prior to 2010 or what they said, right?
A. I -- I don't --
MR. NIZNIK: Objection. Asked
and answered. And misstates his
testimony.
A. (Continuing) Yeah, I don't
remember specifically seeing -- seeing those
from that period.
BY MR. DuPONT:
Q. Have you spoken with anyone who



said that they received certificates of
analysis for Sunoco toluene prior to 2010?
A. No. There's no one at W.M. Barr
that -- that would have been in a position to
have received anything like that still there.
Q. So would it be fair to say that
no one has told you what they read on any
certificate of analysis for Sunoco nitration
grade toluene received by W.M. Barr prior to
2010?
MR. NIZNIK: Calls for
speculation. Misstates his testimony.
A. I -- I mean, if I haven't talked
to anybody, then, agreed, nobody has told me
either way.
BY MR. DuPONT:
Q. And you already told me
W.M. Barr didn't have a specification for
benzene in toluene, correct?
A. Yes.
MR. NIZNIK: Objection.
Misstates his testimony.
A. (Continuing) As far as I know,
that is correct, yes, sir.



BY MR. DuPONT:
Q. So when receiving a shipment of
toluene, to the extent W.M. Barr did get a
certificate of analysis with it, it didn't have
a specification for benzene to compare that
certificate of analysis to; is that right?
MR. NIZNIK: Objection.
Misstates testimony. Misstates his prior
testimony on QC procedures at W.M. Barr.
THE WITNESS: What was your
question? Sorry.
MR. DuPONT: Sure. Mr. Niznik,
who's raised his voice about speaking
objections in the past, has now decided
to make one.
MR. NIZNIK: You're
mischaracterizing his testimony. I think
it's confusing the witness.
MR. DuPONT: No, no, no, no, no,
no. Enough.
MR. NIZNIK: It is clear that --
MR. DuPONT: Counsel. Counsel,
stop it.
MR. NIZNIK: Go ahead and ask

your next question.
MR. DuPONT: Stop. Stop.
BY MR. DuPONT:
Q. Mr. Shireman, W.M. Barr did not have a benzene specification for its employees to take a certificate of analysis for nitration grade toluene and compare the specification to, correct?
MR. NIZNIK: Same objection.
A. So it's a -- so generally speaking, on our specifications, we do not have a benzene specification as such.
If we have a C of A available, then it must meet all of the specifications within the COA. The one that you showed me, it didn't meet the specification within the C of A, so it wouldn't have been accepted.
But that's -- that's within whether or not the C of A is seen and the specification has -- I don't remember who set that one up. Was that a Sunoco specification? You know, one of the requirements, when we get a C of A, is that it meet the specifications set forth within the C of A.



MR. DuPONT: Move to strike as non-responsive.
BY MR. DuPONT:
Q. And in order to make that determination, W.M. Barr actually has to receive the certificate of analysis and somebody read it, right?
A. I would --
MR. NIZNIK: Objection. Asked and answered.
A. (Continuing) I would agree, yes, sir.
BY MR. DuPONT:
Q. And you have no recollection of W.M. Barr actually receiving certificates of analysis for toluene or any other ingredient prior to 2010, right?
MR. NIZNIK: Objection.
A. I personally do not, no.
BY MR. DuPONT:
Q. All right. So I have seen your testimony -- strike that.
Is it correct that W.M. Barr has not used any gas chromatograph machine or other



machine to specifically determine the amount of benzene in any of the ingredients of its products?
A. Can you repeat that question?
Q. Sure. Is it correct that W.M. Barr has not used a gas chromatograph or other testing device to specifically determine the amount of benzene in the ingredients that it receives?
A. No, I don't believe that's true at all. We -- we use the gas chromatograph on all shipments that we receive of bulk materials. And while we're not specifically calling out a benzene level, if a benzene would not have met standard and we would not accept that.
So it, along with kind of a myriad of other compounds, we wouldn't have accepted if it showed up on the GC.
MR. DuPONT: Okay. So let me move to strike as non-responsive. And I'm going to unpack this topic.
BY MR. DuPONT:
Q. Do you agree with me that



W.M. Barr didn't use a gas chromatograph for the purposes of looking for benzene in its solvent ingredients?
MR. NIZNIK: Objection. Asked and answered.
A. I do not agree. I mean, I think, you know, we -- we use the GC, gas chromatograph, on every batch incoming bulk shipment. And one of the things that would -- that we would look for within any would have been benzene, because benzene would not have been the -- the max standard that would have been required for -- for us to receive the material.
BY MR. DuPONT:
Q. Do you remember testifying that the gas chromatograph used by W.M. Barr, quote, does not test specifically for benzene, close quote?
MR. NIZNIK: Objection. Improper impeachment. You have not shown -- improper impeachment and misstates his testimony.
A. I don't specifically remember

that statement. What I could have been saying is, we were not looking specifically for benzene versus all other materials.

Surely the -- the gas chromatograph that we're using will detect benzene. So if that's the way you're reading that, then that's not the way it was -- it was meant.

But we don't -- we don't shoot a GC on material specifically to find benzene alone. But it is one of the compounds that would be looked for, among others, to assure ourselves that the material that's coming in is the material we intend to come in and be put into our bulk storage tanks.

BY MR. DuPONT:

Q. Does W.M. Barr calibrate the gas chromatograph to accurately detect and quantify benzene?

A. Calibration? We do -- we do use the gas chromatograph every day. And when they're -- when the method is originally set up, we get a -- you know, a -- kind of a standard for what our overall detection is.



But we don't use any kind of benzene standard or a specific, you know, other standard that I know of, but definitely not a benzene standard for calibration, if that's what you're asking.

Q. What method was used on the W.M. Barr gas chromatographs?

A. We have a W.M. Barr method for our gas chromatograph, GCD.

Q. Does that method have a name?

A. It probably does. I don't -- I don't know what the name is of it.

Q. Does W.M. Barr have the written version of the method that it used on gas chromatographs between, say, 2000 and 2020?

A. I haven't specifically looked for that. I'd say probably.

Q. When using a gas chromatograph, can benzene be mistaken for other chemicals?

A. Not that I'm aware of, no, sir. I mean, the dilution time of benzene would be pretty clear-cut. And our gas chromatograph is a gas chromatograph with a mass spec.

So the mass spec will identify the specific compounds, basically issue a -- a



list of three. So I don't believe it was possible for it to misidentify benzene or for benzene to be misidentified.

Q. When did W.M. Barr begin to use a mass spectrometer on a gas chromatograph?

A. I know we were using it, you know, within the -- within the '90s, maybe as far back as the early '90s.

Q. Where are the printouts or results of testing performed on mineral -- mineral spirits or toluene or any of the ingredients of the lacquer thinner, paint thinner or odorless mineral spirits products from the period of 2000 forward to 2010?

A. We don't -- we don't keep them that long.

Q. What happened to them?

A. I mean, as the -- as the files get full, they -- they get -- the oldest ones kind of get deleted. So it's a rolling kind of file size. So they just kind of fall off the folder, as far as I know.

Q. They were essentially discarded?

MR. NIZNIK: Objection.



Mischaracterizes his testimony.

A. I mean, the -- the file system, I guess you -- I don't know what you'd call it, but the file system deletes them.

BY MR. DuPONT:

Q. Was there limited detection for benzene on the gas chromatograph method used by W.M. Barr for toluene 300 parts per million?

A. We generally have a good detection down to somewhere between two and 300 parts per million.

Now, at times, since these -- this trial started, I've actually gone in and looked within baselines for benzene. I've never seen it at levels that would have been much lower than that. But I don't -- I don't do that on every lot or anything like that. But I've never seen benzene even within the -- the baselines for those.

Q. What do you mean you look for baselines for benzene?

A. So, you know, with a lot of this information being sought, I have gone back in on things like mineral spirits and -- and

looked at the baseline where benzene should have shown up. And I can do -- I can basically force it to look at -- at the spectra below what our normal detection limits would be. And I haven't seen it at those levels either, but --

Q. What level is that?

A. So I know that we -- a lot of the two to 300 that we normally see, I don't know what -- at what limit that baseline is capable of, but it would be below that.

Q. But you can't say how low below 200 parts per million that baseline testing went?

A. Not specifically. No, I can't say specifically.

Q. When you talk about limited detection, what you're saying is, the testing method used isn't capable of telling you how much benzene was present below that limit of detection. Fair?

A. Can you ask that question one more time?

Q. Sure. When you use the term



"limit of detection" in the context of operating the gas chromatograph with mass spectrometry, what that means is that the method used isn't capable of telling you how much benzene was present below that limit of detection?

A. So, yes, that's -- I believe I would agree with that. Limit of detection is the limit that our machine is -- is. The way it's set up would give us a peak size, so that we would do the identification on that peak. So below that, on a normal basis, we wouldn't detect it.

MR. DuPONT: Okay. Let's take a five-minute break.

THE VIDEO TECHNICIAN: The time is now 2:13. This concludes media unit three.

- - -

(Whereupon, a recess was taken from 2:13 p.m. to 2:22 p.m. CDT.)

- - -

THE VIDEO TECHNICIAN: The time is now 2:22. This begins media unit



four.

BY MR. DuPONT:

Q. Okay. Let's switch focus to the Lacolene ingredient to the Klean-Strip lacquer thinner product.

That's a chemical that W.M. Barr was acquiring from CITGO, right?

A. It is most -- most recently, yes.

Q. And I believe you told me you think it was also likely that W.M. Barr was getting a Lacolene from CITGO in the 2004 to 2010 period?

A. Yes. I don't know for certain about that, but that seems -- it seems that it would be, yes.

MR. DuPONT: All right. So I'll show you the next exhibit.

Cheryl, is this six?

THE COURT REPORTER: Yes.

MR. DuPONT: Okay. I'll mark as Exhibit 6 . . .

- - -

(Whereupon, Exhibit 6 is marked



for identification.)

- - -

BY MR. DuPONT:

Q. Okay. I'll scroll out a little bit so you can see the front.

Is Exhibit 6 a CITGO Lacolene material safety data sheet dated July 20, 1999?

A. Appears to be, yes.

Q. And GL77, is that W.M. Barr's code for Lacolene?

A. It was, yes.

MR. NIZNIK: Is that a McLean Bates number or Underwood?

MR. DuPONT: This is McLean-W.M. Barr 548 through 558.

MR. NIZNIK: Thank you.

BY MR. DuPONT:

Q. All right. So I want to turn your attention to the regulatory information section of the material safety data sheet.

Is this blown up enough for you to read it? I'll make it a little bigger.

You see there's a "Section 15: Regulatory Information" on CITGO's Lacolene

material safety data sheet?
A. Which -- which information are you asking about?
Q. Sure. I'm just talking about, for right now, the title, "Section 15: Regulatory Information."
A. Yes, I see that. Yes.
Q. Okay. And in this Section 15 on regulatory information, do you read this to state that there is benzene in CITGO's Lacolene at a concentration of nine to 162 part per million?
MR. NIZNIK: Objection. Misstates the language on the document.
A. It -- it says, "The chemical substances that might be present which are subject to this statute are . . ."
BY MR. DuPONT:
Q. And then it lists benzene at a concentration of nine to 162 part per million; is that right?
MR. NIZNIK: Object to the form of the question.
A. That level might be present,



yes.
BY MR. DuPONT:
Q. All right. Why would CITGO provide a specific range of concentration for benzene if it wasn't actually present in that concentration?
MR. NIZNIK: Objection. Calls for speculation. Lack of foundation. And outside the scope of this notice.
A. I don't know specifically why CITGO would do that.
MR. DuPONT: Okay. Exhibit -- the next exhibit in line, is this seven now, Cheryl?
THE COURT REPORTER: Yes.
- - -
(Whereupon, Exhibit 7 is marked for identification.)
- - -
BY MR. DuPONT:
Q. Exhibit 7 is a CITGO Lactol Spirits 2300 material safety data sheet dated August 24, 2009; is that correct?
A. It is a Lactol 2300. I think



the other one -- the last one had a different number. I don't, offhand, know what that means, but . . . I may -- I may be wrong about that. But I think the other one was a different number.
Q. What is Lactol Spirits 2300?
A. It's, I'm sure, one of the types of Lactol Lacolene that CITGO sells. I don't know whether it's one that we buy or not.
Q. And I'm going to scroll through it again to the Section 15, regulatory section of the document.
Does this section say, under the CERCLA portion, "Chemical substances present in this product or refinery stream that may be subject to this statute are: Benzene at a concentration below .02 percent"?
MR. NIZNIK: Objection.
A. It does --
MR. NIZNIK: Lack of foundation.
A. (Continuing) It does say that. It says that, "may be subject," and a concentration with an upper limit, but no lower limit, yes.



BY MR. DuPONT:
Q. All right. And when it says, "Chemical substances present in this product," that means it's actually present, right?
MR. NIZNIK: Objection. Lack of foundation. Calls for speculation.
MR. CHILTON: And mischaracterizes the document.
A. I think that that would be up to CITGO how they phrase that.
BY MR. DuPONT:
Q. Are you telling me that the plain meaning of the phrase "Chemical substances present in this product" doesn't mean that the substance is actually present in the product?
MR. CHILTON: Objection. Mischaracterizes the document.
MR. NIZNIK: Foundation. Speculation.
A. I mean, the document does say that may be subject to the statute. I would assume that they know what's subject and not subject to the statute.

So I think that what they're saying is that it may or may not be present. And that would be why they would say less than, not a -- you know, a range there.
BY MR. DuPONT:
Q. Well, do you see where it says "benzene," and the CAS number and "RQ equals ten pounds"?
A. I do.
Q. Is "RQ" reportable quantity?
A. I -- offhand, I don't know.
Q. If "RQ" means reportable quantity, would that mean to you that the CERCLA regulation only applies where there is ten pounds or more of benzene?
MR. NIZNIK: Foundation. Calls for speculation.
A. Yeah, I don't know the CERCLA regulations well enough to say whether that is what it means or not.
BY MR. DuPONT:
Q. Okay. So where it says, "may be subject to the statute," you don't know if the "may be subject to the statute" means that



there is or is not less than ten pounds of benzene?
A. Yes, I don't know -- I don't know the -- I don't know, no.
Q. So in reading this material safety data sheet, not knowing what the CERCLA regulation says, why wouldn't you interpret it to mean that the product actually contains benzene when it says, "Chemical substances present in this product," and lists benzene?
MR. NIZNIK: Objection. Mischaracterizes the document. Argumentative. Calls for speculation.
MR. CHILTON: And foundation.
THE WITNESS: So -- so what was your question then?
BY MR. DuPONT:
Q. Sure. And I'm just trying to understand why you don't think chemical substances present in this product, with benzene following that, means benzene's actually present?
MR. CHILTON: Same objection.
BY MR. DuPONT:



Q. And my question is, if you don't know whether there is a regulatory cutoff for benzene at a con -- at a quantity of ten pounds, why would you assume that that statement, "Chemicals substances present in this product or refinery stream that may be subject to the statute are," means that benzene may be present?
MR. NIZNIK: Objection. Argumentative.
A. I mean, my take on it is that it's saying that it may be present. It establishes kind of an upper limit, but no lower limit, which is -- you know, usually when something like that is stated, it's a -- you know, it may be present below a certain detection limit, is usually what people mean by that. So that's -- that's the way I would read it.
BY MR. DuPONT:
Q. So if the MSDS gave you both the lower bound of the concentration and the upper bound of the concentration of benzene, then that would tell you that benzene actually is



present?
MR. NIZNIK: Objection. Misstates his testimony. Improper hypothetical.
A. I mean, it would depend on what the other language is.
BY MR. DuPONT:
Q. Did anybody from W.M. Barr ever call up CITGO and ask them what they meant when they say, "Chemical substances present in this product," and listed benzene below that?
MR. NIZNIK: Outside the scope of this notice.
A. Not that I'm aware of, no, sir.
BY MR. DuPONT:
Q. Are you telling the jury that you all just assumed that there was no benzene in the product when CITGO said, "Chemical substances present in this product," and listed benzene under there?
MR. CHILTON: Objection to the form. Foundation.
MR. NIZNIK: Speculation. And it's argumentative.

DENNIS SHIREMAN

Page 170

MR. CHILTON: Join.
A. So I will go back to what I said. We test every shipment. We don't see benzene or we would detect it.
Now, is there some minuscule level that it might be there? Maybe. But -- but W.M. Barr tests and -- and reacts to those tests.
MR. DuPONT: Move to strike as non-responsive.
BY MR. DuPONT:
Q. The test you set up had a limited detection that would not detect the benzene in a concentration below .02 percent, right? That's 200 part per million.
A. Somewhere -- somewhere around that range, yes, sir.
Q. So you used a test method that would not detect the amount of benzene that CITGO is putting you all on notice could be in the Lacolene that you're using?
MR. NIZNIK: Objection. Misstates prior testimony and evidence.
A. Yeah, I -- I don't -- I don't

Page 171

know that CITGO is putting us on notice there. It seems to be a "may" statement.
BY MR. DuPONT:
Q. So CITGO just whimsically decided to say, "Chemical substances present in this product," and lists benzene below that, for a reason other than putting you on notice that there's benzene in the product?
MR. NIZNIK: Objection. Calls for speculation. Argumentative. Foundation.
A. I mean, particularly I don't know what CITGO meant around -- around why they put that on there.
BY MR. DuPONT:
Q. So not knowing what CITGO meant, would you assume that it means that there's not benzene in the product?
MR. NIZNIK: Speculation.
A. If -- if a -- if we see with our own eyes that there's not benzene at a level that was appreciable, then -- we do that test.
BY MR. DuPONT:
Q. Is 199 parts per million benzene

Page 172

in a product an appreciable concentration of benzene?
A. Offhand, I've never seen any effects from that level in the literature and stuff. I -- I would not consider it to be an appreciable concentration.
Q. What research did you perform to try and correlate the concentration of benzene in a solvent to benzene's health hazards?
A. Yeah, I've -- I've read some papers through the years. I don't know offhand what those papers were.
Q. What were the sources of the papers?
A. The source of the papers. I don't know. Research. Looking -- looking online. That sort of thing.
Q. If you saw air monitoring results that reported that a solvent caused exposure to benzene over .5 part per million, which is OSHA's action level for benzene, would that cause you concern for the health hazards of benzene in that product?
MR. NIZNIK: Objection.

Page 173

Improper hypothetical. Foundation.
THE WITNESS: One more time. What was the question?
BY MR. DuPONT:
Q. Sure. If you saw air monitoring results that reported benzene at a concentration -- strike that.
If you saw air monitoring results that reported benzene at a concentration of over .5 part per million in the air from the use of a solvent, would that cause you concern for the health hazards of the benzene in the solvent?
MR. NIZNIK: Same objections. And incomplete hypothetical.
A. So for that -- for that level that's reported, you know, I think that that level would be enough to -- to look deeper, yes, sir.
BY MR. DuPONT:
Q. Would it be enough to cause W.M. Barr to put a benzene cancer warning on the product?
MR. NIZNIK: Objection. Calls

for speculation. Lack of foundation. Incomplete hypothetical.

A. I'd be -- yeah, that's very hypothetical, because I haven't seen such relating to the solvents that we purchase and -- and blend ourselves. Yes, so I'd -- I'd have to see that to -- I guess to know more.

BY MR. DuPONT:

Q. Okay. But if you had information that a solvent caused exposure to benzene at .5 part per million or above, would that cause W.M. Barr to provide a cancer warning for the solvent?

MR. NIZNIK: Same objections. And asked and answered.

A. I'd have to see that in order to evaluate it and judge how I would -- how I'd react to that.

BY MR. DuPONT:

Q. Do you know if exposures to .5 part per million benzene have been associated with blood disease and cancer?

A. I don't -- I don't know either way, no, sir.



Q. If exposures to .5 part per million benzene were associated with blood disease and cancer, would the product require a benzene cancer warning?

MR. NIZNIK: Objection. Incomplete hypothetical. Foundation.

THE WITNESS: I'm sorry. What -- what was the question again?

MR. DuPONT: Sure.

BY MR. DuPONT:

Q. If you had information that a product was causing exposure of .5 part per million benzene, wouldn't you want to know if that concentration of exposure -- strike that.

If you have information that a product was causing exposure to .5 part per million benzene, and that exposure to .5 part per million benzene was associated with blood disease and cancer, should W.M. Barr be providing a warning about cancer's -- benzene's cancer hazard for the product?

MR. NIZNIK: Objection. Argumentative. Lacks foundation. Incomplete hypothetical.



A. I -- that's very hypothetical, because I haven't -- so I haven't seen anything.

Are you talking about the air, .5 part per million, or are you talking about the product itself? There's --

BY MR. DuPONT:

Q. Yes. If a W.M. Barr product released benzene in a concentration of .5 part per million in the air, should it provide a cancer warning?

MR. NIZNIK: Objection. Incomplete hypothetical. Lack of foundation.

A. I would have to see that data and -- and, you know, look at it and have some discussion and make a -- make a decision based on that.

I -- it's -- yeah, it's very hypothetical that -- that something that we see doesn't have benzene in it at an appreciable level would cause such a -- you know, a level in the air. I don't even know how to react to that or how that could happen.



BY MR. DuPONT:

Q. Okay. So if there was a mineral spirits with, say, 55 part per million benzene in it, and using that mineral spirits released benzene into the worker's breathing zone in a concentration over .5 part per million in the air, should that product have a cancer warning?

MR. NIZNIK: Objection. Lack of foundation. Incomplete hypothetical. Asked and answered.

A. You know, that seems like an unbelievable, to me, set of -- of data. I think that that would have to be explored further.

BY MR. DuPONT:

Q. Under what circumstances would you say, yes, W.M. Barr should warn its customers that a product causes cancer if there's data that it releases benzene in a concentration of .5 part per million or more?

MR. NIZNIK: Objection. Incomplete hypothetical and ambiguous.

A. I think -- I think that it's, you know -- following the regulation, if

Page 178

it's -- if it's .1 or greater, for certain, we should.
You know, we are almost -- at least almost an order of magnitude below that. So it's hard to believe that any of our products, as we test them and receive them, could -- could have an appreciative level in -- in the air.
BY MR. DuPONT:
Q. So have you ever taken a solvent with less than .1 percent benzene in it and monitored the air to determine how much benzene it releases?
A. I have -- I have not specifically myself, no.
Q. Has W.M. Barr ever done that?
A. As far as I know, no, sir.
Q. And I think you already told us you didn't go out to the literature and research whether benzene was released at -- strike that.
I did understand your testimony to be that you haven't gone out and researched the literature to find data on how much benzene

Page 179

exposure is caused by using a solvent with less than .1 percent benzene in it. Is that fair?
MR. NIZNIK: Misstates testimony.
A. I'm sure that I have read some articles through the years. I don't remember specifically the articles.
I mean, the example that you recently gave me was, I believe you said something that contained 55 parts per million and that the air would have .5. So the -- I mean, the air would be super ladened with -- with -- for something like that to happen, I don't see that it's even possible. I would really have to dig into that data.
BY MR. DuPONT:
Q. Okay. So earlier when I asked you if W.M. Barr conducted any research outside of the NetView program to determine the concentrations of benzene released from solvents and the health hazards of benzene solvents, and you told me that it did not, is your testimony now different?
Are you saying that you have

Page 180

done some research for concentrations of benzene released from solvents containing less than .1 percent benzene in the liquid?
A. So I think you may have misstated or are misunderstanding. I think we were talking about -- specifically about when an SDS was being drawn up, in which case that is definitely the data in the program, is one of the things we used. I mean, there are -- there are other things, but that's not necessarily everything we use. It would -- but at times through the years, I've seen and read other articles about, you know, benzene in other compounds. It's just, you know, part of -- part of my life through the years.
Q. Did you read an article that reported on the concentration of benzene released from solvents with less than .1 percent benzene in them?
A. A specific article that said that? I don't recall, no.
MR. DuPONT: Okay. So let me show you a document which we'll mark as the next in line.

Page 181

Is that seven, Cheryl?
THE COURT REPORTER: Eight.
MR. DuPONT: Eight. Thank you.
- - -
(Whereupon, Exhibit 8 is marked for identification.)
- - -
BY MR. DuPONT:
Q. Okay, sir. So this is an article from the year 2003 entitled, "Benzene Exposure Assessment for Use of a Mineral Spirits-Based Degreaser."
Do you see that?
A. I do see that, yes, sir.
Q. And it's written by the first author, Marion Fedoruk.
Do you see that?
A. I do, yes, sir.
Q. Along with Rod Bronstein and Brent Kerger.
Do you see that?
A. Yes, sir.
Q. Do you know if your company has ever hired Brent Kerger in litigation?

A. From -- from what I understand, at some point after this article, we -- we did hire Mr. Kerger as a consultant.
Q. Do you have an understanding if W.M. Barr has hired other folks from Exponent to defend it in litigation?
A. I'm sure we have.
Q. Looking at the abstract of this article, I've highlighted a section and pointed it out for you.
Do you see where the authors report that they conducted a simulation with benzene-spiked recycled solvent containing 58 part per million benzene, which showed airborne benzene levels averaging 500 part per billion by volume measured over a 60-minute cleaning period in the worker's breathing zone?
A. I do see that, yes, sir.
Q. Is 500 part per billion the same as .5 part per million?
A. It -- it is, yes, sir.
Q. Okay. So this study is indicating that a product with 58 part per million benzene in the liquid, which is



.0058 percent benzene, is releasing benzene at a concentration of .5 part per million in the air, correct?
MR. NIZNIK: Objection. Lack of foundation. And mischaracterizes the paper.
A. This paper seems to say that a -- a benzene-spiked sample. So they put a known level of benzene in there in order to get to that level of -- of measurement.
BY MR. DuPONT:
Q. Right. And the amount of benzene in the liquid was 58 parts per million, which is .0058 percent, correct?
A. Not necessarily. I don't know what the level in the liquid was. It may be somewhere else within this paper.
But this is only saying that it stopped to 58 parts per million benzene. I don't know what the overall level was.
Q. Okay. So assuming the liquid contained 58 parts per million benzene, what this article is showing is that a mineral spirits with 58 parts per million benzene,



which is .0058 percent benzene, is releasing benzene at a concentration of .5 parts per million, correct?
MR. NIZNIK: Objection. Lack of foundation.
A. Again, I don't -- I think the way that you're reading this may be wrong. It's not saying the solvent was 58 parts per million benzene. I don't know what the background level was in this. But when it was spiked with an additional 58 part per million, they evidently got that level in whatever sort of testing criteria they had set up.
BY MR. DuPONT:
Q. All right. I'm going to turn your attention to Page 765 of the article.
Do you see that the authors are reporting that they ran a gas chromatograph/mass spectrometry test on the mineral spirits that gave a result of 53 parts per million benzene and a direct injection gas chromatograph/flame ionization detection method giving a result of 58 parts per million benzene in the second worker exposure study?



A. Yes. I see that sentence, yes.
Q. Okay. So this is telling you that there's 58 parts per million benzene in the liquid of the mineral spirits using the gas chromatograph/photo ionization detection method, correct?
MR. NIZNIK: Objection. Lack of foundation.
A. I mean, that's -- that's what is reported here. I don't know whether that's on the spiked sample or the original sample or -- or what with this sentence.
- - -
(Whereupon, a discussion was held off the record.)
- - -
MR. NIZNIK: For the record, a worker just came in the room and took our dishes away.
BY MR. DuPONT:
Q. Okay. Turning your attention to Page 770 of the article. Again, the authors write, "in Study 2 at 58 parts per million solvent benzene content."

Isn't that saying that the mineral spirits, once they spiked it with benzene, had 58 parts per million benzene in it?
MR. NIZNIK: Foundation.
A. Is what you're talking about where the arrow is? Is that where you're drawing my attention to?
BY MR. DuPONT:
Q. Let me -- top right-hand corner, Page 770. "In Study 2 at 58 parts per million solvent benzene content."
Isn't that telling you that the solvent, the mineral spirits itself, was spiked to contain 58 part per million?
MR. NIZNIK: Foundation.
A. "58 ppm benzene content, the mean ratio of airborne benzene, PERC was .59 with a standard error of . . ."
Through this -- I don't know whether this is the spiked sample, the unspiked sample. As reading it here today, I don't know. I would -- I would really have to know more about this.



BY MR. DuPONT:
Q. Okay. So if you reviewed the article and concluded that the article actually did say that in study number two, they spiked the mineral spirits to achieve a benzene concentration of 58 parts per million and measured 500 parts per billion benzene in the air, then that would indicate to you that mineral spirits with 58 parts per million, or .0058 percent benzene in it, released benzene into the breathing zone at a concentration of .5 parts per million, correct?
MR. NIZNIK: Calls for speculation.
A. If that's what it's a ref -- if that's what's to be drawn from this article -- I'm not certain that's mentioned in this article -- then I would say that it appears that under the conditions of this testing, that a sample spiked with that level of benzene was shown to cause 500 ppm -- ppb of benzene in the air space they were measuring.
BY MR. DuPONT:
Q. All right. When solvent



ingredients, including toluene and mineral spirits, come into W.M. Barr's manufacturing facility, is the first step to transfer them into holding tanks?
A. The first step is to -- is to run it through QC.
Q. All right. I'm talking about the physical process of moving the solvent and making the product.
So product comes to W.M. Barr. Is it placed into holding tanks?
A. After QC approval, it's placed in bulk storage tanks.
Q. So toluene, mineral spirits, Lacolene, these other ingredients, they arrive at W.M. Barr. They're stored in bulk storage tanks.
What size are those bulk storage tanks?
A. It depends on the -- the raw material. We have an assortment of different size storage tanks.
Q. Where are the solvent ingredients transferred to from the bulk



storage tanks?
A. It -- it depends on the product that you're making from those.
Q. So let's take the example of the lacquer thinner product, because that had multiple ingredients to it.
I take it there are separate holding tanks for the ingredients of the lacquer thinner?
A. There are separate bulk storage tanks for -- for the various ingredients, yes.
Q. So to make the Klean-Strip lacquer thinner product, how are the ingredients physically transferred from the bulk storage tanks to the next step in the manufacturing process?
A. So they're transferred through pipes and through a -- a mass flow meter into the batch tanks, according to the formula.
Q. Are the bulk storage tanks outside?
A. There are -- oh, bulk storage tanks, yes. All bulk storage tanks are outside.

Q. Are the blending tanks inside?
A. It -- we have some blend tanks that are inside. We have some blend tanks that are outside.
Q. So to get from the bulk storage tanks to the blend tanks, the solvent is moved through a closed system of pipes?
A. It is, yes, sir.
Q. And then the ingredients for the lacquer thinner product, they wind up in the blending tank and they get blended. Is that fair?
A. That is fair, yes, sir.
Q. And that blending tank is closed?
A. That blending tank is -- it's not pressurized, but it's -- it's closed, yes, sir.
Q. And where do the -- where does the blended lacquer thinner go after it leaves the blending tanks?
A. So after it's in the blending tanks and it's mixed to blend the material, then it gets -- a sample gets taken to quality



control and the batch test plan is carried out.
And then if it -- if it meets the batch test plan, that batch is approved. And when the -- the filling lines are ready for it, they would hook up to that tank, pull a sample through the -- through the filling machine, catch another sample, and that would be tested again to make sure they're hooked up to the appropriate filling tanks.
So it's between the raw materials and the -- and the batch to the can, it usually would be tested three times for a blended product like this. And then when that is found to be appropriate, we would start filling.
Q. Is there likewise a closed system of pipes that transfer the blended lacquer thinner from the blending tank ultimately to the containers of the lacquer thinner?
A. By -- by "closed system," do you mean that there's a hard pipe that would only transport that material? If so, that's not necessarily the case.



Q. What I mean is, is the blended lacquer thinner kept inside of pipes, meaning moved within pipes, until it gets into the container for the lacquer thinner?
A. It's -- it's within pipes and pumps. And then it's transported through those pipes into a -- basically kind of a fill tank that's a part of the filling machine. And then the filling takes place out of that fill tank.
Q. And how is the -- so it goes from blending tank to fill tank by pipe, right?
A. Yes, maybe with a pump in between.
Q. All right. And then from fill tank to individual container, how is it poured in -- how is it transferred into the individual containers?
A. So the fill tank is actually part of the filling machine. And it has basically lines, hoses which feed each nozzle on the filling machine. And as the can is underneath the nozzle, it -- the nozzle fills the can.
Q. Is that done inside the machine



itself?
A. It's -- it's -- so the cans are inside the kind of circumference of the machine, but it's visible. You know, it's a -- the liquid flows from the nozzles into the cans on the pedestal of the -- of the filling machine. And that's -- I don't know whether you would call that inside the filling machine or not, but it's -- it is on the pedestal of the filling machine.
Q. Does the nozzle fit over the opening to the cans that are being filled with lacquer thinner?
A. It -- it, in most cases, kind of sets over the opening. It's -- some filling machines that the nozzle might actually drop into the opening, and some filling machines that it's just over the opening.
Q. Is there a connection made between the nozzle of the filling machine and the top of the can in order to prevent the release of vapors?
A. It depends on the filling machine.

Q. Some have them, some don't?
A. Some -- some, yes.
Q. Do the lacquer thinner filling machines have that device that fits over the opening of the containers to capture the vapors?
A. Specifically, I don't know how that filling machine is set up.
Q. Is the procedure generally the same for the paint thinner and odorless mineral spirits product, taking out the blending tank, because those aren't blended?
MR. NIZNIK: Objection. Outside the scope. Overbroad.
A. Those aren't blended. So you have a line coming into the building, a pipe coming into the building. That gets tested. Well, that -- that gets hooked to the appropriate filling machine. And then the solvents coming into the filling machine get tested.
BY MR. DuPONT:
Q. Okay. What does the batch test plan say to test for with respect to lacquer



thinner?
A. The batch test plan on lacquer thinner, and I don't have one in front of me, but usually it would include specific gravity. It would include color. It would -- I guess is it two that come to mind? We count on specific gravity to assure us that the correct material is put in there at the correct amounts. I believe -- I may be misremembering more, but I know at least those -- those two specifications.
Q. All right. Does the batch test plan call for the use of a gas chromatograph?
A. It does not. Everything has been gas chromatographed coming into the bulk storage. We don't -- we don't yet again check the GC.
Q. Is there -- what -- strike that.
I believe you referred to testing of mineral spirits from the point in time that it leaves the bulk storage tank to the time that it's filled into containers.
Did I understand you correctly?
A. One more time. What was that



question?
Q. Sure. Was there testing of mineral spirits, whether it's paint thinner or odorless mineral spirits, between the bulk supply tank point and the filling of the container point?
A. Generally, that sample is pulled at the filling head. That's generally where that occurs.
Q. Okay. And what test is run on the -- strike that.
You used the term "batch test plan" for lacquer thinner. Is there a name for that type of test or test plan that's run on the mineral spirits?
A. I mean, batch test plan would kind of be sufficient. It's not truly batched. But I don't know that we would call it anything different --
Q. Okay.
A. -- necessarily.
Q. And is it the same type of test that's run on mineral spirits as the -- well, let me back up.



What's tested for in the mineral spirits batch test plan?
A. So in the mineral spirits batch test plan, I believe we test for specific gravity or weight per gallon density anyway. And we test for refractive index in those cases, which is a good set of methods to distinguish one straight fuel solvent from another.
Q. Is a gas chromatograph used on the mineral spirits batch test plan?
A. No, because it -- it was tested by a GC when it came into the bulk storage.
Q. Okay. So none of the batch test plans are looking for benzene in the product, correct?
MR. NIZNIK: Objection. Speculation. Misstates the testimony.
A. We do the G -- we do the GC at the bulk -- at the bulk material, not at the batching material generally.
BY MR. DuPONT:
Q. Okay. So is my statement that benzene is not tested for in the batch test

plans correct?
MR. NIZNIK: Same objection.
A. It's not tested for since we tested for it earlier with the -- the receipt of the material.
BY MR. DuPONT:
Q. Just so we're clear. Is it true that W.M. Barr does not test for benzene in any of the batch tests?
MR. NIZNIK: Asked and answered.
A. We don't specifically shoot a GC that would show benzene within the batching test, because we've done that within the -- the receipt into the bulk storage.
MR. DuPONT: Okay. Move to strike the non-responsive portion.
BY MR. DuPONT:
Q. Has any air monitoring been conducted at W.M. Barr's manufacturing facilities?
A. I'm sure that we have done some air monitoring. You know, I don't know the specifics over the years.
Q. How often has W.M. -- strike



that.
Did W.M. Barr employees themselves do air monitoring or do they hire an outside company to do it?
A. I think that -- my recollection is that sometimes it's been done by our own internal people and sometimes we've probably hired someone outside.
Q. Who are the internal people that perform air monitoring at W.M. Barr's manufacturing facilities?
A. I mean, generally, it would be the -- depending on the title, manager or director of EHS that would conduct, supervise the internal air monitoring.
Q. Who at the manufac -- strike that.
Who are the managers and directors of EHS at W.M. Barr since 2000?
A. The -- the manager that has been there since that time up until very, very recently is Barry Henson.
Q. Is Barry Henson still with the company?



A. He is.
Q. Who is Barry Henson's predecessor as the manufacturer -- strike that.
Who is Barry Henson's predecessor as the manager or director of EHS at W.M. Barr?
A. Offhand, I don't know.
Q. Do you know what chemicals the air monitoring was conducted for?
A. I don't know completely what chemicals, no. No.
Q. Do you know any of the chemicals that the air monitoring was conducted for?
A. Well, we -- we used to handle methylene chloride, which I know that we did some testing for. I'm sure that we've done other, but I couldn't -- I don't know the specifics.
Q. What is the name or the names of outside companies that have been hired to conduct air monitoring at W.M. Barr's manufacturing facilities?
A. I believe -- I believe generally for things like that, we use CTEH, I believe is



the name of it or the -- yeah, the name of the company. There -- there -- there may have been Insight occasionally as well. I'm not certain about that, but between those two. It should have been done by those two if it was conducted externally.
Q. When was air monitoring first conducted at a W.M. Barr manufacturing plant?
A. I don't know that.
Q. Do you know how often air monitoring has been done at a W.M. Barr manufacturing plant?
A. I don't know that.
MR. DuPONT: All right. Thank you. Those are all my questions.
MR. NIZNIK: Anybody else got any questions?
(No response)
All right. Cheryl, I would like to just put on the record we need to designate this deposition as confidential pursuant to the protective order.
MR. DuPONT: I'm going to object to that.

Page 202

We can go off the video.
MR. NIZNIK: No. I need to get this on the record. I mean, this has gone way into different areas of W.M. Barr's processes and procedures at their plant, specifically what ingredients they have.
And, you know, in the interest of not interrupting Mr. DuPont, I obviously did not sit and state every single time a question and answer was related to that. But I'd like that marking be placed on it. And to the extent we need to have a hearing about that, Andrew, I'm happy to do that or follow whatever procedures that this specific protective order has. I don't have it in front of me right now.
MR. DuPONT: All right. Well, I'll make it -- are we still on the video record?
MR. NIZNIK: Yes.
MR. DuPONT: All right. We can close off the video record and continue

Page 203

this conversation off the record.
MR. NIZNIK: I mean, as long as there is a record of it.
THE VIDEO TECHNICIAN: The time is now 3:14. This concludes this video deposition.
MR. DuPONT: All right. I object to any attempt to designate this deposition or any part of this deposition as confidential. There's nothing in the testimony that's confidential.
MR. NIZNIK: Okay. That's your full basis of objecting, because you don't believe any portion of it is confidential?
MR. DuPONT: Well, you stated that you believe that the deposition is confidential because the names of the ingredients of the products have been stated. That's publicly available on the material safety data sheets.
You said that the deposition should be marked as confidential because he testified how a product was moved in

Page 204

the plant from tank to tank. That's not confidential. There's nothing trade secret about that.
There's absolutely nothing that's been said in this deposition that's confidential.
MR. NIZNIK: My basis is that we've gone into quality control procedures that W.M. Barr follows, I think, in great detail, what they've done, what their internal processes for air monitoring are, what specifically they do, their internal company procedures related to quality control, related to how they analyze and create safety data sheets, what software programs they use, and a myriad of other confidential business information that covers things that are not generally known to the public and that Barr keeps and does not disclose outside the context of a deposition or when it's required to do so by a court or by some other agreement. And we stand by those

Page 205

objections.
And I think that's a full record. Obviously, I'll give Mr. DuPont a chance to respond as he may see fit. And I reserve the right to read over the deposition and make any other comments and remarks I make. I'm making these just based on contemporaneous notes I've made here. But in no way am I waiving any right to designate any other areas of the deposition that slip my mind.
MR. DuPONT: I have to disagree. What was described in the deposition testimony for quality control procedures, for air monitoring is in no way confidential or provides anybody with any type of trade secret or competitive advantage, nor is the way material safety data sheets were prepared, nor is the name of a program that's publicly available.
I think you're overreaching, Counsel. And I think the actual attempt being made is to prevent information from

being discovered and used in litigation. But we'll let the court sort that out.

MR. NIZNIK: We'll read and sign.

\- - -

(Witness excused.)

\- - -

(Whereupon, the deposition was concluded at 4:18 p.m. CDT.)

\- - -



C E R T I F I C A T E

I do hereby certify that I am a Notary Public in good standing, that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me, to the best of my ability, and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

WITNESS my hand and official seal this 30th day of August, 2023.

Cheryl L. Goldfarb

Notary Public



INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.



E R R A T A

\- - -

PAGE LINE CHANGE

____ ____ ______________________________

Reason for

Change:______________________________________

____ ____ ______________________________

Reason for

Change:______________________________________

____ ____ ______________________________

Reason for

Change:______________________________________

____ ____ ______________________________

Reason for

Change:______________________________________

____ ____ ______________________________

Reason for

Change:______________________________________

____ ____ ______________________________

Reason for

Change:______________________________________

ACKNOWLEDGMENT OF DEPONENT

I, ______________________, do hereby certify that I have read the foregoing pages __ to ___ and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

__________ ________________________
DATE SIGNATURE

Subscribed and sworn to before me this ____________ day of ______________, 2023.

My commission expires:
_________________

____________________________
Notary Public

Job #6018829



Justin Niznik, Esquire
justin.niznik@bowmanandbrooke.com
August 31, 2023
RE: Underwood, Tyler v. O'reilly Auto Parts, Inc., Et Al.
8/22/2023, Dennis Shireman (#6018829)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-midatlantic@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

**&**

**&** 1:13 2:9,15 2:19 3:20 4:3 5:8,14 10:4,8

**0**

**0058** 183:1,14 184:1 187:10
**01** 140:14
**01766** 1:6 8:15
**02** 164:17 170:14
**09** 140:14

**1**

**1** 6:9 10:18,20 70:18,23 71:1 71:10,15 72:15 73:3 76:15 77:4 78:3,9 101:13,20 102:3,14,18 113:7,9 178:1 178:11 179:2 180:3,19
**10** 6:9
**100** 4:10
**10005** 4:10
**1064** 2:16
**10:10** 1:17 7:23
**1160** 3:21 4:4
**11:20** 65:18,22
**11:30** 65:22 66:1
**12** 88:3 135:24
**129** 6:13
**12:41** 119:5,9
**141** 6:14
**146** 6:16
**15** 116:19 119:1 161:23 162:5,8 164:11
**1500** 86:12
**15222** 2:11
**1550** 3:10,15
**16** 86:12 116:15
**160** 6:17
**162** 162:11,20
**163** 6:19
**17** 116:19
**1700** 116:19
**181** 6:21
**19106** 2:5
**1988** 131:8 135:24
**1989** 27:20,22 135:20,22
**199** 171:24
**1990s** 140:2
**1999** 161:7
**1:22** 119:9,13

**2**

**2** 6:10 38:21,23 39:3 40:7 63:23 96:8 185:23 186:11
**20** 62:17 142:7 161:7
**200** 4:16 158:13 170:15
**2000** 30:14 55:2 62:21,23 155:14 156:14 199:19
**2000s** 55:5 103:17,19 120:20 140:2 143:16
**2001** 142:7
**2002** 146:21
**2003** 6:21 181:10
**2004** 20:24 21:19 22:3,7 22:22 23:16,23 32:6 45:16 46:20 47:9 48:21 49:6,10 51:5,12,22 52:14 53:1,7 53:20,23 55:2 55:11 56:1,4 56:20 57:16 60:10 63:4,10 63:18 64:16 65:1,8 78:22 83:19 84:9,20 87:19 88:1,2 101:9 115:16 160:12
**2008** 25:2
**2009** 163:23
**201** 147:1
**2010** 21:1,19 22:3,7,22 23:16,24 45:17 46:21 47:9 48:21 49:6,10 51:5,12,22 52:14 53:1,7 53:23 55:12 56:1,4,20 57:16 60:10 63:4,10,18 64:16 65:2,8 78:23 100:23 147:15 148:2 148:10 151:17 156:14 160:13
**2011** 47:20 48:5,13 57:2 79:17 80:2 81:24 88:3 100:19
**2011-2012** 88:19
**2012** 25:2 91:24 100:19
**2015** 90:23
**2016** 58:5 125:14
**2020** 32:6 48:13 57:2 83:19 84:9,20 87:19 88:1,2 115:16 155:14

**2023** 1:10 7:23 207:19 210:16 211:3
**204** 6:13 129:4
**2105** 138:23
**211** 6:13 129:4
**212** 2:16
**212.912.3513** 4:11
**215.893.0100** 2:6
**2170** 121:16
**22** 1:10
**220** 5:10,15
**22nd** 7:23
**2300** 3:4 163:22,24 164:6
**2330** 6:19
**2354** 133:8 138:19,22 139:9,12
**23rd** 4:10
**24** 163:23
**251** 32:21
**289** 6:15 141:16
**296** 6:15 141:17
**2:13** 159:17,21
**2:21** 1:6 8:15
**2:22** 159:21,24

**3**

**3** 6:13 128:23 129:2,6
**30** 89:5,5 91:19 92:7 93:6 94:10 208:15 211:17
**300** 3:10,15 5:4 157:8,11 158:9
**303** 3:4
**30th** 207:19
**31** 211:3
**312.460.8000** 3:5
**32746** 2:17
**330** 3:21 4:4
**347** 6:19
**356** 6:20
**3753** 4:15
**38** 6:10
**38119** 1:16
**3:14** 203:5

**4**

**4** 6:14 141:15 141:19
**407.585.7600** 2:17
**412.394.5400** 2:12
**42** 32:12
**49** 88:23 89:10
**4:18** 206:9
**4th** 3:10,15

**5**

**5** 6:16 145:21 146:2,4 172:20 173:10 174:11 174:21 175:1 175:12,16,17 176:5,9 177:6 177:20 179:11 182:20 183:2 184:2 187:12
**50** 20:17
**500** 182:15,19 187:7,21
**53** 184:20
**548** 6:18 161:15
**55** 177:3 179:10
**558** 6:18 161:15
**5795** 1:16
**58** 182:14,23 183:13,19,22 183:24 184:8 184:11,23 185:3,23 186:3 186:11,15,17 187:6,9
**59** 186:18

**6**

**6** 6:17 146:21 160:22,24 161:6
**60** 182:16
**601** 2:5
**6018829** 210:24 211:5
**603** 2:11
**60606** 3:4
**65** 86:21 126:8 126:9,23 127:8 127:11,13 128:4,8,13,15
**6th** 2:11

**7**

**7** 5:12 6:19 163:17,21
**70** 92:6,8 93:5 93:11
**702.363.5100** 5:5
**702.577.9300** 3:11,16
**702.949.3100** 4:17
**702.982.4310** 3:22 4:5
**702.997-3800** 5:11,16
**70s** 125:9
**720** 2:4
**743** 207:22
**765** 184:16
**770** 185:22 186:11

**8**

**8** 6:21 181:5

**8/22/2023** 211:5
**80s** 125:10
**88** 130:9 138:1
**89101** 3:10,16
**89144** 3:22 4:5
**89148** 5:4,10,16
**89169** 4:16
**8925** 5:9,15
**8945** 5:4

**9**

**9** 6:5
**90s** 49:15 55:5 58:4 143:16 156:7,8
**960** 146:2
**97** 92:9 93:6,13 93:17,20 96:5

**a**

**a.m.** 1:17 65:22 65:22
**ability** 207:11
**able** 40:4 93:22 94:5,11
**above** 113:1 126:20 142:9 174:11 211:6
**absolute** 126:18 132:4
**absolutely** 72:3 204:4
**abstract** 104:18 182:8
**accept** 152:15
**acceptable** 36:2
**acceptance** 34:6
**accepted** 33:23 34:2,4,8 147:8 150:17 152:19
**accuracy** 211:9
**accurate** 208:18
**accurately** 154:18
**ace** 23:21 24:6 24:12,13,15,21 24:22
**acetate** 93:18
**acetone** 63:20 92:3,6,8,10,11 93:5,6,16,23 96:5
**acgih** 108:3,17 110:9 111:9 112:2 113:2
**achieve** 187:5
**acknowledge** 7:3,7
**acknowledged** 72:16
**acknowledg...** 210:1 211:12
**acquiring** 160:7
**act** 86:11 116:20
**action** 8:22 172:21 207:17
**actual** 84:21 96:24 109:17 205:23
**actually** 17:23 46:4 140:19,22 151:5,15 157:13 163:5 165:4,15 167:8 167:22 168:24 187:3 192:18 193:16
**adapt** 95:4
**adapted** 98:11 98:17
**add** 91:11
**added** 105:5
**addition** 22:17 86:15
**additional** 144:16 184:11
**address** 77:22 87:17 139:23
**adjusted** 95:18 95:20 96:12,18
**administer** 7:9 8:21 103:24
**administered** 7:8
**admitted** 2:7
**adopt** 90:17
**adopted** 89:9 89:17 90:10,10 90:11,13,14 91:3,6,14 92:18
**adopting** 90:7 90:12
**adupont** 2:6
**advantage** 205:18
**advise** 117:24 118:3
**advisement** 78:7
**affected** 99:22
**affirmed** 9:9
**affixed** 31:18
**aforesaid** 207:5
**aftermarket** 58:21
**agencies** 77:22 78:24 79:8 87:12,13
**agency** 81:23 82:1,3,10 83:3 87:10
**ago** 61:9,10 95:12 120:9 130:10
**agree** 7:10 8:9 40:14 114:21 151:11 152:24 153:6 159:8
**agreed** 148:14
**agreement** 59:13,15 204:24

**ahead** 10:18 11:6 149:24
**aided** 207:13
**air** 74:24 87:12 87:13,14,15 88:3,4 89:17 92:17 172:18 173:5,8,11 176:4,10,23 177:7 178:8,12 179:11,12 183:3 187:8,22 198:18,22 199:3,10,15 200:9,13,21 201:7,10 204:12 205:15
**airborne** 182:15 186:18
**al** 1:7 8:13 211:4
**aliphatic** 36:24 58:19 64:2,6,7 64:10
**allotted** 211:20
**allowed** 92:13
**alternated** 57:8
**ambiguous** 51:1 177:22
**amount** 106:24 111:16 152:1,8 170:19 183:12
**amounts** 63:23 92:4,5 93:8 104:3 195:8
**amrep** 2:13
**analogous** 122:13
**analysis** 6:16 51:6,14,19 52:3,11,23 53:6,10 60:9 60:19 61:1 146:9,20,24 147:14 148:2,8 149:4,6 150:6 151:6,16
**analyze** 204:15
**andrew** 2:3 9:19 118:22 202:15
**angela** 1:3
**answer** 11:24 12:9 16:24 18:5 19:5 22:11 24:9 26:21 30:11 34:13 41:4 54:21 56:9 60:2,14 67:1 71:23 80:4 81:4 103:4 107:7 131:20 202:11
**answered** 18:8 73:14 81:15 105:16 106:18 109:21 112:7 113:4 127:15 135:12 147:18 151:10 153:5 174:15 177:10 198:10
**answering** 15:14
**answers** 15:16 15:23 16:9,19 17:5 210:6
**anybody** 17:3 17:22 19:3,10 19:14 148:14 169:8 201:16 205:16
**anymore** 46:8
**anyway** 64:1 90:8 197:5
**appear** 39:17 40:13
**appearances** 2:1
**appears** 39:20 129:12 142:1 146:14 161:8 187:18
**applicable** 211:8
**applications** 96:18,19 97:1
**applies** 166:14
**appreciable** 171:22 172:1,6 176:21
**appreciative** 178:7
**appropriate** 77:12 81:6,13 81:20 82:21 83:4,14 86:19 128:17 130:12 191:9,14 194:19 208:5
**approval** 188:12
**approved** 1:20 191:3
**approximately** 92:7
**approximation** 24:19
**archway** 140:4
**areas** 10:13 88:8 89:12,14 92:15,16 94:19 95:9 96:7,10 97:22 98:4 202:4 205:10
**argumentative** 79:19 112:6 113:4 130:7 167:13 168:10 169:24 171:10 175:23
**arizona** 91:3
**aromatic** 33:1 62:8,15
**aromatics** 64:8
**arrive** 188:15
**arrow** 186:7

**article** 6:21 180:16,20 181:10 182:2,9 183:23 184:16 185:22 187:3,3 187:16,18
**articles** 179:6,7 180:13
**artists** 43:7
**ashland** 3:6 6:14 49:3,6,9 49:13,14 140:3 141:24 143:6,9 143:13,17,22 143:22 144:11 144:12,15 145:6,9,11,14 145:16
**ashland's** 142:24
**aside** 78:21
**asked** 18:7 73:14 81:15 105:15,15 106:18 109:21 112:7 113:4 127:14 135:12 147:17 151:9 153:4 174:15 177:10 179:17 198:10
**asking** 19:14 24:2 38:2 115:3 155:4 162:3
**aspects** 113:13
**aspirants** 118:1
**assessment** 6:22 181:11
**assigned** 32:14
**assist** 68:17
**associated** 106:7 174:22 175:2,18
**assortment** 188:21
**assume** 38:14 133:22 165:23 168:4 171:17
**assumed** 169:17
**assumes** 60:12 69:10 70:8 71:21 72:21 74:15 75:20 76:17 81:3 83:20 108:9 136:16
**assuming** 60:8 183:21
**assumption** 134:2
**assure** 154:12 195:7
**atlantic** 1:24
**atsdr** 83:3
**attached** 208:12 210:9 211:11
**attempt** 203:8 205:23
**attention** 161:19 184:16 185:21 186:8
**attorney** 208:15 211:13
**attorneys** 7:2
**audio** 8:7
**august** 1:10 7:23 142:7 163:23 207:19 211:3
**author** 181:16
**authored** 68:2
**authorized** 8:20
**authors** 182:11 184:17 185:22
**auto** 1:7 8:13 211:4
**automotive** 58:14,16 59:8 59:22
**autozone** 5:6
**availability** 100:20
**available** 21:18 36:7 95:5 100:10,15 132:8 137:15 137:17 150:13 203:20 205:21 211:6
**avenue** 1:16 125:7 133:9 138:20 139:9
**averaging** 182:15
**aware** 34:14 45:22 50:11,19 51:2 60:15 69:21 78:22 79:5,5,12 91:5 102:17,19 103:20 112:20 118:15 155:19 169:14

**b**

**b** 5:18 6:7 121:20,23 122:2,7,10,14 122:17,24 124:16,20
**b'laster** 3:12
**babst** 2:9
**babstcalland....** 2:12
**back** 27:14 30:20,23 42:6 45:9,21 51:15 55:5,22 56:12 58:4 72:5 86:7 104:8 111:19 119:16,20 124:22 125:5 128:19 132:9 138:1 140:17 143:15 156:8

157:23 170:2 196:24
**background** 29:16,19,21,23 30:2,5,14,24 31:5 111:15 184:10
**barankovich** 5:22 8:16
**barcode** 87:11
**barcodes** 87:9
**barnes** 2:10
**barr** 1:13 2:19 6:11,13,15,18 6:19 10:4,8 13:9,14,21 16:23 17:17 18:3,17 19:14 19:23 20:16,18 21:2,17,24 22:5,20 23:7 23:11,12,20 24:3,20,21 25:7,15,18,24 26:6 27:9,15 27:19,22 30:8 30:15 31:1,10 32:5,14,18 33:2,17 39:13 40:22 41:9,17 42:15 43:13,23 45:14 46:12 47:12,18 48:1 48:14,22 49:12 49:19 50:7,12 50:21 51:6 53:19 54:13 56:5,22 57:3 57:15 58:3 59:20 60:7,8 60:18 61:5,13 62:10 63:2,9 63:17 64:16 65:10 66:4,6 66:18 67:8,9 67:12,16,19 68:2,10,18,22 69:1,6 70:1,5 70:14 71:4,16 72:15,16 73:8 74:4 75:7,11 75:16,18 76:10 76:14,24 77:2 77:21 78:22 79:15,23 80:8 80:22 81:22 82:9,14 83:1 83:16 84:8,9 84:13,18 88:20 91:18 93:21 94:11 95:23 96:1 97:8 98:5 98:20 99:15,23 100:11 101:1 101:22 102:1 102:21 103:2 103:14,18 104:12 105:9 107:7 108:4,18 110:4,10 111:20 112:3 112:20 114:4 114:24 115:4 117:6 118:15 119:23 120:2,7 120:15 121:24 125:2,8,12 127:21 129:3,4 129:21,23 130:17,19,20 131:11 132:13 132:16 133:2 133:14,23 134:9 135:11 135:21 136:6 136:14 137:3 137:11,20 138:7,18 141:16,16 144:5,15 145:2 148:3,9,18 149:3,9 150:4 151:5,15,23 152:6 153:1,17 154:17 155:6,7 155:12 156:4 157:8 160:6,11 161:15 169:8 170:7 173:22 174:12 175:19 176:8 177:17 178:16 179:18 182:5 188:10 188:16 198:8 199:2,19 200:6 201:8,11 204:9 204:20
**barr's** 20:11 35:7 42:7,24 46:17,21 53:21 66:21 67:7,22 68:7 71:18 72:19 74:13 75:17 101:10 115:15 121:11 126:6 127:23 128:2 129:17 136:4 138:12 138:20 139:6,8 139:17 142:3 143:14 144:13 161:9 188:2 198:19 199:10 200:21 202:5
**barry** 199:22 199:23 200:2,4
**based** 6:22 36:17 57:18,21 126:13 176:17 181:12 205:8
**baseline** 158:1 158:10,13
**baselines** 157:14,19,21
**basically** 20:17 34:15 42:20 46:15 47:6 70:16 71:4 86:17 89:4 102:9,10 104:1

132:6 143:20 155:24 158:2 192:7,20
**basing** 47:4
**basis** 62:11 82:7 85:7 159:12 203:13 204:7
**batch** 123:23 153:8 189:19 191:1,3,3,11 194:23 195:2 195:12 196:12 196:16 197:2,3 197:11,14,24 198:9
**batched** 196:17
**batching** 197:21 198:12
**bates** 129:3 146:2 161:13
**beach** 4:9
**bear** 38:18
**beating** 111:1
**began** 41:10 100:18
**beginning** 1:17
**begins** 66:1 119:13 159:24
**believe** 9:21 14:13 22:4 28:6,7,16,19,23 41:5 48:19 49:1 57:5,6 62:23 63:5 65:4 81:10 96:7 103:16 115:24 116:3 116:13,22 117:23 120:4 121:18 122:19 125:6,7,14 127:16,18 132:6 134:9,14 134:18 142:5 152:10 156:1 159:7 160:10 178:5 179:9 195:9,19 197:4 200:23,23,24 203:14,17
**belong** 90:5
**benzene** 6:21 50:15,16,22 51:3 69:6,8,16 69:17,22 70:4 70:7,16 71:15 71:17,19 72:3 72:7,16,17,18 72:20 73:2,12 73:18,18,22 74:5,6,8,9,12 74:14,21,23 75:17 76:1,13 76:14 77:3,6 78:2,4 79:1,9 80:2,11,20,21 81:12 82:13 102:4 105:1,2 105:3,4,13,14 106:3,6,24 107:1,10,16,23 108:2,4,16,18 108:19 109:19 110:5,8 111:7 111:8,10,24 112:1,3,18,22 112:24 115:18 115:20,22 116:1,8,10,17 116:18,23 117:3,7,9,12,16 118:9,16,18 126:7,10,21,24 127:3,12,24 128:8,14 140:14,20,22 142:20,24 145:1,1 147:2 148:19 149:5 150:5,12 152:2 152:8,14,14 153:2,11,11,18 154:3,6,10,19 155:1,3,18,20 156:2,3 157:7 157:14,18,21 158:1,20 159:5 162:10,19 163:5 164:16 166:7,15 167:2 167:9,10,21 168:3,7,23,24 169:11,17,20 170:4,14,19 171:6,8,18,21 171:24 172:2,8 172:20,21,23 173:6,9,13,22 174:11,21 175:2,4,13,17 175:18 176:9 176:21 177:3,5 177:19 178:11 178:12,20,24 179:2,20,21 180:2,3,13,17 180:19 181:10 182:13,14,15 182:24 183:1,1 183:8,9,13,19 183:22,24 184:1,2,9,21,23 185:3,24 186:3 186:3,12,17,18 187:5,7,10,10 187:20,21 197:15,24 198:8,12
**benzene's** 75:19 76:13 77:24 78:2 118:18 167:21 172:9 175:20
**best** 24:19,24 31:23 46:23 48:24 58:12 92:4 120:20 207:11

**better** 64:22
**beyond** 31:6 47:23 130:4
**bi** 5:18
**big** 21:13 22:2 22:6,18
**bigger** 161:22
**billion** 182:16 182:19 187:7
**binding** 10:9
**bit** 11:6 93:18 111:15 161:5
**bittle** 5:3
**blend** 63:22 64:12,12 99:20 99:22 174:6 190:2,3,6,23
**blended** 190:11 190:20 191:13 191:17 192:1 194:12,15
**blending** 59:4 59:22 190:1,11 190:14,16,21 190:22 191:18 192:11 194:11
**blends** 58:19 58:23 98:16
**blocks** 139:4
**blood** 114:2 174:22 175:2 175:18
**blow** 40:1
**blown** 161:21
**blue** 29:17,20 29:24 30:3,4 30:17,21 31:2 31:5,19,24
**board** 87:15 88:5 89:18 92:17
**boards** 87:16
**bodies** 97:20
**boiling** 61:22
**bone** 114:2
**bottle** 39:20
**bottles** 29:19
**bottom** 39:5,14
**bought** 49:3,19 54:2,4,4 56:15 57:23 143:9 145:14
**boulevard** 2:16
**bound** 168:22 168:23
**bowman** 2:15
**bowmanandb...** 2:18 211:2
**box** 21:13 22:2 22:7,18
**branch** 87:4
**brand** 25:16,21 43:19,22,24 44:1,4,9,16,17 44:19,21 45:5 45:11 85:2
**branded** 24:12 24:21,22
**brands** 44:2,3,4
**break** 65:15 84:3 139:4 159:15
**breathe** 74:24
**breathing** 177:5 182:17 187:11
**brenntag** 140:5 140:6
**brent** 181:20 181:24
**brian** 3:15
**broad** 64:8 114:10
**broke** 63:12
**bronstein** 181:19
**brooke** 2:15
**building** 144:3 194:16,17
**bulk** 72:6 122:3 122:4,6,8,9,18 122:20,23 123:6,7,8,10,13 123:17 124:1 124:10,11 152:12 153:8 154:15 188:13 188:16,18,24 189:10,15,20 189:22,23 190:5 195:15 195:21 196:4 197:13,20,20 198:14
**buoy** 121:17,21 122:1,5,9,20 124:15 125:3,8 125:11,12,16 125:21 126:2 139:8,12,15
**business** 19:4 66:13 204:18
**butoxyethanol** 63:23 96:8
**buy** 21:2 54:23 55:4,7 56:13 57:17 62:2 64:13 110:21 145:6,14 164:9
**buying** 48:9 49:5,7,12,17 55:1,11
**buys** 23:6,10
**bwalters** 3:17

**c**

**c** 2:1 3:1 4:1 5:1 5:3 52:5,9 140:10 150:13 150:17,19,23 150:24 207:1,1
**calculations** 97:22,23
**calibrate** 154:17
**calibration** 154:20 155:4
**california** 86:23 87:14,22

88:4,22 89:17 91:20 92:16,17 96:22 97:17 100:1 126:8,22 142:20 144:24
**call** 23:9 32:9 62:2 63:22 157:3 169:9 193:8 195:13 196:18
**calland** 2:9
**called** 33:12 43:8 64:14 90:2 92:19 103:5 121:18
**calling** 152:14
**calls** 70:9 72:23 74:16 75:22 76:16 105:16 107:12 108:10 110:11 111:11 114:7 115:4 130:7 132:18 134:3 135:13 136:7 137:12 137:22 141:1 143:1 144:7 145:3 147:3 148:11 163:7 165:6 166:16 167:13 171:9 173:24 187:13
**camera** 8:3
**cancer** 128:4 142:20 145:1,1 173:22 174:12 174:22 175:3,4 175:19,21 176:11 177:7 177:18
**cancer's** 175:20
**cans** 29:17 193:2,5,12
**capable** 114:12 158:11,19 159:4
**capture** 194:5
**car** 58:21
**carb** 88:13 89:9 89:17 90:7,17 91:4,7 92:16 95:8 96:2,6,10 97:11,12,22 98:4,21 99:17 100:2
**carcinogen** 70:17 101:11 113:8
**carcinogens** 102:18
**careful** 123:24
**carefully** 208:4
**carried** 191:1
**cas** 104:17,20 105:2,6,14,19 166:7
**case** 1:6 8:15 9:23 15:9 17:1 17:2,10,14,19 18:6 19:11,18 20:7,21 30:7 31:22 47:8 54:9 59:19 102:17 113:19 122:14 138:9 143:10 180:7 191:24
**cases** 16:14 21:16 122:11 193:14 197:7
**catch** 191:7
**categories** 117:1
**caught** 87:3
**cause** 142:20 144:24 172:22 173:12,21 174:12 176:22 187:21
**caused** 106:24 107:10 118:7 172:19 174:10 179:1
**causes** 118:4 177:18
**causing** 175:12 175:16
**cavo** 4:14
**cdt** 65:22 119:10 159:21 206:9
**center** 2:4,10 3:21 4:4
**central** 1:17 7:23
**cercla** 164:14 166:14,18 167:6
**certain** 28:6 44:18 48:8 52:8 54:24 55:14 56:1,4 56:11,14 57:7 57:23 60:24 64:20 70:19 71:3 73:20 74:4 79:7 96:17,19 100:20 104:15 117:20 121:7,9 127:18 136:11 139:3 160:14 168:16 178:1 187:17 201:3
**certainty** 56:21 56:23 74:9 138:17
**certificate** 6:16 146:9,20,24 148:8 149:4,6 150:6 151:6
**certificates** 51:6,14,19 52:2,11,23 53:6,10 60:9 60:19 61:1 147:13 148:1 151:15
**certify** 207:3 210:4

**cetera** 102:12
**cfr** 86:12 116:15,19
**chance** 205:4
**change** 91:17 98:19 99:17 120:24 121:11 121:12,15 209:3,6,9,12,15 209:18,21,24
**changed** 93:5 99:4,5,10,11 121:6
**changes** 15:18 17:6 56:11 89:4 95:24 97:10 208:11 210:8 211:10
**changing** 94:9
**channel** 120:13 122:5,13,24 125:3,9,17,19 125:22,23 126:3,4 133:9 138:19,21,22 139:6,9,13
**charles** 3:20
**check** 195:16
**chemical** 4:18 54:3,12 55:3 56:13 68:8,11 104:18,21 105:6,19 114:10 122:13 122:18,20,23 123:7,7,9,11,20 123:23 124:14 140:3 160:6 162:15 164:14 165:3,13 167:9 167:19 169:10 169:18 171:5
**chemicals** 50:15 52:6,8 77:23 106:17 121:8,9 123:17 124:8 126:10 126:12 127:6 127:10 128:16 133:1 135:18 143:19 155:18 168:5 200:8,11 200:12
**cheryl** 1:18 8:19 145:23 160:19 163:14 181:1 201:19
**chicago** 3:4
**child** 116:19
**chilton** 3:3,3 165:7,17 167:14,23 169:21 170:1
**chloride** 200:15
**choice** 69:6 70:5 95:16
**chromatograph** 123:18 151:24 152:6,11 153:1 153:8,17 154:5 154:18,21 155:8,17,21,22 156:5 157:7 159:2 184:19 184:22 185:5 195:13 197:10
**chromatogra...** 195:15
**chromatogra...** 155:6,14
**chronological** 125:2
**circum** 115:17
**circumference** 193:3
**circumstance** 71:8,12 72:14
**circumstances** 67:24 101:11 115:17 117:6 128:3,7 177:16
**cited** 127:2
**citgo** 3:7 6:17 6:19 14:12 46:24 47:3 48:19 49:1,18 49:21,22,23 50:1,3,4,5,8 54:4 55:11,18 56:5,15 57:6 64:18,24 115:9 160:7,12 161:6 163:3,11,21 164:8 165:10 169:9,18 170:20 171:1,4 171:13,16
**citgo's** 161:24 162:10
**clarify** 38:3 44:5 91:11
**clark** 3:9 91:12
**cleaning** 182:17
**clear** 24:1 53:17 149:21 155:21 198:7
**clements** 2:9
**close** 111:4 138:19 139:8 139:15 153:18 202:24
**closed** 190:7,15 190:17 191:16 191:21
**closer** 139:17
**co.'s** 133:24
**coa** 147:6 150:15
**coast** 87:13 88:3,13 92:3 95:7 96:6,10 97:16,23 98:3
**code** 86:12 115:9,12 119:22,24 120:3,8,9,12,15 121:1,12,15,22 123:1 124:12 124:16,20

129:14,17,23 130:12 142:3 161:10
**color** 29:6,12 29:15 30:2 195:5
**colorado** 90:12
**colors** 31:7,16 32:1
**come** 25:22,23 28:2 50:10 64:1 72:1,10 86:18 111:3 115:23 117:4 118:20 131:2,5 140:7 154:14 188:2 195:6
**comes** 14:10 28:5,9 73:23 111:4 123:16 127:7 130:16 188:10
**coming** 118:24 154:13 194:16 194:17,20 195:15
**comments** 205:6
**commission** 90:3 210:18
**committee** 84:18,19,22 85:5,8,18 90:3
**communication** 112:22
**companies** 54:5 59:1,3,10 200:20
**company** 2:19 4:18 10:5,8 18:18 20:22 21:19,22 23:6 41:20 57:1,1 68:18,20 71:5 134:10,19 135:8,11 181:23 199:4 199:24 201:2 204:13
**company's** 19:22 134:20
**compare** 149:5 150:7
**competitive** 205:17
**completed** 211:17
**completely** 200:10
**compliance** 95:13 100:1
**comply** 87:8
**component** 115:19
**composition** 140:13
**compound** 20:3 35:12 41:24 66:24 116:13 117:15 118:4 123:20 131:18
**compounds** 69:20 93:10,11 93:12 107:18 123:19 152:18 154:11 155:24 180:14
**computer** 42:20 43:4,6 43:10 207:13
**computers** 42:21
**con** 168:3
**concentration** 108:3,17 110:8 111:9 112:2 113:1 116:11 118:19 162:11 162:20 163:4,6 164:17,23 168:22,23 170:14 172:1,6 172:8 173:7,10 175:14 176:9 177:6,20 180:17 183:2 184:2 187:6,11
**concentrations** 109:19 179:20 180:1
**concern** 101:19 101:24 172:22 173:12
**conclude** 135:9
**concluded** 187:3 206:9
**concludes** 65:18 119:5 159:17 203:5
**conditions** 187:19
**conduct** 199:14 200:21
**conducted** 8:1 179:18 182:12 198:19 200:9 200:13 201:5,8
**cone** 140:6,10
**confess** 122:15
**confidential** 201:21 203:10 203:11,15,18 203:23 204:2,6 204:18 205:16
**confusing** 149:18
**connection** 8:3 193:19
**consider** 172:5
**consideration** 78:16,20 81:7 82:23
**considered** 80:23 82:15 102:13 144:5
**consistent** 62:20
**consultant** 182:3

**consumer** 86:11
**consumers** 36:6 36:10 38:12 97:4 98:13
**contact** 43:19
**contain** 69:17 69:20 70:4 73:18 74:5,5,8 74:10,14 75:2 75:3,7 186:15
**contained** 70:17 80:11 179:10 183:22
**container** 6:11 30:15 31:11 39:14 40:3 192:4,15 196:6
**containers** 28:1 29:1,4,24 30:24 31:9,18 191:19 192:17 194:5 195:22
**containing** 180:2 182:13
**contains** 33:11 43:4 69:15,19 69:22 73:22 74:4,9,12,19 75:12,17 107:19,20 109:18 142:19 144:23 167:8
**contaminant** 80:12
**contaminate** 123:22
**contaminated** 80:20 81:12 82:13 107:1
**contemporan...** 205:8
**content** 50:15 50:18,22 51:3 62:9,15 185:24 186:12,17
**contents** 67:9 68:8,11
**context** 47:8 159:1 204:21
**continue** 8:8 94:12 119:17 202:24
**continued** 3:1 4:1 5:1 58:8
**continues** 112:15
**continuing** 50:18 56:10 70:13 147:20 148:23 151:11 164:21
**continuously** 27:21
**control** 191:1 204:8,14 205:14
**controlled** 66:14
**conversation** 203:1
**conversations** 20:6
**converted** 25:5 49:17
**convey** 76:5
**copies** 41:18 42:2,7,14 43:1 43:13 137:20 138:2 211:14
**corner** 129:13 186:10
**corporate** 10:4 10:7
**corporation** 3:7,12,18 10:10
**correct** 9:20 18:16,19,23 19:6 28:14 117:13 123:3,4 137:6 148:19 148:24 150:8 151:23 152:5 163:23 183:3 183:14 184:3 185:6 187:12 195:7,8 197:16 198:1 207:14 210:5
**corrections** 15:17 208:4,6 210:8
**correctly** 18:15 19:2 112:10 195:23 207:10
**correlate** 172:8
**correspond** 120:18
**corresponds** 32:23
**cost** 99:15,22 99:23 100:3,6
**counsel** 8:24 14:20 149:22 149:22 205:23 207:16 211:14
**count** 195:6
**counted** 97:21 97:22
**county** 91:12
**couple** 13:24 66:10 90:23 117:18 119:19 139:1,1
**course** 66:13 74:23 87:1
**court** 1:1,21 7:1 8:14,18 9:2 9:4,13 145:24 160:20 163:15 181:2 204:23 206:2 208:18
**covers** 204:19
**crc** 3:6
**create** 102:4 204:15

**criteria** 124:6 184:13
**cs** 211:15
**cteh** 200:24
**currently** 16:22 18:3 19:23
**curtis** 2:4
**curve** 139:2
**customer** 71:17 71:19 95:1
**customer's** 95:1,3
**customers** 58:5 58:10,13,14,16 58:19 59:8,23 67:22 68:1,3 68:13 69:8 70:7 76:12 77:5 94:21 177:18
**cut** 39:5 40:1,8 155:21
**cutoff** 168:2
**cv** 1:6 8:15
**cyp** 3:5

**d**

**d** 2:16 5:18 6:1
**damage** 114:1
**data** 12:24 13:3 13:5,6,8,12,13 13:19,20 64:5 66:7,15,20,21 67:3,8,16,20 68:1,2,9,17 69:2,5,14 70:1 73:9 75:6,10 75:15,24 101:12 102:7,7 102:8 103:3 107:9 110:1,6 128:20 129:11 129:22 130:4 130:16 131:12 131:14,17,23 132:10,14 133:7,13 134:1 134:12,21 136:5,15 138:8 138:11 140:21 141:14,23 142:6,17,18 143:13 144:22 161:7,20 162:1 163:22 167:6 176:15 177:12 177:19 178:24 179:15 180:8 203:21 204:16 205:19
**database** 103:2
**databases** 102:10,22 103:2,9,12 104:7 106:5,10 106:13,23 109:10
**date** 55:6 61:10 87:24 89:3 91:8 136:15 208:9 210:12
**dated** 146:20 161:7 163:22
**dates** 41:20 54:1 56:16 65:3 91:1
**day** 154:21 207:19 210:15
**days** 208:15 211:17
**deal** 49:22
**dealt** 134:23
**decide** 42:4 77:11
**decided** 83:16 149:14 171:5
**deciding** 85:24
**decision** 73:4 77:15 84:10,14 85:10 102:21 176:17
**deemed** 208:18
**deeper** 173:18
**defend** 182:6
**defendant** 2:13 2:18 3:12,17 3:23 4:6,12,18 5:6,17
**defendants** 1:8 3:6 5:12
**defining** 62:1
**definite** 73:22
**definitely** 47:3 55:4 73:2 155:3 180:8
**degreaser** 6:23 181:12
**delaware** 90:10
**deleted** 156:20
**deletes** 157:4
**dennis** 1:14 6:3 8:11 9:8 211:5
**density** 104:4 197:5
**department** 43:1 85:18 143:17,19
**depend** 21:6 83:13 169:5
**dependent** 106:9
**depending** 83:6 121:19 199:13
**depends** 8:2 94:24 188:20 189:2 193:23
**deponent** 207:7 207:10 210:1 211:13
**deposing** 208:14 211:13
**deposition** 1:12 6:9 7:3,4,6,24 8:11 9:20,23 10:13 11:1,7 12:19,21 13:12 13:19 14:21 15:5 19:6 38:21 201:21 203:6,9,9,17,22

204:5,22 205:6 205:11,13 206:8 207:14 208:3,12,16,17
**depositions** 11:10
**depot** 21:13 22:18
**describe** 59:12 114:23
**described** 59:9 205:13
**description** 6:8
**designate** 201:21 203:8 205:10
**designation** 32:8,14,20 122:17
**deskins** 3:20
**deskinsc** 3:23
**detail** 204:10
**detailed** 79:21
**details** 103:24
**detect** 154:5,18 159:13 170:4 170:13,19
**detection** 154:24 157:6 157:10 158:4 158:18,21 159:1,6,8 168:17 170:13 184:22 185:5
**determination** 34:21 76:11 151:5
**determine** 41:20 77:2 83:2 101:23 102:2 107:9 112:4 127:6,22 152:1,7 178:12 179:19
**determines** 34:4
**determining** 127:8
**development** 18:18 43:1 85:18
**device** 152:7 194:4
**difference** 36:11
**different** 23:18 26:5 33:3,8 35:4,6,18,19 57:10 87:4 88:22 92:1 93:9 105:9 120:11 132:2 164:1,5 179:23 188:21 196:19 202:4
**differently** 123:11
**dig** 179:15
**diluted** 76:3
**dilution** 155:20
**direct** 143:18 184:21
**directed** 36:10
**directly** 22:18 23:21 44:8 49:22,23 145:15
**director** 199:14 200:5
**directors** 199:19
**disagree** 205:12
**discarded** 156:23
**disclose** 72:17 72:18,19 78:1 111:24 112:22 204:21
**disclosed** 77:4 128:9
**disclosing** 126:23
**disclosure** 116:20 127:9
**discomfort** 95:13
**discontinued** 55:1
**discovered** 206:1
**discovery** 19:5
**discuss** 77:11 83:8,10
**discussed** 85:24 147:12
**discussion** 77:14,19 83:14 128:19 140:17 176:17 185:14
**discussions** 86:6
**disease** 81:23 82:4,11 83:4 174:22 175:3 175:19
**dishes** 185:19
**distillate** 64:3,6 64:10
**distillates** 61:22 116:24 117:17
**distinction** 46:2 74:1 123:6
**distinguish** 197:8
**distribution** 18:22 19:4
**distributor** 23:6,9,10 49:22 133:1 139:21 140:4 143:18
**distributors** 21:15 22:19,24 23:5 139:16,23 140:1

**district** 1:1,1 1:21 8:14,14 87:14 88:4
**document** 39:9 60:18,23 61:6 73:20,21 81:17 128:23 130:23 162:14 164:12 165:8,18,21 167:12 180:23
**documents** 14:16 17:9,13 17:17 47:9 48:2 78:24 80:1,10,19 83:23 85:10
**doing** 11:8 19:21 49:10 90:22 138:3 208:8
**door** 130:16
**draft** 15:22 16:9,18 17:5
**draw** 74:1 123:6
**drawing** 46:1 186:8
**drawn** 180:7 187:16
**draws** 106:16
**drive** 3:21 4:4
**drop** 193:16
**dropped** 89:4,6
**drum** 123:11 124:3,15,21,22
**due** 99:17 100:1
**duly** 9:9 207:7
**dupont** 2:3 6:5 9:17,19 10:17 10:23 18:13 19:12 20:9,20 21:9,23 22:15 24:17 26:7,24 27:8,17 28:11 28:17 29:13 30:6,13,22 31:8 32:3 33:16 34:1,19 35:3,17 36:8 37:3,16 38:1 38:19 39:2 41:8,16 42:5 42:13,22 43:21 45:23 47:17 48:20 50:20 51:4 52:20 55:9 56:18 58:1,13,15 59:8 60:6,17 61:4,11 62:7 62:19 63:1,13 63:15 65:13 66:3 67:5 68:24 69:23 71:7 72:11,13 73:6,24 75:4 76:9,22,23 77:13,20 79:14 79:22 80:7,16 81:8,21 82:24 83:9 84:1 87:18 89:15,23 91:2 93:2 94:6 94:8,20 95:17 97:7 98:18 99:1 100:22 101:7 105:22 106:11,21 107:5,24 108:13,14 109:4 110:3 111:6,18 112:17 113:23 114:17 118:14 119:2,15 124:24 127:20 128:18 129:9 130:14 131:10 132:12,23 133:21 134:7 134:16 135:5 135:16 136:13 136:17 137:1 137:18 138:6 141:11,22 143:11 144:14 144:20 145:7 145:20 146:1,7 146:15 147:9 147:11,23 148:16 149:1 149:12,19,22 150:2,3 151:1 151:3,13,20 152:20,23 153:15 154:16 157:5 159:14 160:2,17,21 161:3,14,17 162:18 163:2 163:12,20 165:1,11 166:5 166:21 167:17 167:24 168:20 169:7,15 170:9 170:11 171:3 171:15,23 173:4,20 174:8 174:19 175:9 175:10 176:7 177:1,15 178:9 179:16 180:22 181:3,8 183:11 184:14 185:20 186:9 187:1,23 194:22 197:22 198:6,15,17 201:14,23 202:9,19,23 203:7,16 205:3 205:12

**e**

**e** 2:1,1 3:1,1,20 4:1,1 5:1,1,20 5:20 6:1,7 44:24 131:2 140:10 207:1,1 209:1

**earlier** 179:17 198:4
**earliest** 52:1
**early** 103:17,19 120:20 125:10 143:16 156:8
**east** 1:15 2:4
**eb** 63:23 96:8
**educate** 16:23 67:9
**educated** 112:4
**effect** 113:10
**effective** 94:18
**effects** 172:4
**efficient** 84:4
**effort** 84:18 123:15
**ehs** 199:14,19 200:5
**eight** 181:2,3
**either** 18:11 19:19 21:14 36:16 51:17 65:11 72:8 80:14 104:19 104:19,20 105:2,19 107:4 121:18 122:7 145:18 148:15 158:5 174:23
**eleven** 5:12
**employed** 16:23 18:3,21 19:3,23
**employees** 136:14 150:5 199:2
**ended** 55:7 144:12
**ends** 23:13
**energy** 3:24 4:7
**enter** 104:22 105:13
**entered** 104:2,5
**enterprises** 1:7 8:13
**entitled** 6:21 181:10
**entity** 79:7
**epa** 79:11
**equals** 166:7
**errata** 208:6,9 208:11,14 210:9 211:11 211:13,17
**error** 186:19
**especially** 90:4 95:7 110:20 123:22
**esquire** 2:3,10 2:16 3:3,9,15 3:20 4:3,9,15 5:3,9,15 211:1
**essentially** 156:23
**establish** 61:5
**establishes** 168:13
**estate** 1:5
**estimate** 24:19
**et** 1:7 8:13 102:11 211:4
**ethyl** 63:24
**evaluate** 76:2 114:13 174:17
**evaluation** 132:3
**evans** 3:20 4:3
**evaporating** 92:24
**evaporation** 95:6,8
**everybody** 34:16
**evidence** 60:13 69:10,11 70:9 71:22 72:22 75:21 101:17 101:19,23 102:2 108:1,15 108:23 109:2 110:7,18 112:5 112:24 114:7 170:23
**evidently** 184:12
**exact** 89:2 101:17
**exactly** 16:4,11 44:6 98:16
**examination** 9:15
**examined** 9:10
**example** 107:11 179:8 189:4
**exceeded** 108:17
**exceeds** 110:9 111:9 112:2
**except** 210:7
**excluded** 92:22
**exclusive** 56:16
**excuse** 32:11 64:11 91:10
**excused** 206:6
**exempt** 92:11 93:10,11,12,18
**exhibit** 6:9,10 6:13,14,16,17 6:19,21 10:18 10:20 38:21,23 39:3 40:1,7 128:23 129:2,6 141:15,19 145:21 146:2,4 160:18,22,24 161:6 163:12 163:13,17,21 181:5
**exist** 46:7,8
**existed** 112:5
**exists** 124:23
**expect** 100:7 123:20
**expensive** 99:7 99:14 100:5

**experience** 111:17
**experienced** 107:22,23
**expires** 210:18
**explored** 177:13
**exponent** 182:5
**exposure** 6:21 102:3 106:24 107:10 114:2 126:14,16 172:20 174:10 175:12,14,16 175:17 179:1 181:11 184:24
**exposures** 109:13 174:20 175:1
**extent** 129:24 149:3 202:14
**externally** 201:6
**extreme** 95:8
**extremely** 92:3
**exxon** 54:23 55:1
**exxonmobil** 54:12
**eyes** 171:21

**f**

**f** 207:1
**face** 82:7,7
**facilities** 198:20 199:11 200:22
**facility** 188:3
**fact** 39:16 132:13 135:7 141:4
**factor** 101:16
**factored** 101:21
**factors** 78:15
**facts** 60:12 69:10 70:9 71:21 72:22 73:1 74:15 75:21 76:18 81:3 83:21 108:9 136:16
**fail** 208:16
**fails** 211:19
**fair** 20:13 52:10 53:2,8 55:24 56:3 134:2 148:6 158:21 179:2 190:12,13
**fairly** 15:10 54:24 56:14 57:22 100:19
**fall** 156:21
**far** 14:22 19:9 27:14 30:20,23 42:6 44:15 45:21 103:20 107:14 125:5,5 142:4 144:3 148:23 156:8 156:22 178:17
**fatal** 116:5 117:22
**federal** 77:22 78:5,17,23 79:6 86:10 87:4 112:9 113:16,18
**fedoruk** 6:21 181:16
**feed** 192:20
**fhsa** 115:18 117:5 118:16
**file** 66:17 137:5 137:21 138:12 138:15,16,18 143:14 156:21 157:2,4
**filed** 8:13
**files** 42:23 43:9 132:6 137:10 137:14,16,17 144:3,4 156:18
**fill** 192:7,9,11 192:14,18
**filled** 193:12 195:22
**filling** 191:4,6,9 191:15 192:8,9 192:19,21 193:6,8,10,15 193:17,20,23 194:3,8,19,20 196:5,8
**fills** 192:22
**final** 71:9
**finalized** 91:14
**financially** 8:23
**find** 36:2 83:7 110:24 142:15 154:10 178:24
**finds** 104:9
**fine** 119:2
**fingerprint** 123:19
**finished** 66:21 76:14
**firm** 2:3 8:19
**first** 9:9 15:22 16:9 17:4 76:20 90:21 100:10 117:9 125:3,11 128:11 181:15 188:3,5 201:7
**fit** 62:5 193:11 205:4
**fits** 194:4
**five** 28:9,10 29:3 65:15 115:24 116:4 116:22 117:10 117:19 118:10 118:19 159:15
**flame** 184:22
**flammability** 95:6
**flammable** 92:3

**flash** 92:19 104:4
**floor** 2:11 4:10
**florida** 2:17
**flow** 189:18
**flows** 193:5
**fluid** 87:3
**focus** 32:1 160:3
**focusing** 40:2
**folder** 156:22
**folks** 182:5
**follow** 202:16
**followed** 80:23
**following** 142:19 144:23 167:21 177:24
**follows** 9:10 204:9
**force** 89:13 158:3
**foregoing** 210:4
**form** 36:20 50:17 56:7 57:20 114:5 128:5 162:22 169:22 210:8
**formatted** 87:11
**formerly** 16:22 18:3 19:23
**formula** 76:4 93:4,12,13,20 96:1 97:10 102:15 113:22 189:19
**formulas** 63:3 89:11 93:15 94:9
**formulate** 100:17
**formulated** 59:2 87:22 88:7
**formulating** 75:13 80:23
**formulation** 70:18 98:7 99:17
**forth** 78:17 124:22 150:24
**forward** 140:12 156:14
**found** 97:5 98:13 191:14
**foundation** 54:17 68:14 70:12 71:21 72:22 73:14 74:16 75:21 76:17 79:2 80:3,13 81:3 81:14 82:19 96:15 98:9 106:4 107:2 109:22 111:12 127:14 133:16 134:13,22 135:13 137:13 141:1 143:2 144:8 146:12 147:4 163:8 164:20 165:6 165:19 166:16 167:14 169:22 171:11 173:1 174:1 175:6,23 176:14 177:9 183:5 184:5 185:8 186:5,16
**foundational** 86:9,13
**four** 15:1 118:7 160:1
**frame** 23:2 60:22 89:21
**free** 36:22
**front** 40:2,9 127:17 161:5 195:3 202:18
**fuel** 197:8
**fulfilling** 68:21
**full** 156:19 203:13 205:2
**fully** 11:18
**furnish** 68:2
**furnishes** 68:20
**further** 7:7,10 45:9 55:23 56:12 89:6 124:4 139:13 177:14

**g**

**g** 3:9 32:11,20 121:3,5 197:19
**gallon** 28:8,9 28:10,24 29:3 197:5
**gallons** 28:7,7 28:18,20 87:2 121:3,4,8
**garrido** 4:3
**garridov** 4:6
**gary** 32:11,21
**gas** 123:17 151:24 152:6 152:11 153:1,7 153:17 154:4 154:17,21 155:6,8,13,17 155:21,22 156:5 157:7 159:2 184:18 184:21 185:4 195:13,15 197:10
**gateway** 2:10
**gather** 15:4
**gathered** 18:4
**gathering** 16:17 17:8,13 17:17 43:15
**gathers** 102:8
**gc** 152:19 153:7 154:10 195:17 197:13,19 198:11

**gcd** 155:8
**general** 131:3
**generally** 22:13 30:4 42:21 59:4 63:22 64:10 84:23,24 86:8 117:23 118:2 122:10 124:7 125:18 125:19,23 126:4,17 130:24 150:10 157:9 194:9 196:7,8 197:21 199:12 200:23 204:19
**generate** 85:9
**geographically** 19:15
**getting** 11:5 160:12
**give** 24:18 90:23 159:10 205:3
**given** 11:9 54:8 71:2 110:4,14 111:20,22 113:21 207:15 210:6
**gives** 73:21 102:10 104:8
**giving** 184:23
**gl** 121:8
**gl251** 32:23 48:23
**gl37** 120:10,15 121:1 142:3
**gl37b** 121:18
**gl42** 32:8
**gl77** 161:9
**go** 8:9 10:17 42:8 43:14 55:22 85:11 100:7 107:20 107:21 111:19 119:3 128:19 142:14 149:24 170:2 178:19 190:20 202:1
**go42** 32:10
**goes** 137:5 192:10
**going** 7:22 10:17 11:24 30:19 38:20 39:6 45:9,21 54:16 55:4 58:4 65:14 86:6 93:16 106:1 111:19 122:24 124:15 124:20 128:22 140:17 145:20 152:22 164:10 184:15 201:23
**goldfarb** 1:18 8:19
**good** 7:21 9:18 65:16 95:3 104:10 157:9 197:7 207:4
**gordon** 3:9,14
**gotcha** 44:21
**gotten** 69:13
**governed** 92:16
**government** 77:22 78:17,23 79:6 87:4
**government's** 78:6
**governmental** 87:10
**grade** 33:23 34:3,17 57:14 57:17,24 58:3 58:7,11,17 59:5,21 60:3 115:10 146:10 146:14,17,19 146:24 147:2 148:9 150:7
**grades** 57:10
**grams** 89:5
**gravity** 195:4,7 197:5
**great** 204:10
**greater** 70:18 71:2 101:14 108:3 178:1
**green** 25:11
**greenwood** 2:16
**group** 90:1,3 117:24
**grsm.com** 3:11 3:17
**guess** 70:21 91:11 95:19 131:5 157:3 174:7 195:5
**guideline** 81:11
**guidelines** 80:19,22

**h**

**h** 6:7
**hac** 2:7
**haley** 5:12
**half** 28:8,24
**hall** 3:20 4:3
**hallevans.com** 3:23 4:6
**hand** 9:6 129:13,14 142:2 186:10 207:18
**handful** 92:12
**handle** 66:16 123:10 200:14
**handled** 104:17 123:9 124:11 124:14
**handwriting** 136:3 142:10 142:12
**handwritten** 135:24
**happen** 77:15 143:12 176:24 179:13

**happened** 47:22 143:15 156:17
**happens** 110:10
**happy** 202:15
**hard** 75:12 178:5 191:22
**hardeners** 58:21
**hardware** 23:21 24:6,22
**harmful** 116:2 116:5 117:21 117:22 118:11
**harris** 4:9
**harrisbeach.c...** 4:11
**hazard** 86:19 102:4 112:21 116:2,5 118:5 175:21
**hazardous** 86:10
**hazards** 67:10 68:9,12,23 75:19 76:13 77:6,23,24 78:3 79:1 80:2 80:11,20 82:12 102:19 104:24 105:12 106:2 106:17 115:20 117:8,20 118:18 144:17 172:9,22 173:12 179:21
**head** 196:8
**health** 68:8,12 76:13 77:6,22 78:2 79:1,17 80:1,1,10,10,18 80:19 81:11 82:12 86:19 101:20 102:4 104:24 105:12 106:2,17 113:11 144:17 172:9,22 173:12 179:21
**hear** 11:18 12:8 95:10
**heard** 8:5 12:2 12:10 133:4 139:21
**hearing** 7:19 202:14
**heavily** 32:24
**held** 185:15
**henson** 199:22 199:23
**henson's** 200:2 200:4
**heptane** 63:21 64:11,12,12 105:24 106:7
**high** 79:20 82:5
**higher** 110:16 110:19
**highland** 5:18
**highlighted** 182:9
**hire** 182:3 199:3
**hired** 181:24 182:5 199:8 200:20
**historic** 41:17 42:2,7 43:13
**history** 86:16 86:18 121:20 125:5
**hit** 97:4
**holding** 188:4 188:11 189:8
**home** 21:13 22:18
**hook** 191:5
**hooked** 191:8 194:18
**hoses** 192:20
**hot** 92:19
**hour** 65:14 118:24
**hours** 15:1
**house** 143:23
**howard** 4:15
**huge** 96:24
**hughes** 4:15
**human** 113:10
**hundred** 26:13
**hydrotreated** 32:24
**hypothetical** 82:19 83:12 108:9 109:14 110:12 169:4 173:1,15 174:2 174:4 175:6,24 176:1,13,20 177:9,22
**hypothetically** 107:18

**i**

**idea** 41:15 133:3 134:24
**identification** 10:21 38:24 129:7 141:20 146:5 159:11 161:1 163:18 181:6
**identified** 22:2 22:10 115:18
**identify** 39:15 40:11 155:23
**ii** 3:20
**illinois** 3:4 50:9
**image** 40:8
**impeachment** 54:18 153:21 153:22
**imperative** 208:13
**important** 11:12,17
**improper** 54:18 82:19 108:9

110:12 153:21 153:22 169:3 173:1
**include** 195:4,5
**included** 116:19,21
**including** 80:21 188:1
**inclusive** 61:21
**incoming** 72:6 153:8
**incomplete** 173:15 174:2 175:6,24 176:13 177:9 177:22
**incorporate** 68:10
**increase** 99:16 100:1,3
**increased** 114:1
**index** 197:6
**indicate** 129:20 133:12 136:4 137:4 138:10 187:8
**indicated** 12:20 207:7
**indicating** 182:23
**individual** 105:1 130:3 192:15,16
**individually** 1:4 90:7
**individuals** 137:10
**indoors** 36:4
**induce** 117:24
**industrial** 132:24 133:4,8 133:14,18,24 134:10,19 135:7,11 139:5 139:18,20
**industries** 3:6
**industry** 34:7 34:24 35:10 36:15
**industrywide** 34:6
**inform** 77:24
**information** 15:5 16:7,11 16:13,17 18:4 20:11 38:11 48:11 53:9 67:21 68:8,11 69:8 70:6 82:12,14 83:13 83:17 85:11 104:9,11,24 105:12 106:2,6 106:9,12,16,23 109:7,12,18 114:3,11,14 134:11,20 135:8 144:16 157:23 161:19 161:24 162:2,6 162:9 174:10 175:11,15 204:18 205:24
**ingre** 67:17
**ingredient** 26:17 32:15 48:4 66:19 67:7 68:7,9 69:2,5,24 70:2 70:4 71:9 74:14 75:6,10 75:15,16 76:1 100:24 101:13 105:5,18 108:5 108:19 110:6 111:24 112:23 136:18 140:19 151:16 160:4
**ingredients** 13:21 14:1,2,4 14:7 47:19 50:23 51:8,20 52:4,12,24 60:10,20 63:9 63:16,20 64:1 66:8 67:10,11 67:15,19,21 68:1 69:15 72:8 73:9,12 80:11 104:2,7 104:13,16 152:2,8 153:3 156:12 188:1 188:15,24 189:6,8,11,14 190:9 202:7 203:19
**injection** 184:21
**inside** 190:1,3 192:2,24 193:3 193:8
**insight** 201:3
**instances** 75:5 75:9,14
**institute** 79:16 79:24 80:9,17 81:10
**instructions** 208:1
**intend** 154:14
**intended** 35:9 35:19,19 136:4
**interest** 202:8
**interested** 8:23 207:17
**intermingled** 123:13
**internal** 32:14 199:7,9,15 204:11,13
**internet** 8:3
**interpret** 128:20 140:18 140:20 167:7
**interrogatories** 15:8,13,14,17 15:19,23 16:9

16:19,24 17:5 18:5,11
**interrupting** 202:9
**inventory** 121:4,6
**involved** 17:8 17:12,13,17
**ionization** 184:22 185:5
**ish** 91:24
**island** 139:24
**isocyanate** 58:20
**isomers** 64:13 64:13
**issue** 50:14,21 155:24
**issues** 86:17 114:16

**j**

**j** 2:3 3:3 5:9 44:24 45:1
**jacob** 3:9
**january** 146:21
**jbarnes** 2:12
**jclark** 3:11
**jessica** 2:10
**jill** 44:23 45:1,4 45:10
**job** 95:2,3 136:22,22 210:24
**jobs** 95:4
**joel** 44:24
**join** 170:1
**judge** 132:22 174:17
**july** 161:7
**jury** 169:16
**justin** 2:16 211:1
**justin.niznik** 2:18 211:2

**k**

**k** 3:15 45:3
**keep** 46:10 47:24 99:13 137:20 156:15
**keeps** 46:12 204:20
**kept** 42:16,23 122:9 132:7 137:10,16 138:2,5 192:2
**kerger** 181:20 181:24 182:3
**ketone** 63:24
**kin** 207:16
**kind** 29:20 31:14 34:5,5 36:23 39:19 61:23 64:8 70:22 71:4 82:7 83:14 86:9,13 94:24 95:4 102:21 112:15 131:6 132:2 136:11 152:17 154:23 155:1 156:20 156:20,21 168:13 192:7 193:3,14 196:17
**kinds** 135:3
**klean** 6:11 19:24 20:12 21:2,17 22:1,5 24:4,4,5,16,22 25:8,10,11,16 25:20,21 26:17 27:3,10 28:1 28:13 29:7,20 29:23 30:8,16 31:1,10 32:5 33:4,18 35:7,8 35:20,20 37:4 37:8,9,18,19 38:6,7 39:13 40:9,15 41:12 41:18 42:8,15 43:13 44:10,18 44:20 45:5,11 50:23 57:4,15 63:3,9,17 64:3 65:1 66:22 69:3 71:13 80:24 82:16 83:18 84:6,14 85:12,21 87:20 88:14 96:1,12 98:20 99:16,24 160:4 189:12
**kleen** 4:12
**knew** 79:8 80:6
**know** 11:12,17 12:6 14:22 15:6 16:4 17:3 17:12,15,16,20 17:22,24 18:1 18:2,11 19:9 20:15 21:21 22:11,23 23:1 23:2,12,17,18 24:13 26:21 29:12,18 30:10 30:11,12,19 31:4 32:22 35:14 36:15 39:18,21 41:6 41:14 42:3,12 43:7,9 44:15 45:7,7,13 46:15,24 47:15 49:14,16,24 50:5,9,10 51:13 52:17 54:1,1,6 55:6 55:21 56:12,17 57:14 59:2 60:24 61:3,9 61:12 62:8,15 64:17 65:11 66:11 69:12,13 70:15,23,24 72:24 76:3,6 78:5 79:10,10 79:13,15,23

80:5,6,6,8,14 81:16,17,22 82:6,9 83:7,12 85:7 86:8,12 87:2,5,6 89:2 89:16 90:9,22 95:1,2,10 96:17 98:12,13 98:16 99:4,11 99:13,19,20,21 100:14,18 101:6,17 103:12,23 104:1,19 105:24 106:12 106:15,20,22 107:4,15,17,21 109:2,5,6,15,24 109:24 110:1 110:13,15,23 111:14,15 112:14 114:14 115:2,11 116:20 121:7 121:19 123:8 123:12,21 124:10 126:11 127:2,4,17,17 128:10,12,16 130:10 131:1,4 131:7,8,8,21 132:3,8,22 133:17,18,18 133:19 134:5 135:1,4,14,14 136:10,10,12 136:20,21 137:24 138:2 138:15,23,23 139:11,14,19 139:22 140:5 141:4 143:8 144:2,3,10,11 144:19 145:10 145:11,16,18 148:23 150:22 153:7 154:23 155:2,3,11 156:6,7,22 157:3,22 158:8 158:10 160:14 163:10 164:2,9 165:23 166:4 166:11,18,23 167:3,4,4 168:2,14,16 171:1,13 172:11,16 173:17 174:7 174:20,23 175:13 176:16 176:22,23 177:11,24 178:3,17 180:13,14 181:23 183:15 183:20 184:9 185:10 186:20 186:23,23 193:4,7 194:7 195:10 196:18 198:22,22 200:7,8,10,12 200:15,17 201:9,10,13 202:8

**knowing** 167:6 171:16

**knowingly** 102:15

**knowledge** 46:6 73:2 78:13 79:21 109:17 113:6 113:20,21 126:19

**known** 61:16 105:18 108:24 113:10 142:19 144:24 183:9 204:20

**knows** 98:15 111:20

**l**

**l** 1:18 5:15,20 32:12,21 44:24 45:1,1,3 121:7

**l37** 129:14 130:3 137:3

**label** 6:12 25:20 27:4,7,7 30:5 31:18,19 40:2,9,15 41:11,22 43:7 84:14,18,19,22 85:5,8,13,14,18 86:10,14 87:17 108:5,19 110:7 112:1,23 115:19,21 117:8 118:6,9 118:12,17 126:8 128:9

**labeled** 26:1

**labels** 11:3 12:22 29:7,20 41:18 42:2,7 42:15 43:2,5 43:14,20 59:10 59:16 83:17 84:6,11,17 85:12 86:1,23 132:11

**laboratory** 42:24

**lack** 54:17 70:12 71:20 73:13 74:16 80:3 96:14 98:9 107:2 137:13 140:24 144:8 146:11 147:4 163:8 164:20 165:5 174:1 176:13 177:8 183:4 184:4 185:7

**lacks** 175:23

**lacolene** 6:17 63:22 64:14,15

64:17,24 65:9 160:4,12 161:6 161:10,24 162:10 164:8 170:21 188:15
**lacquer** 13:7,22 14:3,4,7 19:16 19:24 22:1,20 24:5 44:11 45:16 48:3 50:23 51:9,21 52:4,12 53:22 56:22 57:4,16 63:3,10,17 64:3,9 65:1 66:9,23 69:3 70:2 71:14 73:10 80:24 82:17 83:18 84:7,15 85:22 86:3 87:21 88:15,18,21 95:23 96:2,4 96:13,22,24 97:2 99:16,20 126:1 156:12 160:4 189:5,9 189:13 190:10 190:20 191:18 191:19 192:2,4 193:13 194:3 194:24 195:2 196:13
**lactol** 6:19 163:21,24
164:6,8
**ladened** 179:12
**lake** 2:17
**language** 74:2 74:7 84:10,14 86:1 87:16 162:14 169:6
**large** 79:7,7
**largely** 92:3 98:17
**larry** 3:3 32:12 32:21
**las** 3:10,16,22 4:5,16 5:4,10 5:16 91:12
**late** 49:15 125:9 143:16
**law** 2:3 16:4
**law.com** 3:5
**lchilton** 3:5
**leading** 20:3,14 52:16
**learn** 19:24
**leaves** 190:20 195:21
**left** 129:13
**legal** 1:23 85:1 211:23
**lemont** 50:9
**length** 46:10,12 47:23
**level** 70:17 71:1 74:21 75:24 79:20 82:6 92:7,9 101:21
110:16,19 111:4 113:7,8 116:4 126:19 152:14 158:7 162:24 170:6 171:21 172:4 172:21 173:16 173:18 176:22 176:22 178:7 183:9,10,16,20 184:10,12 187:20
**levels** 69:18 77:10 116:9 157:15 158:5 182:15
**lieu** 7:8
**life** 180:15
**light** 23:5
**likelihood** 132:22
**likely** 23:1 43:18 132:16 160:11
**likewise** 57:18 191:16
**limit** 158:10,20 159:1,5,8,9 164:23,24 168:13,14,17
**limited** 157:6 158:17 170:13
**limits** 89:4,9 158:4
**line** 60:1 163:13 180:24 194:16 209:3
**lines** 191:4 192:20
**liquid** 147:1 180:3 182:24 183:13,16,21 185:4 193:5
**list** 70:19 108:4 108:18 116:14 116:22 118:8 118:11,16 127:17 156:1
**listed** 61:2 64:3 71:3,6 101:12 117:7 118:6 126:7,17 143:7 169:11,19
**listing** 110:5
**lists** 162:19 167:10 171:6
**litchfield** 4:14
**litchfieldcav...** 4:17
**liter** 89:5
**literature** 103:11 172:4 178:19,24
**litigation** 181:24 182:6 206:1
**little** 11:5 64:22 65:14 84:4 93:17 97:1,4

105:8 161:4,22
**ll37** 119:22,24 121:1
**ll37b** 121:18
**llc** 1:7 3:6,20 4:3 5:6
**llp** 2:15 3:3,9 3:14 4:14 5:3
**local** 142:16
**located** 139:7 139:17
**locks** 2:3
**lockslaw.com** 2:6
**long** 14:24 45:4 86:16 139:2 156:16 203:2
**longer** 125:11
**look** 27:6 41:19 43:12 52:11 54:7,10 77:9 77:10,21 123:18 153:10 157:20 158:3 173:18 176:16
**looked** 27:7 47:9 52:5,9 154:12 155:15 157:14 158:1
**looking** 46:15 51:19 52:2,22 53:4,6,12 63:19 93:15 140:12 153:2 154:2 172:16 182:8 197:15
**looks** 104:7
**lost** 122:15
**lot** 29:19 61:22 96:21 123:15 130:9 157:17 157:22 158:8
**lots** 95:11,11
**louis** 5:8,14
**low** 32:24 33:1 33:1 69:18 75:24 92:19,22 93:23 97:13,20 99:5 100:4,9 100:23 158:12
**lowe's** 21:14 22:19
**lower** 35:24 124:6 157:16 164:23 168:14 168:22
**lunch** 119:17
**luncheon** 119:8
**lusk** 44:23 45:3 45:4
**lusk's** 45:10
**lvp** 100:3,4

**m**

**m** 2:10 115:4
**m.l.** 4:15
**machine** 151:24 152:1 159:9 191:7 192:8,19,21,24 193:4,7,8,10,20 193:24 194:8 194:19,20 207:10
**machines** 193:16,17 194:4
**made** 26:8,10 26:11,11 27:11 27:16 36:7,7 40:16,23 41:10 41:21 50:6 56:12 58:6,24 73:4 84:8,9,13 95:24 97:10 102:21 108:20 193:19 205:9 205:24 208:7
**madison** 3:4
**magnified** 40:8
**magnitude** 178:4
**mail** 131:2
**mailed** 131:2
**maintained** 121:5
**make** 15:17 17:6 34:20 59:16,16 76:10 91:18 97:6 98:15 123:15 132:15 149:15 151:4 161:22 176:17,17 189:12 191:8 202:20 205:6,7 208:4
**makes** 36:1
**making** 53:17 77:15 85:10 188:9 189:3 205:7
**management** 87:14 88:4
**manager** 43:19 43:22,24 44:10 44:16,17,19,22 45:5,11 85:3 199:13,20 200:5
**managers** 44:4 199:18
**manner** 7:16
**mansukhani** 3:9,14
**manufac** 199:16
**manufacture** 62:2 94:12 98:5
**manufactured** 94:17 125:16 125:19,21 126:2 145:8
**manufacturer** 59:18 200:3
**manufacturing** 59:15 188:2 189:16 198:19 199:11 200:22

201:8,12
**marion** 181:16
**mark** 10:18 38:20 128:23 141:15 145:21 160:21 180:23
**marked** 6:8 10:20 38:23 129:6 141:19 146:4 160:24 163:17 181:5 203:23
**market** 35:4 94:12 95:19 96:11 98:10,10 100:10 101:2
**market's** 95:18
**marketed** 59:2
**marketing** 18:22 19:3 43:24 44:15 85:2
**markets** 5:18 5:18 35:6,9
**marking** 202:13
**marriott** 1:15 12:16
**marrow** 114:2
**mary** 2:17
**maryland** 90:9
**mass** 147:6 155:22,23 156:5 159:2 184:19 189:18
**material** 13:13 13:20 55:16 64:4 66:7,19 66:20 67:8,16 67:20 68:9 69:2,4,14 70:1 73:9,17 75:6 75:10,15,23 101:12 102:7 103:3 104:21 110:6 122:3 124:3 128:20 129:10,21 130:3,15 131:12,14,17 131:24 132:5 132:10,14 133:7,13 134:1 134:11,20 136:5,15 138:8 138:11 140:21 141:14,23 142:6,9,17,18 143:6,13 144:22 147:13 153:14 154:10 154:13,14 161:7,20 162:1 163:22 167:5 188:21 190:23 191:23 195:7 197:20,21 198:5 203:21 205:18
**materials** 66:16 68:23 72:1,6 113:22 121:5 122:4 124:10 143:20 152:13 154:3 191:11
**matter** 8:12 112:13
**matters** 10:14 124:23
**max** 153:12
**maybes** 107:20
**mclean** 54:8 129:3 138:9 141:16 161:12 161:14
**mean** 17:12 18:9 20:5 21:6 22:12,23 23:5 24:24 27:14 33:8,13 34:5 35:9 41:5 44:6 50:8 53:24 55:20 57:21 58:4 60:3 66:10 74:19 78:5 79:3 83:11 90:9 94:4 98:10 99:3 101:5 102:16 103:23 104:15 105:17 107:16 109:14 110:13 111:13 111:14 112:8,8 114:20 115:22 119:23 120:5,9 120:19 121:23 127:1 130:9,24 130:24 131:4 131:23 135:2 143:3 148:13 153:6 155:20 156:18 157:2 157:20 165:15 165:21 166:13 167:8 168:11 168:17 169:5 171:12 179:8 179:12 180:9 185:9 186:18 191:22 192:1 196:16 199:12 202:3 203:2
**meaning** 26:14 165:13 192:2
**means** 74:21 159:3 164:3 165:4 166:12 166:20,24 167:21 168:7 171:17
**meant** 154:8 169:9 171:13 171:16
**measure** 113:16 121:2
**measured** 121:3,5,8,9 182:16 187:7

**measurement** 87:2 183:10
**measurements** 87:5
**measuring** 187:22
**media** 8:10 65:18 66:1 119:5,13 159:17,24
**medium** 61:22
**meet** 14:19 91:19 93:6,22 94:10 96:2 97:11 98:21 99:17 150:14 150:16,23
**meeting** 14:24 85:9,14
**meetings** 85:5 85:19
**meets** 93:1 110:9 112:2 191:2
**melissa** 5:9
**memory** 47:5 51:16 55:4 57:19,22,23
**memphis** 1:15 1:16 12:17 133:9 138:20 139:9
**mentioned** 187:17
**messner** 5:3
**messner.com** 5:5
**met** 9:19 12:20 85:8 108:17 152:15
**metal** 28:5,6,6 28:9,14,18 29:3,24 30:15 30:24
**meter** 189:18
**methanol** 63:21 118:7,9
**method** 154:22 155:5,7,9,13 157:7 158:19 159:4 170:18 184:22 185:6
**methods** 197:7
**methyl** 63:24 93:18
**methylene** 200:15
**michael** 5:22 8:16
**michigan** 90:11
**mid** 1:24 120:20
**midatlantic** 211:15
**midwest** 90:4
**mile** 139:3
**miles** 139:1,12
**million** 157:8 157:11 158:13 162:12,20 170:15 171:24 172:20 173:10 174:11,21 175:2,13,17,18 176:5,10 177:3 177:6,20 179:10 182:14 182:20,24 183:2,13,19,22 183:24 184:3,9 184:11,21,23 185:3,23 186:3 186:11,15 187:6,9,12
**mind** 14:10 25:3,22,23 64:1 72:2 73:23 74:2 89:22 115:23 117:4 118:21 140:7 195:6 205:11
**mineral** 6:22 13:6,15 19:15 20:1,12 21:2 21:18 22:20 24:4 25:6,9,10 25:11,15,19 26:1,9,11,13,14 26:16,22 27:4 27:11,16 32:4 32:8,9,15,17,18 32:22 33:1,3,4 33:9,12,13,18 34:9,10,17 35:8,21 36:1,9 36:18 37:9,19 38:7,14 40:16 40:19,23 41:10 41:11,21,21 44:11 45:15 46:18,22 47:11 48:2,3,14,18,22 48:23 49:5,8,8 49:12,20,20 50:1,2,6,7,13 50:13 51:7,8 51:20 52:3,12 52:23 56:2 61:15,22 62:2 62:3,9,14 64:4 66:8,22 69:4 70:3 71:13 73:11 82:17 83:19 84:7,15 85:22 87:21 88:15,18,21 92:20 93:24 97:8,9,14,19 98:2,6 99:24 100:4,10,24 107:10,23 108:2,6,16,20 108:23 109:2 109:20 110:21 111:3,7 114:3 114:9,12,15,18 114:19,23,24 115:5,6,7,8,10

115:13,14 125:20 156:10 156:11,13 157:24 177:2,4 181:11 183:23 184:20 185:4 186:2,14 187:5 187:9 188:1,14 194:10 195:20 196:3,4,15,23 197:1,3,11
**minimize** 33:14
**minuscule** 170:5
**minute** 65:15 159:15 182:16
**minutes** 85:9 119:1
**mischaracteri...** 157:1 165:8,18 167:12 183:5
**mischaracteri...** 149:17
**misidentified** 156:3
**misidentify** 156:2
**misremember...** 195:9
**misstated** 180:5
**misstates** 19:8 20:4 52:16 60:13 69:10 107:13 114:7 117:15 137:23 147:18 148:12 148:22 149:8,8 153:23 162:14 169:3 170:23 179:3 197:18
**mistaken** 155:18
**misunderstan...** 180:5
**mixed** 190:23
**moment** 78:22
**monitored** 178:12
**monitoring** 172:18 173:5,8 198:18,22 199:3,10,15 200:9,13,21 201:7,11 204:12 205:15
**morning** 7:22 9:18
**move** 72:11 140:11 141:11 147:9 151:1 152:21 170:9 198:15
**moved** 190:6 192:3 203:24
**moving** 188:8
**mroose** 5:11
**msds** 6:13,14 6:17,19 48:8 48:10 74:2,11 108:5,19 111:24 112:23 132:7 135:7,10 135:23 137:2,5 137:9,11,21 138:12 140:12 140:13,18 142:23 143:20 144:6 146:17 168:21
**msdses** 48:7 144:13
**multiple** 189:6
**myriad** 152:18 204:17

**n**

**n** 2:1 3:1 4:1 5:1,20 6:1 140:10
**name** 8:16 9:19 25:8,17 36:17 45:2 64:5,8 104:21 105:2,6 105:19 114:10 114:22 115:2,8 155:9,11 196:13 200:19 201:1,1 205:20
**names** 103:1 104:13,16 200:19 203:18
**naphtha** 80:21
**naphthas** 80:12
**nasar** 4:9
**national** 79:16 79:24 80:9,17 81:10
**natural** 29:18 31:14
**nature** 132:11
**necessarily** 16:14 23:14 36:13 78:10 89:10 94:18 110:15,17 131:23 132:20 136:24 138:5 143:24 180:11 183:15 191:24 196:21
**necessary** 15:18 111:8 126:17 208:4
**need** 54:10 66:14,17 70:19 84:2 87:17 105:1,13 201:20 202:2 202:14
**needed** 85:7 104:9
**needs** 86:14
**neighborhood** 62:17
**neither** 207:16
**netview** 103:6 103:7,15,16,18 103:22 104:12 104:22,23

105:11,24 106:13,15,22 107:8 109:7,18 179:19
**nevada** 1:1 3:10,16,22 4:5 4:16 5:4,10,16 8:14 20:2,7,13 20:19 21:1,19 21:22 22:3,7 91:6
**never** 72:9,10 107:22 111:2 134:23 136:21 141:7,9 157:15 157:18 172:3
**new** 4:10,10 90:11 93:22 98:6
**nine** 162:11,20
**nitration** 57:17 57:23 58:3,7 58:11,17 59:5 59:21 146:9,13 146:17,19,23 147:2 148:8 150:6
**niznik** 2:16 11:2 12:14,20 15:3 18:7 19:7 20:3,14 21:4 21:20 22:8 24:7 26:3,19 27:5,12 28:3 28:15 29:9 30:1,9,18 31:3 31:20 33:6,20 34:11,22 35:11 35:22 36:20 37:11,21 38:9 40:24 41:13,23 42:9,17 43:16 45:18 47:13 48:16 50:17 51:1 52:15 54:16 56:7,9 57:20 59:24 60:12,21 61:7 61:18 62:12,22 63:12 66:24 68:14 69:9 70:8,12 71:20 72:21 73:13 74:15 75:20 76:16 77:7,16 79:2,18 80:3 80:13 81:2,14 82:18 83:5,20 86:3 88:24 89:19 90:18 91:21 94:2,14 94:23 96:14 98:8,22 100:12 101:3 105:15 106:4,18 107:2 107:12 108:8 108:21 109:21 110:11 111:11 112:6 113:3 114:6 117:14 118:22 124:17 127:14 130:6 130:21 131:18 132:18 133:16 134:3,13,22 135:12 136:7 136:16,19 137:12,22 140:23 143:1 144:7,18 145:3 146:11 147:3 147:17 148:11 148:21 149:7 149:12,16,21 149:24 150:9 151:9,18 153:4 153:20 156:24 161:12,16 162:13,22 163:7 164:18 164:20 165:5 165:19 166:16 167:11 168:9 169:2,12,23 170:22 171:9 171:19 172:24 173:14,24 174:14 175:5 175:22 176:12 177:8,21 179:3 183:4 184:4 185:7,17 186:5 186:16 187:13 194:13 197:17 198:2,10 201:16 202:2 202:22 203:2 203:12 204:7 206:3 211:1
**niznik's** 16:5,8 16:18 18:4
**non** 64:8 72:12 87:10 92:14 123:7 141:12 147:10 151:2 152:21 170:10 198:16
**normal** 66:13 99:7 100:6 137:7 158:4 159:12
**normally** 158:9
**north** 3:21 4:4
**northeast** 90:5
**notary** 1:19 7:12,14 207:4 207:23 210:22
**note** 7:24 211:10
**noted** 8:24 208:11 210:9
**notes** 205:8
**notice** 6:9 10:12 11:3 12:21 22:9 24:8 26:4,20 27:13 28:4 29:10 31:21 33:7,21 34:12 35:12 37:12

41:1,24 42:10 42:18 43:17 47:14 48:17 60:1 61:8,19 62:13 89:1,20 90:19 91:22 94:3,15 96:16 98:23 100:13 101:4 130:22 131:19 136:9 140:24 144:9 163:9 169:13 170:20 171:1,7 207:6
**noticed** 141:9
**nozzle** 192:20 192:22,22 193:11,16,20
**nozzles** 193:5
**number** 6:8 8:15 21:14 104:20 105:2,6 105:14,19 107:17 111:13 126:14 129:3 130:13 131:15 146:2 161:13 164:2,5 166:7 187:4
**numbers** 104:17,18

**o**

**o** 5:20 44:24 140:10
**o'reilly** 1:7 8:12 211:4
**oath** 7:8,9 8:21 73:8
**object** 22:8 24:7 45:18 54:16 124:17 130:21 162:22 201:23 203:8
**objecting** 203:13
**objection** 7:15 18:7 19:7 21:4 27:5 34:22 35:22 37:21 40:24 41:13 47:13 52:15 60:21 62:22 69:9 70:8 71:20 72:21 73:13 75:20 76:16 77:7,16 79:18 83:5,20 94:23 96:14 98:8,22 100:12 107:12 108:8 108:21 110:11 111:11 113:3 114:6 117:14 130:6 136:19 140:23 143:1 146:11 147:3 147:17 148:21 149:7 150:9 151:9,18 153:4 153:20 156:24 162:13 163:7 164:18 165:5 165:17 167:11 167:23 168:9 169:2,21 170:22 171:9 172:24 173:24 175:5,22 176:12 177:8 177:21 183:4 184:4 185:7 194:13 197:17 198:2
**objectionable** 36:3
**objections** 7:19 149:14 173:14 174:14 205:1
**obligation** 68:22
**obtain** 59:20 66:5,7 105:9
**obviously** 18:15 202:10 205:3
**occasionally** 131:4 201:3
**occupational** 36:11 79:16,24 80:9,18 81:11
**occurs** 196:9
**odor** 33:1,11,14 35:24 36:5,12 36:22,22 37:1 37:2,5
**odorless** 25:9 25:10,11 32:18 33:12,13 35:8 35:21 36:1,9 36:18 37:9,19 38:7,14 48:3 48:23 49:5,8 49:12,20 50:1 50:6,13 51:8 73:11 88:17 97:9,18 98:6 99:24 114:19 114:23,24 115:6,7 125:20 156:13 194:10 196:4
**odors** 36:2
**offer** 97:18,18
**offered** 36:14
**offhand** 23:2 29:11,11,12 46:24 77:17 83:12 90:24 99:21 115:11 117:4 118:13 118:20 164:2 166:11 172:3 172:11 200:7
**office** 16:4,5,8 16:18 18:5
**official** 138:1 207:18
**oh** 189:22

**okay** 11:14,19 12:18 14:6 18:14 20:21 40:5 53:5,18 65:13 74:11 77:14 83:1 84:5 90:1 105:23 112:18 117:5 119:16 120:14 122:16 122:21 124:12 127:5,21 128:18 129:2 130:15 135:23 142:14,15 146:1,16 152:20 159:14 160:3,21 161:4 162:8 163:12 166:22 174:9 177:2 179:17 180:22 181:9 182:22 183:21 185:2,21 187:2 194:23 196:10 196:20 197:14 197:23 198:15 203:12
**old** 42:14 43:1
**older** 39:19 43:20
**oldest** 156:19
**omar** 4:9
**onasar** 4:11
**once** 11:21,23 12:8 14:22,23 186:2
**ones** 73:15 115:23 117:4 118:13 140:7 156:19
**online** 172:17
**opaque** 39:20 39:21
**opening** 193:12 193:15,17,18 194:5
**operating** 159:2
**opportunity** 54:7
**opposed** 36:10 37:22,23
**option** 70:22 71:16 72:17
**optional** 71:4
**order** 13:11,18 15:4 16:8,23 18:5 19:5 66:20 67:9 77:24 104:9,23 105:11 106:16 107:8 125:2 151:4 174:16 178:4 183:9 193:21 201:22 202:17
**ordered** 143:17 143:19
**orders** 115:5
**ordinary** 67:24
**organization** 34:8,15 112:12 113:15
**organization's** 110:19
**organizationa...** 110:16
**organized** 43:10 44:4
**original** 185:11 208:14
**originally** 154:22
**osha** 66:14 79:9
**osha's** 172:21
**otc** 90:2
**ounce** 87:3
**outcome** 8:23 207:17
**outlets** 22:14
**outside** 22:8 24:7 47:14 48:16 59:24 96:15 98:22 100:12 101:3 107:8 124:18 130:21 131:19 136:8 140:23 144:9 147:6 163:9 169:12 179:18 189:21 189:24 190:4 194:13 199:4,8 200:20 204:21
**overall** 38:12 118:4 154:24 183:20
**overbroad** 194:14
**overlapping** 35:23
**overreaching** 205:22
**own** 50:3 68:12 68:18 98:15 121:17 125:11 171:21 199:6
**ozone** 90:2

**p**

**p** 2:1,1 3:1,1 4:1,1 5:1,1,20
**p.c.** 2:9 5:8,14
**p.m.** 119:9,9 159:21,21 206:9
**package** 110:22
**packaged** 24:12
**page** 6:4 39:8,8 184:16 185:22 186:11 209:3
**pages** 210:5
**pail** 28:9,10
**paint** 6:11 20:1 21:18,22 22:6 22:9,12,21 24:4,8 26:2,5,8 26:17 27:1,3

27:10,15 28:1 28:5,13 29:7 29:23 30:8,16 31:1,10 32:5,7 33:5,9,19 34:9 34:17 35:7,20 37:4,8,18 38:6 38:13 39:13 40:9,15,22 41:2,12,18,22 42:8,15 43:13 44:11 45:15,19 51:20 52:24 53:19 58:21 61:16 62:10 66:8,22 69:3 70:2 71:13 73:10 82:16 83:18 84:7,15 85:22 87:20 88:15,17,20 91:18 92:2,18 93:4,24 94:13 94:16 97:14 98:20,24 99:3 125:15 156:12 194:10 196:3
**painters** 37:10 37:14 38:5,5 38:11
**paper** 183:6,7 183:17
**papers** 172:11 172:12,14,15
**paraphrase** 113:6
**park** 139:5
**parkway** 4:15
**part** 24:14 49:2 61:23 76:20 95:14 112:11 131:2,15 132:2 136:22 140:4 141:6 162:11 162:20 170:15 172:20 173:10 174:11,21 175:1,12,16,17 176:5,9 177:3 177:6,20 180:14,15 182:14,15,19 182:20,23 183:2 184:11 186:15 192:8 192:19 203:9
**participants** 8:4
**participate** 15:7
**participated** 85:16
**participating** 7:2 15:14
**particular** 19:17 36:15 58:2 102:17 115:10 141:2
**particularly** 171:12
**parties** 7:10 8:8
**parts** 90:7,13 157:8,11 158:13 171:24 179:10 183:13 183:19,22,24 184:2,8,20,23 185:3,23 186:3 186:11 187:6,7 187:9,12 211:4
**party** 7:15 8:22 207:16
**pass** 67:24 69:7 70:6
**passed** 67:22 114:4
**past** 11:10 46:9 73:5 149:14
**pasted** 40:1,8
**peak** 159:10,11
**pedestal** 193:6 193:9
**pennsylvania** 2:5,11
**people** 11:24 19:22 35:2 36:2,3 82:8 84:21 87:5 100:16 132:2,9 168:17 199:7,9
**perc** 186:18
**percent** 26:13 62:17 70:18,23 71:1,10,15 72:15 73:3 76:15 77:4 78:3,9 89:5,6 91:19 92:7,8,9 92:9 93:5,6,6,7 93:11,13,17,20 94:10,10 96:5 96:7 98:1 101:13,20 102:3,14,18 113:7,9 115:24 116:4,22,23 117:10,19 118:7,10,19 140:14 147:1 164:17 170:14 178:11 179:2 180:3,19 183:1 183:14 184:1 187:10
**percentage** 62:11
**percentages** 104:8
**perform** 172:7 199:10
**performed** 156:10
**period** 20:24 22:22 23:16,19 23:24 30:21 45:17 46:20 47:2,10 49:10 49:11 51:5,10

51:22 52:14 53:1,7,11 56:6 60:19 64:20 65:8 86:7 88:19 120:14 120:17 147:15 147:22 156:14 160:13 182:17
**periods** 19:17
**permanent** 138:5
**permanently** 137:21
**person** 7:8 11:7 44:1 130:8,11
**personal** 1:4
**personally** 151:19
**petroleum** 3:7 64:2,6,10 116:23 117:17
**philadelphia** 2:5
**photo** 185:5
**photograph** 6:10 39:12
**phrase** 56:19 165:10,13
**phrased** 78:12
**physical** 104:4 188:8
**physically** 7:4 130:19 131:5 189:14
**pipe** 191:22 192:11 194:16
**pipes** 189:18 190:7 191:17 192:2,3,5,7
**pittsburgh** 2:11
**place** 8:8 83:15 192:9 207:6
**placed** 83:17 188:11,12 202:13
**places** 115:23 116:16 117:3 117:18
**plain** 165:13
**plaintiff** 1:6 2:7
**plan** 191:1,3 194:24 195:2 195:13 196:13 196:14,16 197:2,4,11
**plans** 197:15 198:1
**plant** 120:11,12 120:13 121:16 121:17 122:1,5 122:5,7,13 124:15 125:3,4 125:7,8,8,9,11 125:13,16,17 125:19,21,22 125:24 126:5 138:21,23 139:6,9 201:8 201:12 202:6
204:1
**plants** 121:11 124:22 126:3 139:17
**plastic** 28:7,7,8 28:10,20,22,24 29:17,18 31:9
**play** 127:7
**please** 7:16,24 9:2,5 45:2 87:24 208:3,8
**pllc** 2:3 4:9
**point** 46:6 52:7 56:12 89:24 91:15,24 97:5 103:11 104:4 118:23 138:12 182:2 195:20 196:5,6
**pointed** 102:23 182:9
**points** 113:14
**poison** 118:8
**policy** 60:24 61:2,6 71:18 72:19 138:1
**pollution** 87:13
**polyethylene** 29:19 31:14
**poplar** 1:16 12:17
**porter** 3:3
**portion** 40:2,9 92:14 97:17 141:12 147:10
164:14 198:16 203:14
**position** 75:17 148:4
**possessed** 144:16
**possibility** 56:6
**possible** 156:2 179:14
**possibly** 63:24 90:23 93:14,17
**pounds** 121:6,9 166:8,15 167:1 168:4
**poured** 192:15
**ppb** 187:21
**ppg** 58:13,15 59:7
**ppm** 186:17 187:21
**practice** 40:21
**precise** 68:5
**predate** 47:20
**predecessor** 45:10 200:3,5
**predominant** 29:15
**predominantly** 49:18 92:6 93:16
**preference** 36:5 36:16
**preparation** 14:20 67:3 68:19

**prepare** 11:1 12:19 13:11,18 15:5 16:8,18 19:5 66:20 103:3
**prepared** 13:9 15:20 41:2 205:19
**preparing** 82:15 137:10 144:5
**prepolymers** 58:20
**presence** 76:12 77:3 78:2 126:24 128:8
**present** 7:4 76:14 92:8 101:9,13 102:24 113:8 116:11 117:10 118:19 120:4,6 158:20 159:5 162:16,24 163:5 164:14 165:3,4,14,15 166:2 167:10 167:20,22 168:5,8,12,16 169:1,10,19 171:5
**presenting** 54:17
**president's** 139:24
**pressure** 92:20 92:22 93:24 97:14 99:6,7 100:4,6,9,24
**pressures** 97:21
**pressurized** 190:17
**pretty** 74:23 92:20,21 95:3 96:18 111:16 155:21
**prevent** 86:17 193:21 205:24
**price** 98:19 99:4 100:7
**prices** 99:12
**primarily** 58:20
**primary** 116:1 116:4,12 117:12,20 118:5
**principal** 115:20 117:8 118:18
**printed** 142:7
**printouts** 156:9
**prior** 9:20 19:1 22:16 24:11 25:18 28:12 48:4 79:17 80:2 81:24 100:23 147:15 148:2,9 149:8 151:17 170:23
**pro** 2:7
**probably** 15:1 25:1 46:4,24 48:6 51:15 65:5 75:1 79:11,11,21 82:5 90:20,21 93:20 95:11 100:8 103:11 124:19 138:16 155:10,16 199:7
**problem** 96:24
**procedure** 131:13 137:8 137:19 194:9
**procedures** 136:4 149:9 202:5,16 204:9 204:14 205:14
**proceed** 7:20 9:24
**process** 77:15 85:11 90:12 91:13 132:3 188:8 189:16
**processes** 202:5 204:11
**produce** 17:9 17:18
**produced** 58:19 138:7
**product** 13:22 14:3,7 18:23 23:6,10,20 24:21,22 25:24 26:2,6,18 27:10,16 28:2 28:13 29:8 30:16 31:11 32:6,19 33:5 33:12,19,24 34:3,18 38:6,8 40:10,16,22 41:12,19 42:8 48:23 50:24 51:9 52:4,13 52:24 53:20,22 57:4,16 63:4 63:10,17 64:14 70:7 71:10,14 71:18,19 72:4 72:15,18,19,20 73:17 74:4 75:7,11,11,19 76:15 78:3 84:3 86:22 91:18 92:2,17 93:4 94:1,13 94:22 95:23 96:2,13 97:9 97:10,11,15 98:2 99:16,24 102:3 108:20 110:7 112:1,23 115:1,6,19 117:10 118:17 121:22,24 125:21 126:24

137:11 140:19 141:10 142:18 144:5,23 145:5 146:13 160:5 164:15 165:3 165:14,16 167:8,10,20 168:6 169:11 169:18,19 171:6,8,18 172:1,23 173:23 175:3 175:12,16,21 176:6,8 177:7 177:18 182:23 188:9,10 189:2 189:5,13 190:10 191:13 194:11 197:15 203:24
**product's** 102:5 104:13 117:8 128:9
**production** 15:9 17:10 131:13
**products** 13:9 19:15,16 20:1 20:1,2,12,16,19 21:3,18 22:1,6 22:10,13,21 23:1,13 24:2,6 24:10,12,15,16 25:7,19 29:24 31:1 32:2 33:9 35:8,21 36:3,7 37:8 44:12,18 44:20 45:6,11 45:16 47:20 51:21 58:6,15 59:6,7,17,22 66:9,21,23 69:4 70:3 73:11 77:4 81:1,18 82:17 83:19 84:8,16 85:23 86:2,11 88:6,9 89:14 90:8 92:14 95:2,7,14 98:11,15 124:9 128:11 133:1,4 133:8,15,19,24 134:10,19 135:8,11 139:18,20 152:3 156:13 178:6 203:19
**professional** 1:19 37:10,14 38:5
**professionals** 37:20 38:16
**program** 102:8 103:5,8,22 104:1,2,6,6,12 104:14,22,23 105:3,11,14,21 106:1,23 107:8 109:1,6,7,9,11 109:16,18 179:19 180:8 205:20
**program's** 102:13
**programs** 42:20 204:17
**promulgated** 88:5
**prop** 86:21 127:11,13 128:13,15
**properties** 35:24 104:4
**proposition** 126:8,9,23 127:8 128:4,8
**propounded** 210:7
**protection** 116:20
**protective** 201:22 202:17
**provide** 16:7 18:4 104:24 105:12 106:1 106:16 118:17 163:4 174:12 176:10
**provided** 16:14 67:7,16,20 68:7 70:1 145:2
**provides** 205:16
**providing** 16:17 175:20
**public** 1:20 204:20 207:4 207:23 210:22
**publicly** 203:20 205:20
**published** 77:23 78:24 80:1,10,18 82:11
**pull** 191:5
**pulled** 196:7
**pump** 192:12
**pumps** 192:6
**purchase** 47:19 64:17 174:5
**purchased** 47:1 48:12 50:12 55:17,18 65:5 100:11 101:1 143:24
**purchasing** 56:24 64:24 135:18
**purposes** 153:2
**pursuant** 201:22 207:6
**pursue** 43:19
**put** 41:10,20 59:17 78:10 79:8 86:9 124:1 130:12 154:14 171:14 173:22 183:8

195:8 201:20
**putting** 78:21 170:20 171:1,7

**q**

**qc** 123:16 124:1,4,7 149:9 188:6,12
**quality** 8:1,2 87:14,15 88:3 190:24 204:8 204:14 205:14
**quantify** 154:18
**quantity** 166:10,13 168:3
**quarts** 28:6,8 28:14,22
**ques** 11:22
**question** 11:13 11:18,24 12:1 12:2,5,7,8,9 35:15 37:24 40:6 52:18 53:17 68:5 76:21 95:22 105:8 108:12 110:24 111:2 111:20 112:15 128:5 149:11 150:1 152:4 158:22 162:23 167:16 168:1 173:3 175:8 196:1 202:11
**questioned** 6:4
**questioning** 60:1
**questions** 10:15 75:13 119:19 201:15,17 210:7
**quite** 39:22 64:18 88:11
**quote** 153:17 153:19
**quoting** 81:18 112:9

**r**

**r** 2:1 3:1 4:1 5:1 5:20 207:1 209:1,1
**r&d** 84:23 103:24
**raise** 9:5
**raised** 149:13
**ran** 184:18
**range** 62:16 87:24 141:3,8 163:4 166:4 170:17
**rather** 120:10 120:13
**ratio** 186:18
**raw** 55:16 72:1 73:17 104:21 113:22 121:5 188:20 191:10
**react** 174:18 176:23
**reacts** 170:7
**read** 83:7 130:4 142:4,11,23 143:4 148:7 151:7 161:22 162:9 168:18 172:10 179:5 180:12,16 205:5 206:3 208:3 210:4 211:9
**reading** 154:6 167:5 184:7 186:22
**ready** 9:24 119:17 191:4
**really** 31:7 32:1 36:6,19 52:22 69:18 95:15 134:23 179:15 186:23
**reason** 58:2 68:19 81:9 116:12 117:12 118:10 120:24 133:23 134:8 134:14,17 137:16 171:7 208:5 209:5,8 209:11,14,17 209:20,23 211:11
**reasonable** 23:3 113:9 135:6,9
**reasons** 66:10 118:12
**recall** 49:11 52:22 53:3,6 53:12 84:21 85:24 113:14 125:10 147:13 180:21
**receipt** 198:4 198:14 208:15 211:18
**receive** 10:12 51:6,13 60:9 73:8 136:23 151:6 152:12 153:13 178:6
**received** 13:14 13:21 17:4 69:1 129:21 130:8 131:11 131:22,24 132:5,14 136:6 137:3 138:13 141:7 147:14 148:1,5,9
**receives** 152:9
**receiving** 131:14 144:12 149:2 151:15
**recently** 47:8 55:18,20 90:10 90:12 160:8 179:9 199:22
**recess** 65:21 119:8 159:20

**recognize** 146:8
**recollection** 16:16,21 18:10 18:14 19:13,21 25:1,12 31:24 46:23 48:24 49:5,7 51:18 51:23 52:2 53:9,14 54:9 54:11,15,22 55:10,17 58:12 63:6,8 64:23 65:4,7 90:20 90:24 92:5 120:21 135:17 151:14 199:5
**recommendat...** 78:6,7 83:2 102:11,13
**recommendat...** 82:21
**record** 7:22 8:9 9:1 27:18 39:11 53:17 119:3 185:15 185:17 201:20 202:3,21,24 203:1,3 205:3 207:14
**recorded** 1:12 8:6 87:3 207:10
**recording** 8:2,7
**records** 19:22 45:14,21 46:1 46:3,5,10,13 47:18,22,24 48:10,11
**recycled** 182:13
**reducers** 59:1
**rees** 3:9,14
**reeves** 5:3
**ref** 187:15
**referenced** 211:6
**referred** 103:4 195:19
**referring** 83:23
**refinery** 50:4,5 50:8 164:15 168:6
**reformulated** 95:2 96:12 98:21
**refractive** 197:6
**refresh** 54:14
**refreshes** 54:21
**regarding** 126:23
**regardless** 143:21
**region** 1:24
**registered** 1:19
**registry** 81:24 82:4,11 83:4
**regula** 113:15
**regular** 32:9,15 33:4,18 34:10 40:18 46:18,22 47:11 48:14,18 49:19 50:1,6 50:12 51:7 61:15 62:9,14 114:18
**regulation** 70:15 91:14 112:9,11 113:5 113:18 117:3 142:16 166:14 167:7 177:24
**regulations** 78:8,21 85:23 88:11 89:13,18 90:8,17 91:4,7 91:20 92:23 93:1,23 94:11 96:3 97:11,13 98:21 99:18,21 100:2,16,18 111:23 113:16 117:18 166:19
**regulatory** 84:24 87:7 97:20 143:16 161:19,24 162:6,9 164:11 168:2
**reinforce** 11:11 11:16
**relabeling** 59:13
**related** 8:21 106:6 113:6 202:12 204:14 204:15
**relates** 45:19 81:18 87:10 110:20
**relating** 174:5
**relatively** 55:14
**release** 110:8 111:8 112:1 193:22
**released** 108:2 108:16 109:19 113:1 176:9 177:4 178:20 179:20 180:2 180:18 187:10
**releases** 177:19 178:13
**releasing** 183:1 184:1
**relied** 82:15 102:22
**rely** 66:18
**remarks** 205:7
**remember** 13:16 15:15 16:11,13 17:7 19:10,19 20:6 29:14 30:23 31:7 52:13 55:15 73:16

86:6 103:7 118:13 120:22 143:10 147:21 150:20 153:16 153:24 179:6
**remind** 125:1
**remotely** 1:14 7:6,9
**rendering** 39:19
**repeat** 35:15 52:19 152:4
**rephrase** 35:16 94:7
**report** 146:24 182:12
**reportable** 166:10,12
**reported** 1:17 172:19 173:6,9 173:17 180:17 185:10
**reporter** 1:19 1:20 7:1 8:18 9:2,4,13 145:24 160:20 163:15 181:2
**reporting** 7:5 7:16 184:18
**representative** 1:4,14 10:4,8 84:23,24 85:1 85:2,17
**representing** 2:7,13,18 3:6 3:12,17,23 4:6 4:12,18 5:6,12 5:17 8:17
**reproductive** 102:19
**request** 17:18
**requested** 132:1
**requests** 15:8 17:10
**require** 87:16 116:1,4 126:23 175:3
**required** 59:5 86:23 87:1 108:4,18 115:18 116:14 153:13 204:22
**requirement** 78:18,19 112:21 118:16 127:6
**requirements** 93:7 150:22
**requires** 117:20 127:9 128:4,8
**research** 18:17 19:21 42:24 85:17 107:7 110:10 172:7 172:16 178:20 179:18 180:1
**researched** 178:23
**reserve** 205:5
**resnick** 5:8,14
**resource** 89:17
**resources** 87:15 88:5 92:17
**respect** 85:21 194:24
**respond** 205:4
**responding** 15:8
**response** 7:18 17:9,18 64:22 201:18
**responsi** 111:21
**responsibility** 111:23 113:11
**responsible** 44:1,10,20 45:5 110:5
**responsive** 72:12 141:12 147:10 151:2 152:21 170:10 198:16
**restricted** 89:12,13
**restriction** 91:19
**result** 184:20 184:23
**results** 85:14 156:10 172:19 173:6,9
**retail** 99:4,12 100:7
**retailer** 23:11
**retailers** 21:15 21:16 22:18 23:7,12
**retention** 60:19 60:23 61:6
**return** 208:13 211:13,17
**review** 13:4,12 13:19 14:8 15:16 66:18 83:7 211:7
**reviewed** 12:21 129:22,24 130:11 144:4 187:2
**richard** 5:12
**right** 9:6,22 11:5 12:12 21:10 38:19 53:16 81:19 91:13 93:15 119:19 128:24 129:2 133:6 140:11 147:15 149:6 151:7,17 151:21 160:7 160:17 161:18 162:5,21 163:3 165:2,4 170:15 183:12 184:15 186:10 187:24 188:7 192:11

192:14 195:12 201:14,19 202:18,19,23 203:7 205:5,10
**risk** 114:1
**rite** 5:18
**rivich** 4:15,17
**rlattorneys.co...** 5:11,17
**rm** 5:18
**road** 5:4,9,15
**rod** 181:19
**role** 15:13
**rolling** 156:20
**room** 7:4 12:13 185:18
**roose** 5:9
**rq** 166:7,10,12
**rules** 88:5
**run** 188:6 196:10,14,23
**russell** 5:4,9,15

**s**

**s** 2:1 3:1 4:1 5:1 5:20,20 6:7 45:3
**safety** 4:12 12:24 13:3,5,6 13:8,12,13,19 13:20 64:4 66:7,15,19,20 67:3,8,16,20,24 68:2,9,17 69:2 69:5,14 70:1 73:9 75:6,10 75:15,24 79:16 79:24 80:9,18 81:11 101:12 102:7,7 103:3 110:6 128:20 129:10,22 130:4,16 131:12,14,17 131:23 132:10 132:14 133:7 133:13 134:1 134:11,21 136:5,15 138:8 138:11 140:21 141:14,23 142:6,17,18 143:13 144:22 161:7,20 162:1 163:22 167:6 203:21 204:16 205:18
**sale** 87:22
**sales** 18:22 19:4 45:15,21 46:1,2,12
**sample** 183:8 185:11,11 186:21,22 187:20 190:24 191:6,7 196:7
**sat** 84:19
**satisfied** 94:21
**saw** 172:18 173:5,8
**saying** 14:2 25:14 110:14 140:18 154:1 158:18 166:2 168:12 179:24 183:18 184:8 186:1
**says** 34:8 69:15 69:20 74:11,18 75:11,16 92:21 111:3 114:15 130:1 140:14 141:2 142:5,18 144:22 147:6 162:15 164:22 165:2 166:6,22 167:7,9
**scenarios** 135:3
**schedule** 85:4
**scheme** 29:6,12
**scope** 22:9 26:3 26:19 27:12 28:3,15 29:9 30:1,9,18 31:3 31:20 33:6,20 34:11 35:11 37:11 38:9 40:24 41:23 42:9,17 43:16 45:18 47:14 48:16 59:24 61:7,18 62:12 79:4 86:3 88:24 89:19 90:18 91:21 94:2,14 96:15 98:23 100:13 101:3 124:18 130:22 131:19 136:8 140:24 144:9,18 163:9 169:12 194:14
**screen** 8:5
**screenshot** 6:10 39:12
**scroll** 39:7 161:4 164:10
**scully** 3:9,14
**sds** 14:9,11 48:10 70:20 73:23 78:10 104:10 109:10 109:12 143:7 180:7
**sdses** 11:3 12:22,24 13:24 14:6 68:20 73:16 132:1,7 136:23 144:11
**se** 20:7
**seal** 207:19
**second** 117:11 184:24
**secret** 204:3 205:17
**section** 140:13 142:16 144:21 161:20,23 162:5,8 164:11 164:11,13

182:9
**see** 31:16 39:3 39:8 40:4,17 72:7 107:16 129:15 133:10 136:1 140:15 142:15,21,22 146:13 158:9 161:5,23 162:7 166:6 170:3 171:20 174:7 174:16 176:15 176:20 179:14 181:13,14,17 181:21 182:11 182:18 184:17 185:1 205:4
**seeing** 34:24 147:21,21
**seems** 138:24 160:15,15 171:2 177:11 183:7
**seen** 8:4 73:21 74:20 111:2 113:18 131:6 137:8 150:19 151:21 157:15 157:18 158:5 172:3 174:4 176:2 180:12
**segments** 86:20
**sell** 21:12,13,15 22:13,23 24:3 24:10,13 25:9 25:11,19,24 27:10 38:13 86:11 94:12 96:9 98:1,6,11 115:14 125:12
**selling** 22:17 24:20,21 88:20 95:20
**sells** 23:7,11 25:15 34:16 164:8
**semi** 31:15
**semitranspar...** 31:15
**sent** 66:11 211:14
**sentence** 185:1 185:12
**separate** 115:12 189:7 189:10
**separated** 122:4
**september** 135:22
**served** 10:13 15:9
**serves** 18:14
**set** 44:1,3 73:1 78:17 85:4 125:9,10 126:14 127:11 127:13 150:20 150:24 154:22 159:10 170:12 177:12 184:13 194:8 197:7
**sets** 89:11 193:15
**seven** 163:13 181:1
**several** 11:10 61:9,10 62:4 113:12 115:23 131:1 132:1
**shed** 23:4
**sheet** 13:5,6 64:5 69:2,5 70:1 73:9 75:6 75:10,15,24 101:12 110:6 129:11,22 130:4,16 131:12,14,17 131:23 132:14 133:7,13 134:1 134:12,21 136:5,15 138:8 138:11 140:21 141:14,24 142:7,17,18 143:13 144:22 161:7,20 162:1 163:22 167:6 208:6,9,11,14 210:9 211:11
**sheets** 13:1,3,8 13:13,13,20,20 66:7,15,20,21 67:4,8,17,20 68:1,3,10,17 69:14 102:7,8 103:3 128:21 132:10 203:21 204:16 205:19
**shelves** 23:13
**shipment** 123:12,12,23 149:2 153:9 170:3
**shipments** 51:7 51:15 152:12
**shireman** 1:14 6:3,8 8:11 9:5 9:8,18 66:4,6 150:4 211:5
**shoot** 154:9 198:11
**shorthand** 207:11
**show** 38:20 109:1,6 128:22 145:20 160:18 180:23 198:12
**showed** 113:24 150:15 152:19 182:14
**showing** 54:19 183:23
**shown** 153:22 158:2 187:21
**shows** 115:22
**side** 18:18 19:4
**sign** 15:18 206:4 208:8

211:12
**signature** 207:22 210:12
**signed** 211:20
**signing** 208:10
**similar** 31:15 95:22
**similarly** 96:11
**simply** 77:17
**simulation** 182:12
**simultaneously** 88:20
**single** 202:11
**sir** 10:1,16 11:15,20 12:11 12:23 13:2,10 13:17 14:1,5 14:15,18 15:6 15:11 16:20 17:15,21 18:11 18:20,24 19:11 20:8,23 21:8 21:22 22:14 23:3,9,14 24:3 26:12,23 27:23 28:21,23 29:2 29:5 30:3 31:13 32:16 34:14 37:6,15 39:3,4 40:17 40:20 42:12 43:3,11 45:13 45:22 46:16 47:16,21 50:19 51:24 53:4,15 57:1,13 59:11 60:16 61:14 63:5 64:7 65:13 67:13,23 73:7 80:15 81:7 84:12 85:13,20 91:5 91:8 94:19 95:21 99:2 106:14 119:16 119:18 120:5 123:5 129:12 129:16,19 130:1 133:11 140:16 141:3 142:1,8 144:19 146:14 148:24 151:12 155:19 169:14 170:17 173:19 174:24 178:17 181:9 181:14,18,22 182:18,21 190:8,13,18
**sit** 106:19 127:3 202:10
**sitting** 76:6
**situation** 57:9 70:24
**six** 160:19
**size** 156:21 159:10 188:18 188:22
**sleeve** 31:23
**slew** 144:12
**slightly** 93:9
**slip** 205:11
**slow** 92:24
**slowness** 95:8
**small** 63:23 92:4,5
**smart** 104:6
**smell** 36:19,21 36:23,24
**software** 204:16
**sold** 19:16 20:2 20:12,16,19 22:1,6,20 23:20 24:12 25:7 27:15 28:13 34:16 35:1,2 50:7 59:3,9 61:13 86:22 94:17 96:6 145:9,11 145:16
**solutions** 1:23 211:23
**solvency** 33:11 33:15
**solvent** 36:24 36:24 47:19 58:22 61:17,21 62:6 63:23 92:11 96:8,9 100:6 153:3 172:9,19 173:11,13 174:10,13 178:10 179:1 182:13 184:8 185:24 186:12 186:14 187:24 188:8,23 190:6 197:8
**solvents** 62:4 80:20 81:12 82:13 92:5,13 97:24 99:6,8 100:17 107:1 109:20 116:9 116:18 117:17 140:7 174:5 179:21,22 180:2,18 194:20
**somebody** 129:14,21 134:9 137:3 151:7
**somebody's** 142:2
**somewhat** 33:10 70:22 110:24
**sorry** 12:3,5 37:23 40:5,6 45:1 51:11 63:11 76:19 108:7 128:5 142:13 149:11 175:7

**sort** 22:14 33:23 34:3,7 36:4 58:14 115:12 121:20 136:23 172:17 184:12 206:2
**sorts** 59:5 95:6
**sought** 157:23
**sounds** 20:10 23:3 36:17 65:16
**source** 49:24 50:4 61:12 172:15
**sources** 106:15 106:20 172:13
**south** 3:10,15 87:13 88:3,13 92:2 95:7 96:6 96:10 97:16,23 98:2
**southland** 132:24 133:4,8 133:14,18,23 134:10,18 135:7,10 139:18,20
**space** 187:22 208:6
**speak** 15:4
**speaking** 59:4 124:7 149:13 150:11
**spec** 147:7 155:22,23
**speci** 86:5
**specific** 18:10 19:10 20:6 22:24 23:2 25:3 38:10,16 45:21 46:1 51:2,14,16,23 52:6 55:6 61:10 62:16 86:6 87:16 91:1 99:12 102:20 106:20 111:13 112:11 114:12 116:8,8 123:19 155:2 155:24 163:4 180:20 195:4,6 197:4 202:17
**specifically** 13:16 16:13,20 17:11,15 19:18 21:21 30:12 43:11 45:12 46:14 50:19 53:4,24 59:21 61:2 63:19 65:3,6 78:11 87:23 88:7 99:19 100:14 101:5 107:4 109:23 113:14 116:17 120:12 120:23 126:22 127:3 128:14 131:9 139:11 139:14,22 147:21 152:1,7 152:13 153:18 153:24 154:2 154:10 155:15 158:15,16 163:10 178:15 179:7 180:6 194:7 198:11 202:6 204:12
**specification** 50:14,22 148:18 149:5 150:5,7,12,16 150:20,21
**specifications** 51:3 150:11,14 150:23 195:11
**specifics** 17:20 18:1 23:18 110:1 198:23 200:18
**specified** 58:6 58:10
**specify** 50:10 58:16
**spectra** 158:3
**spectrometer** 156:5
**spectrometry** 159:3 184:19
**speculation** 68:15 70:10 72:23 74:17 75:22 76:17 81:2,15 82:18 105:16 107:13 108:10 110:12 111:12 114:8 130:7 132:19 134:4 135:13 136:8 137:13 137:23 141:1 143:2 144:8 145:4 147:4 148:12 163:8 165:6,20 166:17 167:13 169:23 171:10 171:19 174:1 187:14 197:18
**speed** 95:5
**spelling** 140:8
**spiked** 182:13 183:8 184:11 185:11 186:2 186:14,21 187:4,20
**spirits** 6:19,22 13:6,15 19:15 20:1,12 21:2 21:18 22:20 24:4 25:7,10 25:12,15,19 26:1,9,11,14,14 26:16,23 27:4 27:11,16 32:4 32:8,9,15,17,18 32:23 33:1,3,4 33:10,12,13,18

34:9,10,17 35:8,21 36:1,9 36:18 37:10,19 38:7,14 40:16 40:19,23 41:11 41:11,21,22 44:11 45:15 46:18,22 47:11 48:3,3,15,18,22 48:23 49:6,8 49:12,20,20 50:1,2,6,7,13 50:13 51:7,8 51:21 52:3,12 52:23 61:15,23 62:3,4,9,14 64:4 66:9,23 69:4 70:3 71:13 73:11 82:17 83:19 84:7,15 85:22 87:21 88:15,18 88:21 92:20 93:24 97:9,9 97:14,19 98:2 98:6 99:24 100:5,10,24 107:11,23 108:2,6,16,20 108:23 109:3 109:20 110:21 111:3,8 114:3 114:9,12,15,19 114:19,23,24 115:5,6,7,8,10 115:13,14 125:20 156:11 156:13 157:24 163:22 164:6 177:3,4 181:12 183:24 184:20 185:4 186:2,14 187:5,9 188:2 188:14 194:11 195:20 196:3,4 196:15,23 197:2,3,11

**spoken** 19:2 147:24

**stamp** 133:24 133:24 134:10 134:11,19,19

**stamped** 133:7 133:20 134:6 135:8

**stand** 42:11 204:24

**standard** 112:22 152:15 153:12 154:24 155:1,2,3 186:19

**standing** 207:4

**stands** 143:5

**stanwix** 2:11

**start** 27:19 89:3 191:14

**started** 12:18 20:22 90:21,22 135:20 157:13

**starting** 15:12

**state** 7:11,13,16 74:8 91:3,6 142:16,20 144:24 162:10 202:10 208:5

**stated** 53:9 62:10 115:20 117:9 168:15 203:16,20

**statement** 73:22 116:2,5 118:5,8,17 143:4 154:1 168:5 171:2 197:23

**statements** 79:9 86:16 116:7 117:20

**states** 1:1,21 20:17 40:15 87:15 88:23 89:9,16 90:2,4 90:6,9,16,21,21

**statute** 162:17 164:16 165:22 165:24 166:23 166:24 168:7

**stay** 138:17

**stayed** 138:11 138:15

**stenographic** 9:1

**stenographic...** 1:18

**step** 188:3,5 189:15

**stoddard** 61:16 61:20 62:5

**stood** 121:3

**stop** 111:1 149:23 150:2,2

**stopped** 49:16 183:19

**stopping** 118:23

**storage** 60:4 122:6,8,9 123:10,13 124:2,10,11 154:15 188:13 188:16,18,22 189:1,10,15,20 189:22,23 190:5 195:16 195:21 197:13 198:14

**store** 21:1,5,7

**stored** 121:21 121:24 122:3,4 122:20,23 188:16

**stores** 5:6,18 21:7,10,13,19 21:22 22:2,7 23:21 24:6,23

**storing** 131:16

**straight** 197:8

**stream** 164:15 168:6

**street** 2:5,11 3:10,15 4:10 139:14
**strict** 88:12
**strike** 11:22 15:20 26:14 27:2 35:5 53:20 56:2 60:7 63:7 66:5 67:17 71:10 72:12 75:7,13 76:24 85:15 101:8,24 105:10 111:21 112:18 124:13 127:22 128:1,5 141:11 146:18 147:10 151:1 151:22 152:21 170:9 173:7 175:14 178:21 195:18 196:11 198:16,24 199:16 200:3
**strip** 6:11 19:24 20:12 21:2,17 22:1,5 24:4,4,5,16,22 25:8,10,11,16 25:20,21 26:17 27:3,10 28:1 28:13 29:7,20 29:23 30:8,16 31:1,10 32:5 33:4,18 35:7,8 35:20,20 37:4 37:8,9,18,19 38:6,7 39:13 40:9,15 41:12 41:18 42:8,15 43:13 44:10,18 44:20 45:5,11 50:23 57:4,15 63:3,9,17 64:3 65:1 66:22 69:3 71:13 80:24 82:16 83:18 84:6,14 85:12,21 87:20 88:14 96:1,12 98:20 99:16,24 160:4 189:12
**strong** 36:2
**stronger** 33:10 37:5
**study** 113:24 182:22 184:24 185:23 186:11 187:4
**stuff** 172:5
**sub** 61:24
**subject** 10:14 162:17 164:16 164:22 165:22 165:23,24 166:23,24 168:7 208:10
**subscribed** 210:14
**substance** 142:19 144:23 165:15 210:8
**substances** 81:23 82:3,11 83:3 86:10 162:16 164:14 165:3,14 167:9 167:20 168:5 169:10,19 171:5
**substantial** 111:16
**successfully** 98:5
**suffer** 33:14
**sufficient** 196:17
**suite** 2:4,16 3:4 3:10,15,21 4:4 4:16 5:4,10,15
**sulfur** 33:1
**summarized** 85:10
**sun** 54:2,12 55:3,3 56:13
**suncole** 146:2
**suncole000960** 6:16
**sunnyside** 3:18
**sunoco** 54:2,12 55:3,8 56:2,4 56:13 57:6 61:13 145:12 145:14,15,15 145:17 146:9 146:16,19,23 148:2,8 150:21
**super** 179:12
**supervise** 199:14
**supervision** 207:12
**supplied** 48:14 48:21 56:21 57:2 64:15 130:19
**supplier** 47:11 48:9,10 56:11 65:9 68:20 69:24 70:14 72:2 74:3 109:11 128:20 131:22 132:15 135:2 143:18
**supplier's** 74:2 109:12 132:17 132:21
**suppliers** 13:14 46:17,21 48:4 48:7 53:18,21 54:13 55:16 66:12,12,13 67:7,15,19 68:7 69:14 115:5
**suppliers's** 66:19
**supply** 196:5

**supplying** 56:2 56:5
**suppose** 16:3 74:20 109:15
**supposed** 127:22
**sure** 12:6 15:10 20:18 21:7 40:7 42:1 52:8 52:21 55:8 76:22 78:13 79:3,4,9 84:2 90:14 94:6 99:5,9,9 102:12 103:10 105:20 108:13 115:4,9,11 138:15 149:12 152:5 158:24 162:4 164:7 167:18 173:5 175:9 179:5 182:7 191:8 196:2 198:21 200:16
**surely** 154:4
**surety** 69:18
**surface** 106:8
**surveys** 38:17
**swallowed** 116:6 117:23
**swear** 9:3
**sweet** 36:23,24
**swift** 5:15
**switch** 160:3
**switched** 24:13 25:1 98:14 120:19
**sworn** 7:13 9:9 207:8 210:14
**system** 43:4,6 43:10 157:2,4 190:7 191:17 191:21
**systems** 4:12

**t**

**t** 5:20 6:7 207:1 207:1 209:1
**tail** 96:9
**take** 8:8 41:17 65:14 78:7,16 78:19 79:10 82:22 83:15 85:9 90:23 93:21 150:6 159:14 168:11 189:4,7
**taken** 1:14 65:21 119:9 159:20 178:10 190:24 207:5
**takes** 192:9
**talk** 12:18 41:2 87:8 141:13 158:17
**talked** 19:11 148:13
**talking** 16:22 19:22 111:5 119:21 124:9 128:12 162:4 176:4,5 180:6 186:6 188:7
**tank** 122:9 123:14 124:11 190:11,14,16 191:5,18 192:7 192:9,11,11,15 192:18 194:11 195:21 196:5 204:1,1
**tanks** 60:4 123:10 124:2 154:15 188:4 188:11,13,17 188:19,22 189:1,8,11,15 189:19,20,23 189:23 190:1,2 190:3,6,6,21,23 191:9
**taylor** 4:15
**tbittle** 5:5
**team** 84:17
**technical** 4:18
**technician** 5:22 7:21 65:17,24 119:4,12 159:16,23 203:4
**tell** 10:24 12:6 39:6 41:9,14 43:22 47:10 48:2 56:20 71:16,18 76:12 77:14 142:13 168:24 207:8
**telling** 63:14 73:7 74:3 113:2 130:2 158:19 159:4 165:12 169:16 185:2 186:13
**tells** 74:3
**ten** 31:6 45:8 55:22 62:17 95:12 116:23 166:8,15 167:1 168:3
**tend** 38:13
**tennessee** 1:16 133:9 138:20 139:10
**term** 45:24 61:21 62:1 103:7 158:24 196:12
**terminology** 62:5 101:18
**terms** 37:1
**terrible** 96:21
**terribly** 92:23
**test** 153:18 170:3,12,18 171:22 178:6 184:19 191:1,3 194:23,24 195:2,12 196:10,12,14

196:14,16,22 197:2,4,4,6,11 197:14,24 198:8,13
**tested** 107:22 141:4 191:8,12 194:17,21 197:1,12,24 198:3,4
**testified** 9:10 203:24
**testifying** 7:11 10:3 153:16
**testimony** 10:9 19:2,8 20:4 22:17 52:16 54:8,9,11,20 60:13 107:13 117:15 137:23 147:19 148:12 148:22 149:8,9 149:17 151:22 153:23 157:1 169:3 170:23 178:22 179:4 179:23 197:18 203:11 205:14 207:5,9,15 211:9,18
**testing** 72:6 124:6,7 152:7 156:10 158:13 158:18 184:13 187:19 195:20 196:2 200:16
**tests** 170:7,8 198:9
**texaco** 6:13 129:10 131:22 132:15 133:6 134:18,24 135:18 141:9
**texaco's** 132:5
**thank** 9:13 27:24 32:13 38:2 63:13 68:4 91:16 123:5 161:16 181:3 201:14
**thereof** 207:17
**thing** 36:5 64:11 109:8 124:5 172:17
**things** 11:4 67:2 86:21 87:7,9 102:6 104:3,5 109:9 121:4 125:2 127:4 132:11 153:9 157:24 180:9,10 200:24 204:19
**think** 11:13 13:23,23 14:12 24:15 45:20 47:21 51:15 53:13 54:3 68:16 69:16 76:2 77:8,9 78:12,14 81:5 82:8 96:18 97:4,12 98:12 107:14 109:8 111:14 112:8 112:10 113:12 114:13 116:3 116:17,21 117:21,21 118:24 143:9 145:21 146:22 149:17 153:7 160:11 163:24 164:4 165:9 166:1 167:19 173:17 177:13 177:23,23 178:18 180:4,5 184:6 199:5 204:10 205:2 205:22,23
**thinner** 6:11 13:22 14:3,5,7 19:16,24 20:2 22:1,6,9,12,21 22:21 24:5,5,8 26:2,5,8,17 27:1,4,10,16 28:1,5,13 29:7 29:23 30:8,16 31:1,10 32:5,7 33:5,9,19 34:9 34:18 35:7,20 37:5,9,18 38:6 38:13 39:13 40:10,16,22 41:2,12,19,22 42:8,15 43:14 44:11,12 45:15 45:16,19 48:4 50:23 51:9,20 51:21 52:4,13 52:24 53:20,22 56:22 57:4,16 61:16 62:10 63:3,10,17 64:4,9 65:1 66:8,9,22,23 69:3,3 70:2,3 71:13,14 73:10 73:10 80:24 82:16,17 83:18 83:18 84:7,8 84:15,16 85:22 85:23 86:4 87:21,21 88:15 88:16,17,18,21 88:21 91:18 92:2,18 93:4 93:24 94:13,16 95:23 96:2,4 96:13 97:14 98:20,24 99:3 99:16,20 125:15 126:1 156:12,13 160:5 189:5,9 189:13 190:10 190:20 191:18 191:20 192:2,4 193:13 194:3

194:10 195:1,3 196:3,13
**thinners** 13:7 59:1 88:6,11 88:12 100:17
**thirty** 208:15
**three** 15:1 89:6 89:11 92:1,8 93:7 94:10 96:7 98:1 119:14 139:12 156:1 159:18 191:12
**threshold** 126:13,20 127:4,7,11,12 127:19
**tiffanie** 5:3
**till** 48:13
**time** 1:17 7:23 11:6,8 19:17 22:22 23:2,16 23:19,24 24:11 24:15 25:3 30:21 35:24 40:6 42:6 45:17 46:6,10 46:12,19 47:2 47:10,24 48:10 49:2 51:5,10 51:22 52:7,14 53:1,7,11 56:6 56:15 57:6,8 58:9 60:22 64:19,19 65:8 65:17,24 69:21 72:24 75:12 79:5 82:2 83:22 84:22 85:3,6 86:7 88:6 89:8,21 89:24 91:24 100:21 119:4 119:12 120:14 120:17 132:7 140:6 155:20 158:23 159:16 159:23 173:2 195:21,22,24 199:21 202:11 203:4 207:6 211:19
**timeframe** 211:8
**times** 14:19 17:14 54:3,4 79:10,11 102:20 120:5 131:7 157:12 180:12 191:12
**title** 44:9,13 162:5 199:13
**tlv** 108:4,17 110:9 111:9 112:3,12 113:2
**today** 10:3,15 12:13 19:6 24:11 25:18 28:9,12 30:3 41:3 42:11 44:23 75:13 76:7 106:19 128:5 138:13 186:22
**today's** 27:18
**todd** 5:15
**together** 11:7 93:19
**told** 40:19 59:15 117:5 148:7,14,17 160:10 178:18 179:22
**toll** 59:14,22
**toluene** 6:13,14 6:16 14:9,11 53:19,22 54:2 54:13,24 55:11 56:5,21 57:3 57:11,15,17 58:3,11,17,22 59:5,21 60:4 61:13 63:21 80:21 120:1,3 120:8,15 121:17 129:11 129:18,23 130:1,5,11,15 131:8,12,15 132:15,17,21 133:6 137:4,5 137:9,20 138:8 138:12,16 140:22 141:3 141:24 142:3 142:24 143:9 143:13 144:17 145:9,12,17 146:10,13,17 146:20,24 147:2 148:2,9 148:19 149:3 150:7 151:16 156:11 157:8 188:1,14
**toluenes** 80:12 141:5
**took** 11:6 39:12 185:18
**top** 39:24 40:7 129:13 186:10 193:21
**topic** 152:22
**topics** 10:14
**total** 79:4
**tote** 123:11 124:15
**touch** 33:14
**toward** 107:15
**towards** 36:10
**tower** 3:24 4:7
**town** 3:21 4:4
**toxic** 81:23 82:3,10 83:3
**trace** 76:1
**trade** 204:2 205:17
**tradename** 130:1

**transcribed** 207:12
**transcript** 208:16,17 211:6,20
**transcription** 207:13 210:6
**transfer** 124:21 188:3 191:17
**transferred** 188:24 189:14 189:17 192:16
**transition** 24:20 93:22 98:5
**transmitting** 68:21 131:16
**transport** 90:2 191:23
**transported** 192:6
**trial** 157:13
**trick** 53:16
**trigg** 125:7
**trouble** 96:20
**truckload** 131:6
**true** 18:24 23:15,23 29:17 51:15 53:13 88:14 110:15 122:12 152:10 198:7 207:14
**truly** 133:3 196:17
**truth** 207:8,8,9
**try** 33:13 64:21 172:8
**trying** 84:4 103:6 167:18
**tswift** 5:17
**tuesday** 1:10
**turn** 161:18 184:15
**turning** 185:21
**twenty** 138:22
**two** 2:10 13:9 25:13,14,22,23 28:8,24 33:8 37:8 66:2 89:11 93:19 103:6 117:6 119:6 131:3 138:9 157:10 158:9 187:4 195:6,10 201:4 201:5
**tyler** 1:5 211:4
**type** 19:15,21 26:22 32:4,17 32:22 33:3 34:8 46:2,5 50:14 52:3 87:5 95:13 104:13,16 105:1,6,19,24 109:13 124:9 196:14,22 205:17
**types** 25:6 27:24 44:18 58:18 164:7
**typically** 15:15 21:12 29:16 64:13 87:10
**typing** 104:20

**u**

**u** 45:3
**u.s.** 8:14
**ubiquitous** 74:24
**ultimately** 191:19
**unbelievable** 177:12
**under** 25:7,16 25:19,21 62:5 67:24 73:8 91:19 101:11 111:23 112:21 115:16,17 117:5,6 118:16 126:8 127:24 128:3 164:13 169:20 177:16 187:19 207:12
**underneath** 192:22
**understand** 10:9 11:9,14 11:21,23 12:1 12:7,8 19:1 22:16 29:22 31:11,17 35:14 46:11 52:21 64:21 71:15 85:16 91:12 93:3 103:21 107:6 121:10 126:15 167:19 178:22 182:1 195:23
**understanding** 10:3,6,11 37:7 37:17 38:4 42:19 61:20 62:3 67:6,15 67:18 68:6 74:13 101:10 115:16 126:7 127:24 128:3 182:4
**understood** 12:1,10 24:18 52:18 91:16 117:7,11
**underwood** 1:3 1:5 8:12 9:23 161:13 211:4
**unit** 8:10 65:18 66:1 119:5,13 121:2 159:17 159:24
**united** 1:1,20
**unpack** 152:22
**unspiked** 186:21
**upper** 164:23 168:13,22

**upwards** 92:9
**use** 6:22 32:5,8 32:18 33:2,10 34:9 35:10 36:11 38:5 43:7 45:24 58:16 59:21 62:1 64:24 67:3 74:7 86:17,21 93:5 93:11 95:15 97:24 98:13 102:8,12 103:10,14 108:24 113:22 114:15 115:5,8 115:13 133:23 134:9,18 152:11 153:1,7 154:20 155:1 156:4 158:24 173:11 180:11 181:11 195:13 200:24 204:17
**used** 33:17,23 34:3 37:10,13 37:14,19 38:15 48:22 53:19,22 54:23 56:21 57:3,15 58:3 58:20 60:3 61:16 62:9 74:13 75:16 96:22 97:2 100:16 103:2 103:18 114:22 114:24 120:9 120:15 121:13 121:21,24 122:18 131:13 144:11 151:24 152:6 153:17 155:5,13 157:7 158:19 159:4 170:18 180:9 196:12 197:10 200:14 206:1 208:18 211:20
**user** 75:18 102:5
**users** 35:9,19 98:12 114:4
**uses** 35:19,23 38:12 60:5 97:13 109:9
**using** 36:3 70:7 93:23 107:10 132:17,21 154:5 155:17 156:6 170:21 177:4 179:1 185:4
**usually** 63:22 115:13 168:14 168:17 191:12 195:4
**utah** 90:13,13

**v**

**v** 211:4
**vague** 21:4,20 30:9 60:21 66:24 79:2 94:23 96:16 98:9
**value** 126:13 126:16,20 127:7,11,13,19
**values** 127:4
**vapor** 92:20,22 93:23 97:13,21 99:6,7 100:4,6 100:9,23 116:2 117:21 118:11
**vapors** 193:22 194:6
**various** 48:7 52:6 58:24 90:7 109:13 116:9 189:11
**vegas** 3:10,16 3:22 4:5,16 5:4 5:10,16 91:12
**verify** 211:9
**veritext** 1:23 8:17,19 211:14 211:23
**veritext.com** 211:15
**version** 88:13 88:22,23 94:17 94:18 96:5,6 155:13
**versions** 87:20 92:1
**versus** 8:12 38:11 129:3 154:3
**vice** 2:7
**video** 1:12 5:22 7:21 8:7,11 65:17,24 119:4 119:12 159:16 159:23 202:1 202:20,24 203:4,5
**videographer** 8:18
**vincent** 4:3
**virtually** 8:1
**visible** 193:4
**voc** 89:6,12 91:19 92:14 93:7 94:10,10 97:21,23
**vocs** 88:12
**voice** 149:13
**volume** 147:1 182:16
**volumes** 124:5
**vomiting** 118:1
**vs** 1:6

**w**

**w.m.** 1:13 2:19 6:11,13,15,18 6:19 10:4,8 13:9,14,21 16:23 17:17

18:3,17 19:14 19:23 20:11,16 20:18 21:2,17 21:24 22:5,20 23:7,11,12,20 24:3,20,21 25:7,15,18,24 26:6 27:9,15 27:19,22 30:8 30:15 31:1,10 32:5,14,18 33:2,17 35:7 39:13 40:22 41:9,17 42:7 42:15,24 43:13 43:23 45:14 46:12,17,21 47:12,18 48:1 48:14,22 49:12 49:19 50:7,12 50:21 51:6 53:19,21 54:13 56:5,22 57:3 57:15 58:3 59:20 60:7,8 60:18 61:5,13 62:10 63:2,9 63:17 64:16 65:10 66:4,6 66:18,21 67:7 67:8,9,12,16,19 67:22 68:2,7 68:10,18,22 69:1,6 70:1,5 70:14 71:4,16 71:18 72:15,16 72:19 73:8 74:4,13 75:7 75:11,16,17,18 76:10,14,24 77:2,21 78:22 79:15,23 80:8 80:22 81:22 82:9,14 83:1 83:16 84:8,9 84:13,18 88:20 91:18 93:21 94:11 95:23 96:1 97:8 98:5 98:20 99:15,23 100:11 101:1,8 101:10,22 102:1,21 103:2 103:14,18 104:12 105:9 107:7 108:4,18 110:4,10 111:20 112:3 112:20 114:4 114:24 115:15 117:6 118:15 119:23 120:2,7 120:15 121:11 121:24 125:2,8 125:12 126:6 127:21,23 128:2 129:3,4 129:17,21,23 130:17,19,20 131:11 132:13 132:16 133:2 133:14,23 134:9 135:11 135:21 136:4,6 136:14 137:3 137:11,20 138:7,12,18,20 139:6,8,17 141:16,16 142:3 143:14 144:5,15 145:2 148:3,9,18 149:3,9 150:4 151:5,15,23 152:6 153:1,17 154:17 155:6,7 155:12 156:4 157:8 160:6,11 161:9,14 169:8 170:7 173:22 174:12 175:19 176:8 177:17 178:16 179:18 182:5 188:2,10 188:16 198:8 198:19,24 199:2,10,19 200:6,21 201:8 201:11 202:5 204:9

**waiving** 205:9

**walk** 21:1

**wall** 4:10

**walmarts** 21:14

**walnut** 2:5

**walters** 3:15

**want** 11:11,16 115:7 123:21 123:22 128:18 161:18 175:13

**wanted** 43:12 69:7 70:6 101:1 105:9

**warn** 75:18 177:17

**warning** 77:5 86:19 114:5 116:12 117:13 128:4 145:2 173:22 174:13 175:4,20 176:11 177:7

**warnings** 68:12 80:24 82:16 102:11

**way** 18:12 19:19 51:17 56:19 61:3 65:12 73:5 76:8 80:14 97:18,20 107:4 145:19 148:15 154:6,7 159:9 168:18 174:24 184:7 202:4 205:9,15,18

**ways** 98:13 131:1,3

**we've** 27:15 41:6 57:23 58:8 64:18 65:13 69:13 70:23 73:1 86:15 107:22 141:5 198:13 199:7 200:16 204:8
**weight** 197:5
**weights** 87:5
**weird** 111:1 112:15
**went** 11:2 84:10 86:1 158:14
**west** 3:4 5:4,9 5:15 139:13
**whimsically** 171:4
**white** 31:12 39:20,21
**wholly** 106:14
**wife** 111:1
**wind** 190:10
**witness** 2:19 6:3 7:11,12 8:5 9:3,12 35:13 41:1 52:17 54:18,19 63:11 65:16 76:19 108:7,11 149:10,18 167:15 173:2 175:7 206:6 207:15,18 208:1 211:8,10 211:12,19
**word** 74:12 105:13 130:4 142:9
**words** 41:10,21 47:7 103:6 105:23
**work** 18:16 82:6 92:23 97:6,20 107:15 124:4
**worked** 27:21 58:7 109:16
**worker** 184:24 185:18
**worker's** 177:5 182:17
**workers** 67:13 68:23 101:20 101:24 113:10 132:9
**working** 20:15
**workplace** 66:14,17
**works** 103:22
**world** 102:9
**write** 15:22 136:14 185:23
**writes** 137:3
**writing** 131:15
**written** 129:14 142:2 155:12 181:15
**wrong** 18:16 55:15 113:17 164:3 184:7
**wrote** 129:22 130:3,9 132:10

**x**

**x** 6:1,7

**y**

**yambert** 3:3
**yeah** 13:23 20:5 21:6,21 25:22 26:10 30:10 31:22 35:13 36:21 47:15 53:3,12 64:12 65:16 69:12 75:1 81:16 86:5 99:3 105:17 106:19 107:3 107:17 109:23 110:13 114:21 114:21 117:16 130:9 132:20 133:17 134:23 136:20 139:1 144:10 147:20 166:18 170:24 172:10 174:3 176:19 201:1
**year** 47:20 138:9 181:10
**years** 20:18 25:4 27:9 31:6 34:16,23 35:1 35:2 39:22 45:8 55:22 61:9,10 90:23 95:12 99:11 120:9,22 126:14 130:10 172:11 179:6 180:12,15 198:23
**york** 4:10,10 90:11

**z**

**zomner** 2:9
**zone** 177:5 182:17 187:11
**zoom** 1:15 2:1 2:19 5:23 11:8 11:11