# EXHIBIT Y
# Excerpts from Deposition Transcript of Robert Laumbach, M.D. dated September 24, 2019

IN THE CIRCUIT COURT
OF THE 15TH JUDICIAL DISTRICT
IN AND FOR PALM BEACH COUNTY, FLORIDA

\- - -

ROBERT HOWELL and KAREN HOWELL, his wife, Plaintiffs, : Case Number 50-2016-CA-013844-MB

vs.

PALMDALE OIL COMPANY, INC., et al., Defendants.

\- - -

September 24, 2019

\- - -

Oral deposition of ROBERT J. LAUMBACH, M.D., CIH, taken at the offices of Duane Morris LLP, 1037 Raymond Boulevard, Suite 1800, Newark, New Jersey 07102-5429, beginning at 9:10 a.m., before LINDA ROSSI-RIOS, a Federally Approved RPR, CCR and Notary Public.

\- - -

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Street - Suite 1800
Philadelphia, PA 19103

MR. DUPONT: Specifically or exclusively?

MR. CHILTON: Exclusively.

MR. DUPONT: Different word.

BY MR. CHILTON:

Q. I'll be happy to use that word.

A. Not exclusively, no.

Q. Exclusively as to toluene?

A. No, not that I recall.

Q. Xylene?

A. Same.

Q. Acetone?

A. No.

Q. While you were at Lederle Laboratories as an industrial hygienist, did you draft any Material Safety Data Sheets or labels for any Lederle products?

A. Not at Lederle, no. No. I -- you know, I was going to say our department, our small industrial hygiene department, me and another professional got involved with the team of toxicologists, occupational medicine physicians and safety that drafted Material Safety Data Sheets, but I personally

did not draft them.

Q. Correct. So while you were at Lederle Laboratories, were you ever the primary author of a Material Safety Data Sheet for any Lederle product?

A. No.

Q. While you were at Cambrex Corporation, were you the primary author for any Material Safety Data Sheet for a Cambrex product?

A. Yes.

Q. Which product?

A. Again, among these five different specialty chemical companies that produced a wide range of products, there were a number of products.

Q. Specifically where you prepared the Material Safety Data Sheet for the product, give us a list of the specific products you can recall preparing the Material Safety Data Sheet for?

A. Again, this was 25 -- more than 25 years ago. I don't have specific recollection about particular products.

Q. Do you have a specific recollection of preparing a label for any Cambrex Corporation product when you worked there between 1989 and 1993?

A. I remember doing MSDSs.

Q. I don't want to interrupt, but my question is about labels.

A. I'm trying to recollect. I must have done labels. Again, I can't specifically remember particular products that I did labels for.

Q. Did any of the products that you did labels for have any aromatic hydrocarbons as an ingredient in that product?

A. Not that I recall.

Q. For those products that you did prepare labels for, what labeling guidelines did you follow?

A. I think what was in effect at that time which was --

Q. This is '89 to '93.

A. Yeah. So, again, like I was saying earlier, I was familiar with, like, ANSI standards for labels and --

Q. And did you follow the ANSI standards when you prepared labels?

MR. DUPONT: Were you finished your answer?

THE WITNESS: Again --

MR. CHILTON: I'll ask him other products, too. I just -- since that's the first one you said.

MR. DUPONT: He hasn't finished his answer just let the record reflect.

THE WITNESS: So generally, yes, we would follow the standards.

BY MR. CHILTON:

Q. Specifically the first thing you referred to were ANSI standards so I want to make sure the record is clear. Then I absolutely want you to tell me what other standards you followed, if any. Okay.

Did you specifically follow ANSI standards in your role with Cambrex Corporation?

A. Yes.

Q. Did you follow any other type

of labeling guidelines or standards when you were at Cambrex Corporation?

A. Again, the Hazard Communication Standards and also principals.

Q. Any other guidelines or standards?

A. So we had products and manufacturing in New Jersey so we followed the New Jersey right to know which included carcinogens at levels down to 0.01 percent.

Q. Which is 100 parts per million? 100 parts per million, 0.1?

A. Yes. Right.

Q. That was in New Jersey?

A. The New Jersey right to know, right.

Q. Any other standards that you followed or guidelines or state regulations, anything else you can think of?

A. Not that I can recall at the moment.

Q. And I think you said, correct me if I'm wrong, that your company had toxicologists and medical physicians and others who assisted in preparation of MSDSs