Cliff W. Marcek, Esq.
Nevada Bar No. 5061
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Ave
Las Vegas, NV 89117
Telephone: (702) 228-2600
Facsimile: (702) 228-2333
Email: cmarcek@nvlegaljustice.com

Attorney for Plaintiff, ANGELA UNDERWOOD,
Individually and as Personal Representative for
The Estate of TYLER UNDERWOOD

BERTOLDO CARTER SMITH & CULLEN
7408 WEST SAHARA AVE
LAS VEGAS, NV 89117
Phone (702) 228-2600 ◇ Facsimile (702) 228-2333

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ANGELA UNDERWOOD, Individually and as Personal Representative of the Estate of TYLER UNDERWOOD,

Plaintiff,

v.

O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc., ILLINOIS TOOL WORKS INC., Individually and as Successor in Interest to Pennzoil Quaker State Company d/b/a Gumout, THE BLASTER CORPORATION, CRC INDUSTRIES, INC., SAFETY-KLEEN SYSTEMS, INC., HIGHLAND STORES, INC. d/b/a Bi-Rite Markets, BI-RITE MARKETS, INC., 7-ELEVEN INC., RICHARD A. HALEY, AUTOZONE STORES, LLC. f/k/a Autozone Stores, Inc., AMREP, INC., ADVANCED STORES COMPANY, INCORPORATED, Individually and as Successor in Interest to and d/b/a CarQuest Auto Parts, ASHLAND, LLC, Individually and as Successor In Interest to and d/b/a Valvoline, CALUMET BRANDED PRODUCTS, LLC f/k/a Calumet Packaging, LLC, SUNNYSIDE CORPORATION, W.M. BARR & COMPANY, INC., TECHNICAL CHEMICAL COMPANY, RM MARKETS, INC., OMNI INDUSTRIES, L.L.C. f/k/a Omni Industries, Inc., OMNI SPECIALTY PACKAGING, L.L.C. f/k/a Omni Specialty Packaging, Inc., AMALIE OIL COMPANY, CITGO PETROLEUM CORPORATION, and TOWER ENERGY

Defendants

Case No.: 2:21-cv-01766-GMN-NJK

**DECLARATION OF ANDREW J. DUPONT IN SUPPORT OF PLAINTIFF'S RESPONSE TO W.M. BARR & COMPANY, INC.'S MOTION TO LIMIT OR EXCLUDE THE TESTIMONY OF ROBERT LAUMBACH, M.D. (DOC 344)**

BERTOLDO CARTER SMITH & CULLEN
7408 WEST SAHARA AVE
LAS VEGAS, NV 89117
Phone (702) 228-2600 ◇ Facsimile (702) 228-2333

**DECLARATION OF ANDREW DUPONT**

I, Andrew J. DuPont, Esquire, declare that the following is true and correct the best of my knowledge, information and belief.

1. I am counsel for the Plaintiff and over the age of majority.

2. I make this Declaration in support of the Plaintiff's Response to (Doc 344) Defendant W.M. Barr & Company, Inc.'s Motion to Limit or Exclude the Testimony of Robert Laumbach, M.D.

3. I am familiar with the documents attached to this Declaration and their source.

4. Attached hereto as Exhibit A is a true and correct copy of the CV of Robert Laumbach, M.D.

5. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Robert Laumbach, M.D. dated June 2, 2021 in Davis v. U.S. Steel Corp.

6. Attached hereto as Exhibit C is a true and correct copy of the deposition transcript of Steven R. Arndt, Ph.D. dated August 28, 2023.

7. Attached hereto as Exhibit D is a true and correct copy deposition transcript of Julia K. Diebol, Ph.D. dated August 18, 2023.

8. Attached hereto as Exhibit E is a true and correct copy of WM Barr 9-13, MSDS of Odorless Mineral Spirits.

9. Attached hereto as Exhibit F is a true and correct copy of Chemical Abstract Service of Stoddard Solvent 8052-41-3.

10. Attached hereto as Exhibit G is a true and correct copy of the deposition transcript of Dennis Shireman dated August 22, 2023.

11. Attached hereto as Exhibit H is a true and correct copy of the deposition transcript of James Breece dated January 28, 2014.

12. Attached hereto as Exhibit I is a true and correct copy of James Breece's January 28, 2014 deposition Exhibit 4 Virgin Parts Washer Solvent benzene Data Compilation dated August 20, 1993.

13. Attached hereto as Exhibit J is a true and correct copy of Williams (2008) Occupational Exposures Associated with Petroleum-Derived Products Containing Trace Levels of Benzene.

14. Attached hereto as Exhibit K is a true and correct copy of ATSDR (2000.09) Stoddard Solvent Toxicity.

15. Attached hereto as Exhibit L is a true and correct copy of IARC (2018) Monograph 120.

16. Attached hereto as Exhibit M is a true and correct copy of Nexeo Mineral Spirits MSDS dated April 13, 2015.

17. Attached hereto as Exhibit N is a true and correct copy of Calumet Mineral Spirits MSDS dated April 9, 2007.

18. Attached hereto as Exhibit O is a true and correct copy of Kathy S. Jones, CIH Report dated April 20, 2023.

19. Attached hereto as Exhibit P is a true and correct copy of Bogen and Sheehan (2014) Dermal Versus Total Uptake of Benzene from Mineral Spirits Solvent During Parts Washing.

20. Attached hereto as Exhibit Q is a true and correct copy of SUNCOLE 960 – Certificate of Analysis of Toluene.

21. Attached hereto as Exhibit R is a true and correct copy of the deposition transcript of Adam M. Selisker dated December 8, 2020.

22. Attached hereto as Exhibit S is a true and correct copy McLean-W.M. Barr 548-558 – CITGO Lacolene MSDS.

23. Attached hereto as Exhibit T is a true and correct copy of CITGO Lactol 2300 MSDS dated August 24, 2009.

24. Attached hereto as Exhibit U is a true and correct copy of the deposition transcript of Adam M. Selisker dated December 8, 2020.

BERTOLDO CARTER SMITH & CULLEN
7408 WEST SAHARA AVE
LAS VEGAS, NV 89117
Phone (702) 228-2600 ◇ Facsimile (702) 228-2333

BERTOLDO CARTER SMITH & CULLEN
7408 WEST SAHARA AVE
LAS VEGAS, NV 89117
Phone (702) 228-2600 ◇ Facsimile (702) 228-2333

25. Attached hereto as Exhibit V is a true and correct copy of A Strategy for Assessing and Managing Occupational Exposures, Appendix I, Estimating Airborne Exposure by Mathematical Modeling.

26. Attached hereto as Exhibit W is a true and correct copy of Nicas and Plisko (2006) Estimating Benzene Exposure at a Solvent Parts Washer.

27. Attached hereto as Exhibit X is a true and correct copy of *Walker v. US Steel Corp*., Memorandum and Order of Defendants' Motions for Summary Judgement dated December 14, 2021.

28. Attached hereto as Exhibit Y is a true and correct copy of excerpts from the deposition transcript of Robert Laumbach, M.D. dated September 24, 2019.

29. Attached hereto as Exhibit Z is a true and correct copy of excerpts from the deposition transcript of Robert Laumbach, M.D. dated June 4, 2019.

30. Attached hereto as Exhibit AA is a true and correct copy of *Rhyne v. U.S. Steel Corp* – Order of Daubert Motions dated July 23, 2020.

31. Attached hereto as Exhibit BB is a true and correct copy of W.M. Barr's Expert Disclosure in Melloway dated May 3, 2021.

32. Attached hereto as Exhibit CC is a true and correct copy of the deposition transcript of Kathy S. Jones, CIH dated August 24, 2023.

33. Attached hereto as Exhibit DD is a true and correct copy of the deposition transcript of John W. Spencer, CIH dated August 29, 2023.

Dated this 20th day of December, 2023.

LOCKS LAW FIRM

<u>/s/ *Andrew DuPont*</u>
Andrew J. DuPont, Esq.
The Curtis Center, Suite 720 East
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 893-0100
Facsimile: (215) 893-3444
Email: adupont@lockslaw.com

Cliff W. Marcek, Esq.
BERTOLDO CARTER SMITH & CULLEN

Nevada Bar No. 5061
7408 West Sahara Ave
Las Vegas, NV 89117
Telephone: (702) 228-2600
Facsimile: (702) 228-2333
Email: cmarcek@nvlegaljustice.com

Attorneys for Plaintiff,
ANGELA UNDERWOOD, Individually and as Personal Representative for the Estate of TYLER UNDERWOOD

BERTOLDO CARTER SMITH & CULLEN
7408 WEST SAHARA AVE
LAS VEGAS, NV 89117
Phone (702) 228-2600 ◇ Facsimile (702) 228-2333