Cliff W. Marcek, Esq.
Nevada Bar No. 5061
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Ave
Las Vegas, NV 89117
Telephone: (702) 228-2600
Facsimile: (702) 228-2333
Email: cmarcek@nvlegaljustice.com

Attorney for Plaintiff, ANGELA UNDERWOOD, Individually and as Personal Representative for The Estate of TYLER UNDERWOOD

BERTOLDO CARTER SMITH & CULLEN
7408 WEST SAHARA AVE
LAS VEGAS, NV 89117
Phone (702) 228-2600 ◇ Facsimile (702) 228-2333

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ANGELA UNDERWOOD, Individually and as Personal Representative of the Estate of TYLER UNDERWOOD,

Plaintiff,

v.

O'REILLY AUTO ENTERPRISES, LLC d/b/a O'Reilly Auto Parts, Inc., ILLINOIS TOOL WORKS INC., Individually and as Successor in Interest to Pennzoil Quaker State Company d/b/a Gumout, THE BLASTER CORPORATION, CRC INDUSTRIES, INC., SAFETY-KLEEN SYSTEMS, INC., HIGHLAND STORES, INC. d/b/a Bi-Rite Markets, BI-RITE MARKETS, INC., 7-ELEVEN INC., RICHARD A. HALEY, AUTOZONE STORES, LLC. f/k/a Autozone Stores, Inc., AMREP, INC., ADVANCED STORES COMPANY, INCORPORATED, Individually and as Successor in Interest to and d/b/a CarQuest Auto Parts, ASHLAND, LLC, Individually and as Successor In Interest to and d/b/a Valvoline, CALUMET BRANDED PRODUCTS, LLC f/k/a Calumet Packaging, LLC, SUNNYSIDE CORPORATION, W.M. BARR & COMPANY, INC., TECHNICAL CHEMICAL COMPANY, RM MARKETS, INC., OMNI INDUSTRIES, L.L.C. f/k/a Omni Industries, Inc., OMNI SPECIALTY PACKAGING, L.L.C. f/k/a Omni Specialty Packaging, Inc., AMALIE OIL COMPANY, CITGO PETROLEUM CORPORATION, and TOWER ENERGY

Defendants

Case No.: 2:21-cv-01766-GMN-NJK

**APPENDIX OF EXHIBITS OF PLAINTIFFS' OPPOSITION TO W.M. BARR & COMPANY'S MOTION FOR SUMMARY JUDGMENT (DOC. 343)**

BERTOLDO CARTER SMITH & CULLEN
7408 WEST SAHARA AVE
LAS VEGAS, NV 89117
Phone (702) 228-2600 ◇ Facsimile (702) 228-2333

| **EXHIBIT** | **DOCUMENT DESCRIPTION** |
|---|---|
| | Declaration of Andrew J. DuPont, Esquire. |
| A | Hollins (2013) |
| B | *Cole v. Safety-Kleen Sys., Inc.*, - Order |
| C | *McCormack v. Safety-Kleen Sys., Inc.*, - Order dated July 16, 2013 |
| D | *McLaughlin v. Alon USA* – Order regarding Rebel Oil Company, Inc.'s Motion for Summary Judgement |
| E | Exhibit 3 to Stephen Wilcox, Ph.D. August 4, 2023 deposition – Wilcox Proposed Warning Label |
| F | Excerpts of Deposition Transcript of Dennis Shireman, dated 2/27/19 |

Dated this 27th day of December, 2023.

LOCKS LAW FIRM

/s/ *Andrew DuPont*
Andrew J. DuPont, Esq.
The Curtis Center, Suite 720 East
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 893-0100
Facsimile: (215) 893-3444
Email: adupont@lockslaw.com

Cliff W. Marcek, Esq.
BERTOLDO CARTER SMITH & CULLEN
Nevada Bar No. 5061
7408 West Sahara Ave
Las Vegas, NV 89117
Telephone: (702) 228-2600
Facsimile: (702) 228-2333
Email: cmarcek@nvlegaljustice.com

Attorneys for Plaintiff,
ANGELA UNDERWOOD, Individually and as Personal Representative for the Estate of TYLER UNDERWOOD