# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA UNDERWOOD, <br>     Plaintiff(s), <br> v. <br> O'REILLY AUTO PARTS, INC., et al., <br>     Defendant(s). | Case No. 2:21-cv-01766-GMN-NJK <br> **Order** <br> [Docket Nos. 393-407, 447] |

The Court has set 15 settlement conferences in this case. Docket Nos. 393-407. The Court having now determined that it lacks jurisdiction over this matter, the settlement conferences are **VACATED**.[1] Moreover, the stipulation to continue one of those settlement conferences (Docket No. 447) is **DENIED** as moot.

IT IS SO ORDERED.

Dated: February 26, 2024

                                                                   Nancy J. Koppe <br>
                                                                   United States Magistrate Judge

---

[1] The Court understands that a desire has been expressed to potentially move forward with a subset of the settlement conferences. Given the lack of jurisdiction, the Court declines to do so. The parties are, of course, free to pursue alternative dispute resolution procedures offered by the state court or to engage private mediator services.

1